| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for: Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates | **FILED & ENTERED**<br><br>**FEB 15 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY daniels    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN<br><br>Debtor(s)<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br>Plaintiff(s)<br>vs.<br>JAMIE LYNN GALLIAN,<br><br>Defendant(s) | CASE NO.: 8:21-bk-11710-ES<br>CHAPTER: 7<br>ADVERSARY NO: 8:21-ap-01097-ES<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: January 6, 2022<br>TIME: 9:30 a.m.<br>COURTROOM: 5A<br>ADDRESS: 411 W. Fourth Street<br>Santa Ana, CA 92701 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

    a. ☐ Continued to the following date for a further status conference:   (*date*) _____   (*time*) _____

    b. ☐ A joint status report must be filed and served, including a judge's copy, by (*date*): _____

    c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____

    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____

    e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

    f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): 03/31/2022

    g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) 06/2/2022   (*time*) _____
        ☐ No pre-trial stipulation or pre-trial order is required

    h. ☒ A pre-trial conference is set for (*date*) 06/16/2022   (*time*) 9:30 a.m.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

    ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
    ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*: Deadline to attend mandatory mediation as to the 11 U.S.C. § 523(a) claims only is 04/29/2022.

###

Date: February 15, 2022

Erithe Smith
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF