D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**JUN 14 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-ES<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL CONFERENCE<br><br>CURRENT PRETRIAL CONFERENCE<br>Date:   June 16, 2022<br>Time:   9:30 a.m.<br>Ctrm:   5A<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701<br><br>CONTINUED PRETRIAL CONFERENCE<br>Date:   **September 22, 2022**<br>Time:   **10:00 a.m.**<br>Ctrm:   5A[1]<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

---

[1] To continue to aid in the mitigation of the spread of the COVID-19 virus and in light of the response of the Bar to continue virtual appearances, Judge Smith will continue to hold the majority of her hearings remotely using ZoomGov audio and video. However, beginning September 1, 2021, Judge Smith will allow the option for in-person hearings and/or hybrid proceedings for trial and evidentiary hearings only.

The Court has read and considered the Motion to Continue Pre-Trial Conference ("Motion"),[2] filed by Plaintiff, Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates (""), on June 6, 2022, as Dk. No. 22. The Court having read and considered the Motion, declaration, supporting evidence, and memorandum of points and authorities filed by Houser Bros., as well as Debtor's opposition to the continuance filed on June 8, 2022 as docket no. 22, and it appearing that:

1. A pretrial conference is appropriate when all discovery, pretrial motions, and mediation have been completed and all parties are ready to proceed to trial;

2. Although Local Bankruptcy Rule 7016-1(b) requires the filing of a detailed joint pretrial stipulation (or unilateral pretrial statement) 14 days prior to the pretrial conference, neither party in this adversary has timely filed a pretrial stipulation or statement for the June 16, 2022 Pretrial Conference; and

3. Given the outstanding discovery and mediation that need to be completed, the Court had already prepared a tentative ruling continuing the Pretrial Conference for 90 days even before it reviewed Plaintiff's motion for a continuance,

IT IS ORDERED:

1. The Motion is granted;

2. The Pretrial Conference is continued from June 16, 2022, to **September 22, 2022 at 10:00 a.m**.; and

3. A joint pretrial stipulation must be filed by **September 8, 2022.**

4. Debtor's request for sanctions in the opposition was not a properly filed motion and, therefore, is denied.

Date: June 14, 2022

Erithe Smith
United States Bankruptcy Judge

4895-8251-2932, v. 1

---

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.