United States Bankruptcy Court

Central District of California

Houser Bros. Co.,
    Plaintiff

Gallian,
    Defendant

Adv. Proc. No. 21-01097-ES

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/PDF: jamiegallian@gmail.com | Jun 30 2022 00:27:00 | Jamie Lynn Gallian, 16222 Monterey Ln SP #376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Houser Bros. Co. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D Edward Hays | on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Jeffrey I Golden (TR) | lwerner@wgllp.com jig@trustesolutions.net;kadele@wgllp.com |
| Laila Masud | on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf031 | Total Noticed: 1 |

United States Trustee (SA)
                ustpregion16.sa.ecf@usdoj.gov

TOTAL: 4

```
D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES
```

**FILED & ENTERED**

**JUN 29 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-ES |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>    Defendant. | ORDER APPROVING STIPULATION EXTENDING MEDIATION COMPLETION DEADLINE TO ALLOW FOR MEDIATION WITH THOMAS C. WATTS, III, ESQ.<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Stipulation Extending Mediation Completion Deadline to Allow for Mediation with Thomas C. Watts, III, Esq. ("Stipulation")[1] entered into by and between Plaintiff, Houser Bros. Co., a California limited partnership dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") and Defendant, Jamie Lynn Gallian ("Ms. Gallian," and together with Houser Bros., the "Parties"), filed on June 28, 2022, as Docket No. 31, and has found good cause to approve the Stipulation.

IT IS ORDERED that:

1.    The Stipulation is approved in its entirety; and

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

2.  The Mediation Deadline shall be extended from June 30, 2022, through and including August 19, 2022, so the Parties may attend mediation with Mr. Thomas C. Watts, III.

###

Date: June 29, 2022

Erithe Smith
United States Bankruptcy Judge

4881-5746-9990, v. 1