**FILED & ENTERED**

**SEP 01 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  8:21-bk-11710-SC<br>Adv No:   8:21-ap-01097-SC<br><br>**ORDER CONTINUING PRETRIAL HEARING** |
| Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates,<br>Plaintiff(s),<br><br>    v.<br><br>Jamie Lynn Gallian<br>Defendant(s). | New Date/Time:<br>Date:         September 27, 2022<br>Time:        1:30 p.m.<br>Courtroom:    5C-Virtual. Accessibility information will be posted into the tentative ruling prior to the hearing. |

The Pretrial Conference scheduled for September 22, 2022, at 10:00 a.m. is hereby CONTINUED to September 27, 2022, at 1:30 p.m.

IT IS SO ORDERED.

Date: September 1, 2022

Scott C. Clarkson
United States Bankruptcy Judge