FILED

SEP 16 2022

SUSAN M. SPRAUL, CLE
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>　　　　　　　　　Debtor. | BAP Nos. CC-22-1146<br>　　　　　　　CC-22-1166<br><br>Bk. No. 8:21-bk-11710-ES |
| JAMIE LYNN GALLIAN,<br><br>　　　　　　　Appellant,<br>v.<br><br>HOUSER BROS. CO., dba Rancho Del Rey Mobile Home Estates; JEFFREY IAN GOLDEN, Trustee; ; JANINE JASSO, Esquire; HUNTINGTON BEACH GABLES HOMEOWNERS ASSOC.,<br><br>　　　　　　　Appellees. | **ORDER DISMISSING APPEALS** |

Before: LAFFERTY, TAYLOR, and GAN, Bankruptcy Judges.

　　　Debtor and Houser Bros. Co. stipulated these appeals are premature. They request the entry of orders dismissing these appeals so that the Debtor's Motion for Reconsideration can be heard on the merits by the bankruptcy court on September 22, 2022.

　　　The stipulations are granted.

　　　IT IS ORDERED the APPEALS ARE DISMISSED.

# CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Patti Ippolito, Deputy Clerk
**Date:** September 16, 2022