D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**OCT 05 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC<br><br>ORDER APPROVING JOINT PRETRIAL STIPULATION, AND SCHEDULING ORDER<br><br>Pretrial Conference:<br><br>Date: September 27, 2022<br>Time: 1:30 p.m.<br>Ctrm: 5C<br>Address: 411 W. Fourth Street<br>Santa Ana, CA 92701<br><br>Trial:<br>Date: February 23, 2023<br>Time: 9:30 a.m.<br>Ctrm: 5C<br>Address: 411 W. Fourth Street<br>Santa Ana, CA 92701 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
ORDER APPROVING JOINT PRETRIAL STIPULATION, AND SCHEDULING ORDER
4876-3232-1333v.1

On September 27, 2022, at 1:30 p.m., the Court held a pretrial conference in this adversary proceeding. Appearances were as stated on the record. The Court, for good cause and the reasons stated on the record during the pretrial conference, HEREBY ORDERS:

1. The "Joint Pretrial Stipulation," Docket No. 37, is approved;
2. An in-person trial will begin on February 23, 2023, at 9:30 a.m., in Courtroom 5C;
3. The Court's following posted procedures will apply and be strictly enforced:
    - ☐ Judge Clarkson's Procedures for Trial by Declaration; or
    - ☒ Judge Clarkson's Regular Procedures for Trials and Evidentiary Hearings
4. Trial briefs must be filed no later than 14 days prior to trial;
5. All witnesses must be present at the start of trial;
6. Jamie Lynn Gallian ("Ms. Gallian") must submit all of her trial exhibits to counsel for Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.," and together with Ms. Gallian, the "Parties") by October 7, 2022;
7. The Parties shall submit a joint exhibit book, containing each Party's trial exhibits, to the Court no later than one week prior to trial;
8. The Parties' deadline to file dispositive motions including Ms. Gallian's intended motion for judgment on the pleadings is October 4, 2022, at 5:00 p.m.;
9. Any oppositions to Ms. Gallian's motion for judgment on the pleadings must be filed by October 18, 2022;
10. Any replies to the motion for judgment on the pleadings must be filed by October 25, 2022; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11. The hearing on Ms. Gallian's motion for judgment on the pleadings will be held via Zoom on November 1, 2022, at 1:30 p.m.

IT IS SO ORDERED.

### 

Date: October 5, 2022

Scott C. Clarkson
United States Bankruptcy Judge