United States Bankruptcy Court

Central District of California

Houser Bros. Co.,
    Plaintiff

Gallian,
    Defendant

Adv. Proc. No. 21-01097-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Oct 05, 2022      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/PDF: jamiegallian@gmail.com | Oct 06 2022 00:19:00 | Jamie Lynn Gallian, 16222 Monterey Ln SP #376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Houser Bros. Co. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D Edward Hays | on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Jeffrey I Golden (TR) | lwerner@go2.law jig@trustesolutions.net;kadele@go2.law |
| Laila Masud | on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Oct 05, 2022 | Form ID: pdf031 | Total Noticed: 1

United States Trustee (SA)
                    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 4

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

**FILED & ENTERED**

**OCT 05 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>    Defendant. | ORDER APPROVING JOINT PRETRIAL STIPULATION, AND SCHEDULING ORDER<br><br><u>Pretrial Conference:</u><br><br>Date: September 27, 2022<br>Time: 1:30 p.m.<br>Ctrm: 5C<br>Address: 411 W. Fourth Street<br>Santa Ana, CA 92701<br><br><u>Trial:</u><br>Date: February 23, 2023<br>Time: 9:30 a.m.<br>Ctrm: 5C<br>Address: 411 W. Fourth Street<br>Santa Ana, CA 92701 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
ORDER APPROVING JOINT PRETRIAL STIPULATION, AND SCHEDULING ORDER
4876-3232-1333v.1

On September 27, 2022, at 1:30 p.m., the Court held a pretrial conference in this adversary proceeding. Appearances were as stated on the record. The Court, for good cause and the reasons stated on the record during the pretrial conference, HEREBY ORDERS:

1. The "Joint Pretrial Stipulation," Docket No. 37, is approved;

2. An in-person trial will begin on February 23, 2023, at 9:30 a.m., in Courtroom 5C;

3. The Court's following posted procedures will apply and be strictly enforced:

    ☐ Judge Clarkson's Procedures for Trial by Declaration; or

    ☒ Judge Clarkson's Regular Procedures for Trials and Evidentiary Hearings

4. Trial briefs must be filed no later than 14 days prior to trial;

5. All witnesses must be present at the start of trial;

6. Jamie Lynn Gallian ("Ms. Gallian") must submit all of her trial exhibits to counsel for Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.," and together with Ms. Gallian, the "Parties") by October 7, 2022;

7. The Parties shall submit a joint exhibit book, containing each Party's trial exhibits, to the Court no later than one week prior to trial;

8. The Parties' deadline to file dispositive motions including Ms. Gallian's intended motion for judgment on the pleadings is October 4, 2022, at 5:00 p.m.;

9. Any oppositions to Ms. Gallian's motion for judgment on the pleadings must be filed by October 18, 2022;

10. Any replies to the motion for judgment on the pleadings must be filed by October 25, 2022; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    11. The hearing on Ms. Gallian's motion for judgment on the pleadings will be held via Zoom

2    on November 1, 2022, at 1:30 p.m.

3 IT IS SO ORDERED.

###

Date: October 5, 2022

Scott C. Clarkson
United States Bankruptcy Judge

3
ORDER APPROVING JOINT PRETRIAL STIPULATION, AND SCHEDULING ORDER
4876-3232-1333v.1