| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Houser Bros. Co. | **FILED & ENTERED**<br><br>FEB 02 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN,<br>_____<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>            Plaintiff,<br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>            Defendant.<br><br>                                        Debtor(s). | CASE NO.: 8:21-ap-01097-SC<br>ADV. CASE NO. 8:21-ap-01097-SC<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): HOUSER BROS. CO.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS

    b. *Date of filing of motion:* February 1, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: February 1, 2023

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---
This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 2/14/23<br>**Time:** 1:30 p.m.<br>**Courtroom:** 5C - Virtual | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: 2/2/23<br><br>Time: 6:00 p.m. | *Debtor, Jamie Lynn Gallian*<br><br>☐ See attached page<br><br>(C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: 2/2/23<br><br>Time: | Debtor, Jamie Lynn Gallian<br><br>☐ See attached page<br><br>(D) S*ervice is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                            Page 2                            **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) _Deadlines:_
Date: 2/2/23

Time:

(C) _Persons/entities to be served with motion, declarations, supporting documents:_

*Debtor, Jamie Lynn Gallian*

☐ See attached page

(D) _Service is also required upon_:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
 (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

(B) _Deadlines:_
Date: 2/9/23

Time:

(C) _Persons/entities to be served with written opposition to the motion:_
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) _Service is also required upon_:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
 (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|     |     |
| --- | --- |
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☒ Other requirements: No briefing beyond the deadlines set forth herein shall be permitted, absent express approval by this Court.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:   Date:                   Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 2, 2023

*Scott C. Clarkson* (signature)
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 4                                **F 9075-1.1.ORDER.SHORT.NOTICE**