D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | NOTICE OF HEARING ON SHORTENED TIME RE:<br><br>MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS [DK. 47]<br><br>Hearing:<br>Date: February 14, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5C- ZoomGov: Virtual[1] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT JAMIE LYNN GALLIAN, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT a hearing has been scheduled on February 14, 2023, at 1:30 p.m., Via ZoomGov, regarding Plaintiff, HOUSER BROS. CO., a California limited

---

[1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at:  http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

1

NOTICE OF HEARING RE: OST FOR MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS
4886-1591-1427,v.1

partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser Bros." or "Plaintiff"), Motion in Limine ("Motion") to Exclude Trial Exhibits of Debtor, Jamie Lynn Gallian ("Ms. Gallian," "Defendant," or "Debtor"). The basis of the Motion is Ms. Gallian's failure to timely submit her trial exhibits to counsel for Houser Bros. by the Court-imposed October 7, 2022, deadline (or by the time of filing this Motion).

The Motion was filed on February 1, 2023, as Dk. No. 47. Pursuant to the order entered on February 2, 2023, as Dk. No. 49 ("OST"), the Court set the Motion for hearing on shortened time based on Plaintiff's application for order setting hearing on Motion, filed on February 1, 2023, as Dk. No. 48 ("Application"). A true and correct copy of the OST, setting hearing on the Motion on shortened time, and setting corresponding deadlines is attached here as Exhibit "1."

PLEASE TAKE FURTHER NOTICE that pursuant to Section 5 of the attached OST, any written opposition to the Motion, must be filed and served no later than February 9, 2023. Any reply to the opposition to the Motion, pursuant to Section 6 of the attached OST, may be made orally at the hearing. Additionally, pursuant to Section 7 of the OST, no briefing beyond the deadlines set forth in the OST shall be permitted, absent express approval by the Court.

DATED: February 2, 2023    MARSHACK HAYS LLP

By: /s/ D. Edward Hays
_____
D. EDWARD HAYS
LAILA MASUD
BRADFORD N. BARNHARDT
Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Houser Bros. Co. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 02 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN,<br>_____<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>    Plaintiff,<br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>    Defendant.<br>                                                     Debtor(s). | CASE NO.: 8:21-ap-01097-SC<br>ADV. CASE NO. 8:21-ap-01097-SC<br><br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): HOUSER BROS. CO.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS

    b. *Date of filing of motion:* February 1, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: February 1, 2023

3. Based upon the court's review of the application, it is ordered that:

    a. ☐  The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                   Page 1                          F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT 1, PAGE 3

Case 8:21-ap-01097-SC    Doc 49    Filed 02/02/23    Entered 02/02/23 10:16:25    Desc
Main Document    Page 2 of 4

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: 2/14/23** | **Place:** |
| **Time:** 1:30 p.m. | ☐ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 5C - Virtual | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☒ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
| Date: 2/2/23 | *Debtor, Jamie Lynn Gallian* |
| Time: 6:00 p.m. | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| | |
|---|---|
| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
| Date: 2/2/23 | Debtor, Jamie Lynn Gallian |
| Time: | |
| | ☐ See attached page |
| | (D) _Service is also required upon_: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

EXHIBIT 1, PAGE 4

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

(B) <u>Deadlines:</u>
Date: 2/2/23

Time:

(C) <u>Persons/entities to be served with motion, declarations, supporting documents:</u>

*Debtor, Jamie Lynn Gallian*

☐ See attached page

(D) <u>Service is also required upon</u>:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

(B) <u>Deadlines:</u>
Date: 2/9/23

Time:

(C) <u>Persons/entities to be served with written opposition to the motion:</u>
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) <u>Service is also required upon</u>:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 3     **F 9075-1.1.ORDER.SHORT.NOTICE**

EXHIBIT 1, PAGE 5

|  |  |
|---|---|
| (B) <u>Deadlines:</u><br><br>Date:<br><br>Time: | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition<br><br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>    (*see Court Manual for address*) |

(7) ☒ Other requirements: No briefing beyond the deadlines set forth herein shall be permitted, absent express approval by this Court.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> 
> ☐ no later than:    Date:            Time:

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 2, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 4                            F 9075-1.1.ORDER.SHORT.NOTICE

EXHIBIT 1, PAGE 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON SHORTENED TIME RE: MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS [DK. 47]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 2, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.: B**radford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
- **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR) lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 2, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **VIA OVERNIGHT DELIVERY AND EMAIL** <br> DEBTOR AND DEFENDANT <br> JAMIE LYNN GALLIAN <br> 16222 MONTEREY LANE, SP #376 <br> HUNTINGTON BEACH, CA 92649 | **VIA OVERNIGHT DELIVERY** <br> OFFICE OF THE UNITED STATES TRUSTEE <br> 411 W. FOURTH STREET <br> SUITE 7160 <br> SANTA ANA, CA 92701 | Honorable Scott C. Clarkson <br> United States Bankruptcy Court <br> Central District of California <br> Ronald Reagan Federal Building and Courthouse <br> 411 West Fourth Street, Suite 5130 <br> Santa Ana, CA 92701-4593 |
|---|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 2, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**