D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | DECLARATION OF LAYLA BUCHANAN REGARDING TELEPHONIC NOTICE AND SERVICE OF NOTICE OF HEARING ON SHORTENED TIME RE: MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS [DK. 47]<br><br>Hearing:<br>Date: February 14, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5C- ZoomGov: Virtual[1] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

DEFENDANT JAMIE LYNN GALLIAN, AND ALL INTERESTED PARTIES:

---

[1] ZoomGov: Video and audio connection information for each hearing will be provided on Judge Clarkson's publicly posted hearing calendar, which may be viewed online at:  http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC, and then selecting "Judge Clarkson" from the tab on the left-hand side of the page.

NOTICE OF HEARING RE: OST FOR MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS
4886-1591-1427,v.1

PLEASE TAKE NOTICE THAT attached as **Exhibit 1** is a true and correct copy of the

declaration of Layla Buchanan regarding telephonic notice and service of notice of hearing on

shortened time re: Motion in Limine ("Motion") to Exclude Trial Exhibits of Debtor, Jamie Lynn

Gallian ("Ms. Gallian," "Defendant," or "Debtor"), filed by Plaintiff, HOUSER BROS. CO., a

California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser

Bros." or "Plaintiff"), on February 1, 2023, as Dk. No. 47 and in compliance with the Court order

entered on February 2, 2023, as Dk. No. 49.

DATED: February 10, 2023          MARSHACK HAYS LLP

                                  /s/ D. Edward Hays
                              By:_____
                                  D. EDWARD HAYS
                                  LAILA MASUD
                                  BRADFORD N. BARNHARDT
                                  Attorneys for Plaintiff,
                                  HOUSER BROS. CO. dba RANCHO DEL
                                  REY MOBILE HOME ESTATES

NOTICE OF HEARING RE: OST FOR MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS
4886-1591-1427,v.1

# Exhibit 1

## Declaration of Layla Buchanan

I, LAYLA BUCHANAN, declare and state as follows:

1.      I am over the age of eighteen and am employed as a senior paralegal with Marshack Hays LLP, counsel of record for Plaintiff, HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES ("Plaintiff"), in the above-captioned adversary proceeding.

2.      Except as otherwise stated, the following is based upon my personal knowledge.

3.      On February 1, 2023, as Dk. No. 47, Plaintiff filed a Motion ("Motion") to Exclude Trial Exhibits of Debtor, Jamie Lynn Gallian ("Ms. Gallian," "Defendant," or "Debtor").

4.      On February 1, 2023, as Dk. No. 48, Plaintiff filed an Application for Order Setting Hearing on Shortened Notice re: Motion ("Application").

5.      On February 2, 2023, as Docket No. 49, the Court entered the Order Granting the Application and Setting Hearing on Shortened Time ("OST").

6.      On February 2, 2023, as Docket No. 51, Plaintiff filed a Notice of Hearing set on Shortened Time regarding the Motion ("Notice").

7.      On February 2, 2023, I served copies of the Motion, OST, and Notice to Ms. Gallian and Office of the United States Trustee, pursuant to Sections 3 and 4 of the OST, via overnight mail.

8.      On February 2, 2023, prior to 2:30 p.m., I called the United States Trustee's office and spoke with Kris Howard, and provided notice of the hearing on the Motion and associated deadlines.

9.      On February 2, 2023, prior to 2:30 p.m., I called and spoke with Ms. Gallian and provided notice of the hearing on the Motion and associated deadlines.

/ / /

/ / /

3

DECLARATION RE NOTICE AND SERVICE RE: MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS

4886-1591-1427,v.1

1    10.    On February 2, 2023, prior to 2:30 p.m., I served copies of the Motion, declarations

2  and supporting documents, Notice and OST to Ms. Gallian via email transmission.

3    I declare under penalty of perjury that the foregoing is true and correct. Executed on

4  February 10, 2023.

5  _____

    LAYLA BUCHANAN

DECLARATION RE NOTICE AND SERVICE RE: MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL
EXHIBITS

4886-1591-1427,v.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled**: DECLARATION OF LAYLA BUCHANAN
REGARDING TELEPHONIC NOTICE AND SERVICE OF NOTICE OF HEARING ON SHORTENED TIME RE:
MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS [DK. 47]**will be served or was served **(a)** on the judge
in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
**February 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

- **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR) lwerner@wgllp.com, jig@trustesolutions.net;
  kadele@wgllp.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com,
  ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com;
  cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 10, 2023**, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR AND DEFENDANT**
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on **February 10, 2023**, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 10, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.