D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

**FILED & ENTERED**

**FEB 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | ORDER GRANTING MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS; BIFURCATING CLAIMS FOR TRIAL AND SETTING STATUS CONFERENCE ON REMAINING CLAIMS<br><br>[MOTION DOCKET NO. 47]<br><br>Date: February 14, 2023<br>Time: 1:30 p.m.<br>Ctrm: 5C - Virtual |

On February 14, 2023, at 1:30 p.m., the Court held a hearing on the Motion in Limine to Exclude Trial Exhibits of Debtor, Jamie Lynn Gallian ("Ms. Gallian" and/or "Defendant"), filed on February 1, 2023, as Dk. No. 47 ("Motion"), by Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros." and/or "Plaintiff"). D. Edward Hays appeared on behalf of Houser Bros. and Ms. Gallian appeared on her own behalf. After consideration of the Motion, the lack of written opposition, statements of the parties on the record, and for the reasons set forth in the Court's published tentative ruling granting the Motion a copy of which is attached as Exhibit "1," and as

1

stated on the record, the Court makes its Order as follows:

IT IS ORDERED that:

1. The Motion is granted as set forth herein.

2. Plaintiff's claims for relief under 11 U.S.C. § 727 will proceed to trial on February 23, 2023, at 9:30 a.m.;

3. Plaintiff's claims for relief under 11 U.S.C. § 523 are bifurcated and will be tried at a later date, to be set by further order of this Court following a decision of the Orange County Superior Court in *Houser Bros. Co. v. Jamie Gallian*, Case No. 30-2019-01041423-CL-UD-CJC. This Court will conduct a status conference regarding the status of the foregoing Orange County Superior Court case as it pertains to Plaintiff's claims for relief under 11 U.S.C. §523 **on July 18, 2023, at 1:30 p.m.** A joint status report is due 14 days in advance. An earlier date may be obtained upon written application;

4. Defendant is prohibited from introducing her designated exhibits at the trial on February 23, 2023; and

5. Defendant must produce to Plaintiff's counsel all impeachment and rebuttal documents, by e-mail to ehays@marshackhays.com and bbarnhardt@marshackhays.com, no later than 12:00 p.m. (noon) on Friday, February 17, 2023.

### 

Date: February 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge

**EXHIBIT 1**

# United States Bankruptcy Court
# Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

---

**Tuesday, February 14, 2023**             **Hearing Room**    **5C**

---

<u>1:30 PM</u>
**8:21-11710   Jamie Lynn Gallian**             **Chapter 7**
Adv#: 8:21-01097    Houser Bros. Co. v. Gallian

     **#8.10**

           Hearing RE:  Motion In Limine To Exclude Debtor's Trial Exhibits
           (Motion filed 2/1/2023)
           (Set per OST Entered 2/2/2023)

                     Docket     47

**Tentative Ruling:**

     Tentative for 2/23/23 is to GRANT Plaintiff's motion in limine, as modified below (if necessary).

     In connection with the foregoing, the Court would like to discuss this adversary and the UD action for which Plaintiff was recently granted relief from stay, and the effect of that State Court action on the upcoming trial. Contrary to the representations made at the hearing on the motion for relief from stay, the Court observes that significant overlap of issues seems to exist, possibly warranting a bifurcation of the issues at trial and/or a stay of the 523 causes of action pending the result of the UD action in State Court.

     If the Court bifurcates the trial on the 727 and 523 actions, the Court is inclined to GRANT Plaintiff's motion in limine as it relates to the upcoming trial on the 727 actions and DENY as to a trial (to be set at a later date) on the 523 actions.

     Virtual appearances are required. The courtroom will be locked; parties will not be permitted to appear in the courtroom. The hearing will take place using Zoom for Government, a free service that provides audioconference and videoconference capabilities.

     Participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

---

# United States Bankruptcy Court
# Central District of California
## Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

---

**Tuesday, February 14, 2023**         **Hearing Room**     **5C**

---

<u>1:30 PM</u>
**CONT...**   **Jamie Lynn Gallian**         **Chapter 7**

| | |
|---|---|
| Videoconference URL: | https://cacb.zoomgov.com/j/1602938257 |
| Meeting ID: | 160 293 8257 |
| Password: | 591219 |

If a participant is unable to send and receive audio through his/her computer, or join the videoconference through an Internet browser for any reason, the audio of the hearing may be accessed by telephone using the following audio conference information:

| | |
|---|---|
| Audioconference Tel. No.: | +1 (669) 254 5252 or +1 (646) 828 7666 |
| Meeting ID: | 160 293 8257 |
| Password: | 591219 |

For further details, please consult the instructions on the Court's website https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference, so there may be a slight delay to the official start time of the videoconference hearing.

As noted in the Court's Zoom Video Hearing Guide, located at https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

### Party Information

**Debtor(s):**

    Jamie Lynn Gallian               Pro Se

**Defendant(s):**

    Jamie Lynn Gallian               Pro Se

---

# United States Bankruptcy Court
## Central District of California
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, February 14, 2023**                                                                              **Hearing Room    5C**

---

<u>1:30 PM</u>
**CONT...**    **Jamie Lynn Gallian**                                                                                    **Chapter 7**

**<u>Movant(s):</u>**

    Houser Bros. Co.                              Represented By
                                                          D Edward Hays
                                                          D Edward Hays
                                                          Laila  Masud
                                                          Laila  Masud
                                                          Bradford  Barnhardt
                                                          Bradford  Barnhardt

**<u>Plaintiff(s):</u>**

    Houser Bros. Co.                              Represented By
                                                          D Edward Hays
                                                          Laila  Masud
                                                         Bradford  Barnhardt

**<u>Trustee(s):</u>**

    Jeffrey I Golden (TR)                         Represented By
                                                          Aaron E. DE Leest
                                                          Eric P Israel