United States Bankruptcy Court

Central District of California

Houser Bros. Co.,
    Plaintiff

Gallian,
    Defendant

Adv. Proc. No. 21-01097-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Feb 15, 2023      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/PDF: jamiegallian@gmail.com | Feb 16 2023 00:43:00 | Jamie Lynn Gallian, 16222 Monterey Ln SP #376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Houser Bros. Co. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford Barnhardt | on behalf of Plaintiff Houser Bros. Co. bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Jeffrey I Golden (TR) | |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Feb 15, 2023 Form ID: pdf031 Total Noticed: 1

lwerner@go2.law jig@trustesolutions.net;kadele@go2.law

Laila Masud

on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

```
D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES
```

**FILED & ENTERED**

**FEB 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **bolte**    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>      Debtor.<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>      Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>      Defendant. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC<br><br>ORDER GRANTING MOTION IN LIMINE TO EXCLUDE DEBTOR'S TRIAL EXHIBITS; BIFURCATING CLAIMS FOR TRIAL AND SETTING STATUS CONFERENCE ON REMAINING CLAIMS<br><br>[MOTION DOCKET NO. 47]<br><br>Date: February 14, 2023<br>Time: 1:30 p.m.<br>Ctrm: 5C - Virtual |

On February 14, 2023, at 1:30 p.m., the Court held a hearing on the Motion in Limine to Exclude Trial Exhibits of Debtor, Jamie Lynn Gallian ("Ms. Gallian" and/or "Defendant"), filed on February 1, 2023, as Dk. No. 47 ("Motion"), by Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros." and/or "Plaintiff"). D. Edward Hays appeared on behalf of Houser Bros. and Ms. Gallian appeared on her own behalf. After consideration of the Motion, the lack of written opposition, statements of the parties on the record, and for the reasons set forth in the Court's published tentative ruling granting the Motion a copy of which is attached as Exhibit "1," and as

1

stated on the record, the Court makes its Order as follows:

IT IS ORDERED that:

1. The Motion is granted as set forth herein.

2. Plaintiff's claims for relief under 11 U.S.C. § 727 will proceed to trial on February 23, 2023, at 9:30 a.m.;

3. Plaintiff's claims for relief under 11 U.S.C. § 523 are bifurcated and will be tried at a later date, to be set by further order of this Court following a decision of the Orange County Superior Court in *Houser Bros. Co. v. Jamie Gallian*, Case No. 30-2019-01041423-CL-UD-CJC. This Court will conduct a status conference regarding the status of the foregoing Orange County Superior Court case as it pertains to Plaintiff's claims for relief under 11 U.S.C. §523 **on July 18, 2023, at 1:30 p.m.** A joint status report is due 14 days in advance. An earlier date may be obtained upon written application;

4. Defendant is prohibited from introducing her designated exhibits at the trial on February 23, 2023; and

5. Defendant must produce to Plaintiff's counsel all impeachment and rebuttal documents, by e-mail to ehays@marshackhays.com and bbarnhardt@marshackhays.com, no later than 12:00 p.m. (noon) on Friday, February 17, 2023.

###

Date: February 15, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2

**EXHIBIT 1**

# United States Bankruptcy Court
## Central District of California
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, February 14, 2023**                                                          **Hearing Room    5C**

---

<u>1:30 PM</u>
**8:21-11710    Jamie Lynn Gallian**                                                              **Chapter 7**
Adv#: 8:21-01097        Houser Bros. Co. v. Gallian

    **#8.10**
        Hearing RE:  Motion In Limine To Exclude Debtor's Trial Exhibits
        (Motion filed 2/1/2023)
        (Set per OST Entered 2/2/2023)

                      Docket        47

  **Tentative Ruling:**

    Tentative for 2/23/23 is to GRANT Plaintiff's motion in limine, as modified
    below (if necessary).

    In connection with the foregoing, the Court would like to discuss this
    adversary and the UD action for which Plaintiff was recently granted relief
    from stay, and the effect of that State Court action on the upcoming trial.
    Contrary to the representations made at the hearing on the motion for relief
    from stay, the Court observes that significant overlap of issues seems to
    exist, possibly warranting a bifurcation of the issues at trial and/or a stay of
    the 523 causes of action pending the result of the UD action in State Court.

    If the Court bifurcates the trial on the 727 and 523 actions, the Court is
    inclined to GRANT Plaintiff's motion in limine as it relates to the upcoming
    trial on the 727 actions and DENY as to a trial (to be set at a later date) on
    the 523 actions.

    Virtual appearances are required. The courtroom will be locked; parties will
    not be permitted to appear in the courtroom. The hearing will take place using
    Zoom for Government, a free service that provides audioconference and
    videoconference capabilities.

    Participants may connect to the videoconference through an Internet browser
    by entering the Videoconference URL shown below, as well as the meeting ID
    and password, when prompted.

---

                                                                                                            **EXHIBIT 1, PAGE 3**

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Tuesday, February 14, 2023**     **Hearing Room**     **5C**

<u>1:30 PM</u>
**CONT...**     **Jamie Lynn Gallian**     **Chapter 7**

Videoconference URL:     https://cacb.zoomgov.com/j/1602938257

Meeting ID:     160 293 8257

Password:     591219

If a participant is unable to send and receive audio through his/her computer, or join the videoconference through an Internet browser for any reason, the audio of the hearing may be accessed by telephone using the following audio conference information:

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:     160 293 8257

Password:     591219

For further details, please consult the instructions on the Court's website https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference, so there may be a slight delay to the official start time of the videoconference hearing.

As noted in the Court's Zoom Video Hearing Guide, located at https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

### Party Information

**Debtor(s):**

    Jamie Lynn Gallian                Pro Se

**Defendant(s):**

    Jamie Lynn Gallian                Pro Se

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Tuesday, February 14, 2023**                                                      **Hearing Room        5C**

<u>1:30 PM</u>
**CONT...**       **Jamie Lynn Gallian**                                                                    **Chapter 7**

   <u>**Movant(s):**</u>

      Houser Bros. Co.                         Represented By
                                                  D Edward Hays
                                                  D Edward Hays
                                                  Laila  Masud
                                                  Laila  Masud
                                                  Bradford  Barnhardt
                                                  Bradford  Barnhardt

   <u>**Plaintiff(s):**</u>

      Houser Bros. Co.                         Represented By
                                                  D Edward Hays
                                                  Laila  Masud
                                                  Bradford  Barnhardt

   <u>**Trustee(s):**</u>

      Jeffrey I Golden (TR)                     Represented By
                                                  Aaron E. DE Leest
                                                  Eric P Israel

EXHIBIT 1, PAGE 5