JAMIE LYNN GALLIAN
16222 MONTEREY LANE UNIT 376
HUNTINGTON BEACH, CA 92649
(714(321-3449
JAMIEALLIAN@GMAIL.COM

DEFENDANT IN PRO PER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | OPPOSITION TO CONTINUE FEBRUARY 23, 2023, TRIAL TO APRIL 26-27, 2023; DECLARATION OF JAMIE LYNN GALLIAN<br><br>Trial:<br>Date: February 23, 2023<br>Time: 9:30 a.m.<br>Courtroom: 5C |

**TO THE HONORABLE SCOTT C. CLARKSON,** UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF HOUSER BROS CO, AND ALL INTERESTED PARTIES:

Trial in this matter is currently set for February 23, 2023, at 9:30 a.m. PLAINTIFF lead council D. Edward Hays, has reported to the Court he is ill. and has respectfully requested that the trial be continued until April 26-27, 2023.

Defendant is not ill and her statement that "she had food poisoning" after eating lunch was minor and has resolved. Defendant respectfully requests that second counsel be present at trial to avoid any delay and prejudice to Defendant.

1

OPPOSITION REQUEST TO CONTINUE TRIAL

## Declaration of JAMIE LYNN GALLIAN

I, JAMIE LYNN GALLIAN, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration. The facts set forth below are true of my personal knowledge.

2. On Tuesday afternoon, February 21, 2023, I received a telephone call from Mr. Hays started he was "exhibiting symptoms of what appeared to be a viral illness". We talked for almost 1 1-2 hours about the current status of the case and settlement conditions.

3. I expressed concerns of prejudicial events by postponing the February 23, 2023, trial that could lead to different case law presented from current case law. For example, on December 29, 2022, Mr. Hays filed a Notice of Appeal to Judge Smith's December 19, 2019 DOC 174, ORDER. When the Honorable Judge Erithe A. Smith took the matter (Gallian's Motion for Consideration and her Reply to Houser Bros Opposition) under submission, Mr. D. Edward Hays submitted NOTICE OF RECENT DECISION [with argument]Counsel knows, or should have looked it up,that argument is not appropriate with NRD when a case is under submission.

4. A few days ago, February 8, 2023, Mr. Hays filed IN THE UNITED STATES DISTRICT COURT Case No. 8:23-cv-00001-DSF, APPELLANT'S NOTICE OF MOTION AND MOTION TO STAY BRIEFING AND APPEAL PENDING THE NINTH CIRCUITS DECISION *EVANDER KANE V. ZIONS BANCORPORATION, N.A.*. A hearing is currently set for March 13, 2023, 1:30 p.m. Ctrm 7D. This is the case PL. NRD submitted in the main case with argument was based upon.

5. On February 14, 2023, at a Court Hearing on Plaintiff Motion in Limine to exclude Ms. Gallian exhibits. I reported to the Court the exhibits I received in the mail are not the exhibits in the JTSP. Apparently I received the exhibits to Plaintiff;s Motion in District Court. I insisted Plaintiff electronically mail the Trial Exhibits. to compare I received at 6:00 pm 1756 pages over 75% more pages stated in Joint Trial Stip, from Plaintiff allegedly submitted to the Court for the trial 2/23/2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2023 at Huntington Beach, CA..

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5801 Skylab Road Huntington Beach, Ca 92647

A true and correct copy of the foregoing document entitled: **OPPOSITION TO PL'TF'S : REQUEST TO CONTINUE FEBRUARY 23, 2023, TRIAL . DECLARATION OF JAMIE LYNN GALLIAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 22, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR) lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 22, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 22, 2023 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**