D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**FEB 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC<br><br>ORDER CONTINUING TRIAL TO APRIL 26-27, 2023<br><br><u>Old Trial Date:</u><br>Date: February 23, 2023<br>Time: 9:30 a.m.<br>Courtroom: 5C<br><br><u>Continued Trial Date:</u><br>Date: April 26-27, 2023<br>Time: 9:30 a.m.<br>Courtroom: 5C |

The Court having read and considered Plaintiff's Request to Continue February 23, 2023, Trial to April 26-27, 2023; and Declaration of D. Edward Hays filed in support on February 21, 2023, as Dk. No. 62, the Court finds good cause for the reasons set forth in the supporting declaration to make its Order as follows:

1

1      IT IS ORDERED that the Trial is continued from February 23, 2023, to April 26-27, 2023, at
2  9:30 a.m., in Courtroom 5C.

3                                                          # # #

4866-3516-3218, v. 1

Date: February 22, 2023

Scott C. Clarkson
United States Bankruptcy Judge

2