

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☐ Yes ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **D. Edward Hays**    Attorney Bar# **162507**
Law Firm: **MARSHACK HAYS LLP**
Mailing Address: **870 Roosevelt, Irvine, CA 92620**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): **Layla Buchanan**
Telephone: (**949**) **333-7777**   E-mail: **lbuchanan@marshackhays.com**
Bankruptcy Case #: **8:21-bk-11710-SC**    Adversary Proceeding #/MP #: **8:21-ap-01097-SC**
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **04/26/23**   Time: **9:30 am**
Debtor: **Jamie Lynn Gallian**
Adversary Proceeding Name: **Houser Bros.**   vs. **Jamie Lynn Gallian**
Hearing Judge: **S. Clarkson**    Courtroom #: **SA 5C**
TRANSCRIBER: **Briggs Reporting**    ALTERNATE: **Ben Hyatt**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days          ☒ Entire Hearing
☐ 14 Days              ☒ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____  Date Sent to Transcriber: _____  By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ____) Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
(Tape #: ____) Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
Court Recorder: _____  Division: _____  Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*