1  JAMIE LYNN GALLIAN
2  16222 Monterey Lane Unit 376
   Huntington Beach, CA 92649
3  (714) 321-3449
   jamiegallian@gmail.com
4
5  Defendant, In Pro Per

6
7
                    UNITED STATES BANKRUPTCY COURT
8
              CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA  DIVISION
9
10
11
12
   | In re | Case No. 8:21-bk-11710-SC |
13 | | |
   | JAMIE LYNN GALLIAN, | Adv. 8:21-ap-01097-SC |
14 | | |
   | Debtor. | Chapter 7 |
15 | | |
   | | DECLARATION OF JAMIE LYNN GALLIAN AS REQUESTED BY THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, IN SUPPORT DEBTORS REDUCTION IN SALE PROCEEDS FROM DEBTORS PREVIOUS HOMESTEAD SOLD 10/31/2018, LOCATED AT 4476 ALDERPORT DR. HUNTINGTON BEACH, CA 92649; |
16 | | |
17 | | |
18 | | |
19 | | |
20 | | |
   | | Trial   Held |
21 | | Date:   April 26, 2023 |
   | | Time:  9:30 a.m. |
22 | | Ctrm:  5C |
   | | Location: 411 W. Fourth Street, Santa Ana, CA 92701 |
23 | | |
24
25 **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**
26
27
28
                                    1

## Declaration of Jamie Lynn Gallian

I, Jamie Lynn Gallian, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am the debtor in this Chapter 7.

5. I MAKE THIS DECLARATION AT THE REQUEST OF THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, ON APRIL 26, 2023, IN SUPPORT OF DEBTOR'S RECOLLECTION OF MONIES PAID BY THE DEBTOR TO MEMBERS OF THE CALIFORNIA STATE BAR.

IN DOING SO, DEBTORS ACCOUNT FOR THE REDUCTION IN SALE PROCEEDS IN DEBTORS PREVIOUS HOMESTEAD, (Tract 10542, Unit 53 Lot 1), SOLD BY DEBTOR UNENCUMBERED ON 10/31/2018, 4476 ALDERPORT DR. HUNTINGTON BEACH, CA 92649; A.P.N. 178-771-03 AND A PORTION OF THE SAME FUNDS USED FOR THE PURCHASE OF A 2014 SKYLINE MANUFACTURED HOME LBM 1081 FROM SELLER LISA T. RYAN ON NOVEMBER 1, 2018; NOVEMBER 7, 2018, NOBEMBER 17, 2018.

THE LIST IS NOT AN EXHAUSTIVE LIST OF THE SALE PROCEEDS SPENT.
THE CHAPTER 7 TRUSTEE, JEFFREY GOLDEN HAS BEEN PROVIDED
AND RECEIVED DEBTORS BANK STATEMENTS; CHASE BANK, BANK OF
AMERICA, ALLIANT CREDIT UNION,

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2023.

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN

1. 10/31/2018 Sale 4476 Alderport Drive                                $379,000.00
2. Repayment/refund to (3) individual Lease Deposit((s)
    1. Beverly & James Ginestra-Cashier's Check            -$ 6700.00
    2. Gentleman, Sheriff Deputy-Cashier's Check           -$ 6700.00
    3. Orange Co. Teachers Credit Union-Cashier's Ck.  -$ 6700.00
    4. Lease Henry Newton (Pinon Drive Nov. 2018        -$ 3450.00
    5. Robert Ortiz; Day Laborer(s) Cleaned, Painted entire inside
       Monterey; Vinyl Fencing protection fr Coyotes       -$ 3000.00
    6. Richard Solmer, M.D. 3-Medical Procedures,
       OR, anesthesiologist; office proc. misc proc.          -$ 15,000.00
    7. Michael Chulak, Esq. Disbarred-unable to              -$   8700.00
       locate
    8. Flyer & Flyer, Raquel Flyer                                     -$   5000.00
       Flyer & Flyer, David Flyer,                                     -$ 11,500.00
    9. Michael Deveruex, Esq.                                          -$   1000.00

    10, Steven A. Fink, Esq. Appellant Atty.                     -$ 30,000.00
    11. James H. Casello, Esq. UD, PI, Gables HOA      -$ 59,200.00
    12. Watch -"imitation/Fake"                                        -$   4000.00
    13. Used Furniture-Offer Up site                                -$   2000.00
    14. Monterey Storage Shed, Ext.Painter/Seal/Caulk  -$   4500.00
    15. Reporter's Appell. Transcripts                              -$   2600.00
    16. Court Filing Fees, Copy Fees, Parking, etc.         -$   3000.00
    17. Gibson Pacter, Esq.                                               -$   1200.00
    17. Contribution to Debtors Fidelity Federal              -$   7000.00
    18. Christopher Blank, Esq.                                       -$   4950.00
    19. Heston & Heston, Esq.                                         -$      700.00
    20. Nicolas Gebelt, Esq.                                             -$   1600.00

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5801 Skylab Road Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Jamie Lynn Gallian Request by Honorable Scott C. Clarkson 4/26/2023.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/01/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 7 Trustee Jeffrey I Golden lwerner@wgllp.com; jig@trusteesolutions.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
D. Edward Hays ehays@marshackhays.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/01/2023 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE