1  JAMIE LYNN GALLIAN
   16222 Monterey Lane Unit 376
2  Huntington Beach, CA 92649
3  (714) 321-3449
   jamiegallian@gmail.com
4
   Defendant, In Pro Per
5

6

7
                    UNITED STATES BANKRUPTCY COURT
8
           CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA  DIVISION
9

10

11

12  In re                              Case No. 8:21-bk-11710-SC
13
    JAMIE LYNN GALLIAN,                 Adv. 8:21-ap-01097-SC
14
              Debtor.                   Chapter 7
15
                                        DECLARATION OF JAMIE LYNN GALLIAN
16                                      AS REQUESTED BY THE HONORABLE
                                        SCOTT C. CLARKSON, UNITED STATES
17                                      BANKRUPTCY JUDGE, IN SUPPORT
                                        DEBTORS REDUCTION IN SALE
18                                      PROCEEDS FROM DEBTORS PREVIOUS
                                        HOMESTEAD SOLD 10/31/2018, LOCATED
19                                      AT 4476 ALDERPORT DR. HUNTINGTON
                                        BEACH, CA 92649;
20
                                        Trial   Held
21                                      Date:   April 26, 2023
                                        Time:  9:30 a.m.
22                                      Ctrm:  5C
                                        Location: 411 W. Fourth Street, Santa Ana, CA
23                                      92701
24

25  **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,
    AND ALL INTERESTED PARTIES:**
26

27

28
                                        1

## Declaration of Jamie Lynn Gallian

I, Jamie Lynn Gallian, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am the debtor in this Chapter 7.

I MAKE THIS DECLARATION TO THE HONORABLESCOTT C. CLARKSON, UNITED

STATES BANKRUPTCY JUDGE, AFTER ADV TRIAL ON APRIL 26, 2023, IN SUPPORT OF

DEBTOR'S RECOLLECTION OF MONIES PAID BY THE DEBTOR TO MEMBERS OF THE

CALIFORNIA STATE BAR; (2) LETTER DATED 12.2.2022, TO TRUSTEE GOLDEN AND

ATTORNEY JAMES CASELLO, ESQ. ATTACHED, REQUESTING FUNDS BE RETURNED

AND (3) PROOF OF TWO DEPOSITS INTO THE CHASE BANK ACCOUNT OF J-

SANDCASTLE CO  JAMIE L. GALLIAN & ROBERT MCLELLAND SIGNATORIES.

        IN DOING SO, DEBTORS ACCOUNT FOR THE REDUCTION IN SALE PROCEEDS IN

DEBTORS PREVIOUS HOMESTEAD, (Tract 10542, Unit 53 Lot 1), SOLD BY DEBTOR

UNENCUMBERED ON 10/31/2018, 4476 ALDERPORT DR. HUNTINGTON BEACH, CA 92649;

A.P.N. 178-771-03 AND A PORTION OF THE SAME FUNDS USED FOR THE

UNENCUMBERED PURCHASE OF A 2014 SKYLINE MANUFACTURED HOME LBM 1081

FROM SELLER LISA T. RYAN.  ON NOVEMBER 1, 2018, JAMIE GALLIAN PAID 10,000.00

Cash Payment TO LISA RYAN AND RECEIVED SURRENDERED CERTIFICATE OF TITLE

NOVEMBER 7, 2018, $175,000.00 Deposit J-Sandcastle Co. WITH LIST OF CASHIER'S CHECKS

NOVEMBER 17, 2018. $170.000 Deposit J-Sandcastle Co. purchased (4) Chase Cashier's Checks

THE LIST IS NOT AN EXHAUSTIVE LIST OF THE SALE PROCEEDS SPENT.  HOWEVER,
CHAPTER 7 TRUSTEE, JEFFREY GOLDEN AND ALL CREDITORS  HAVE BEEN PROVIDED
AND RECEIVED DEBTORS BANK STATEMENTS; EDD DEBIT CARD; ALLIANT CREDIT
UNION, J-SANDCASTLE AND J-PAD CHASE BANK, BANK OF AMERICA, STATEMENTS.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 8, 2023 at Huntington Beach, CA.

*Jamie Lynn Gallian*

JAMIE LYNN GALLIAN

## Red Hill Law Group

### 15615 Alton Parkway, Suite 210, Irvine, CA 92618 US

**TRUST LEDGER STATEMENT**                                                                    Date: 04/27/2023

Client Name: Gallian, Jamie

| Date | Trans # | Client | Matter | Payee | Description | Deposit | Payment | Balance |
|------|---------|--------|--------|-------|-------------|---------|---------|---------|
| 08/04/2022 | | Gallian, Jamie | | Red Hill Law Group | - B of A cashier's check. | $10,000.00 | | $10,000.00 |
| 08/08/2022 | | Gallian, Jamie | | Jamie Gallian | Full Refund | | $10,000.00 | $0.00 |

**Balance as of 04/27/2023: $0.00**

 Gmail

Jamie Gallian <jamiegallian@gmail.com>

## Request to return $10,000 check and return of approximately $30,000 check deposited into the Client Trust Account
4 messages

**Jamie Gallian** <jamiegallian@gmail.com>                                                                 Fri, Dec 2, 2022 at 3:17 PM
To: Attorney Jim Casello <jhctlex@yahoo.com>, Jeff Golden <jgolden@wgllp.com>, Eric Israel <EPI@danninggill.com>, Aaron de Leest <adeleest@danninggill.com>
Cc: Jamie Gallian <jamiegallian@gmail.com>

Dear Mr. Casello,

I have tried several times to discuss the return of the check in the amount of $10,000.00 you requested to represent me my bankruptcy case 8:21-bk-11710 "to take over" with no success. No signed retainer agreement was provided to me after multiple requests. You have not substituted into my chapter 7 bankruptcy case as you explicitly stated you would personally stating to me, "you need help" (after Attorney Bert Briones changed his mind and returned my retainer check regarding representing me after having a telephone call with Houser Bros attorney Ed Hays) the minute the check was in my hand you jumped on the chance to represent me demanding $10,000.00 representing to me after the check cleared your bank you would file and "substitute into the bankruptcy case."

Once again today, I attempted to discuss the matter with you and you continue to avoid answering my questions. You have not "helped" me in my chapter 7 case prepared any filings, even telling me that you share your office with two of the best bankruptcy attorneys in the industry, Gib Pagter and Misty Issaccson, stating they would help you for free anytime you asked regarding my bankruptcy case and who you could ask unlimited questions at any time. To date I am not aware of any "help" they have offered in my chapter 7 case, well over lasting close to 18 months now.

Demand is hereby made to return the funds of $10,000 to the Trustee Jeffrey Golden no later than Monday, December 9, 2022.

Please mail the certified check payable to Jeffrey Golden to the address of the Trustee, 650 Town Center Drive Ste. 950 Costa Mesa, CA 92626.

Failure to return the check to the Trustee by December 9, 2022, will result in a Motion for Relief to the Honorable Scott C. Clarkson and quite possibly sanctions as you are on notice of the stay of my chapter 7 petition and took advantage of my vulnerability when Mr. Briones substituted out and you offered to represent me if I paid you $10,000.

I paid you the $10,000 and you have failed to execute a proper retainer agreement. Please kindly return the unearned funds deposited into your Client Trust Account.

Additionally, you have caused me additional harm and I can no longer keep quiet about you demanding and receiving over $43,000 in unearned fees in a Personal Injury Case you filed August 2020, and promised representation in the unlawful detainer case 39-2019-01041423. Houser Bros v Jamie Gallian.

In the PI case Jamie Gallian vs Jesus Jasso, Jr. you failed to amend the complaint as promised to correct the complaint or even file the Proof od Service forms the court requested of you and Ordered you file as you were attorney of record when the Service was completed on the Huntington Beach Gables HOA who have communicated to you through their insurance co. CIBA. Demand was made to your office and to your secretary Laura to file the Proof of Service which to date has not occurred.

Demand is hereby made that Casello & Lincoln return to the Trustee Jeffrey Golden by certified check all pre-petition unearned funds approximately $ $30,000.00 into your Client Trust Account on my behalf no later than December 12, 2022.

Sincerely,

Jamie Gallian
Sent from my iPhone

---

**James Casello** <jhctlex@yahoo.com>                              Fri, Dec 2, 2022 at 3:26 PM
To: Jamie Gallian <jamiegallian@gmail.com>

This email is full of misstatements. Proceed as you see fit.

Sent from my iPhone

> On Dec 2, 2022, at 3:17 PM, Jamie Gallian <jamiegallian@gmail.com> wrote:
>
> Dear Mr. Casello,
[Quoted text hidden]

---

**Jamie Gallian** <jamiegallian@gmail.com>                         Fri, Dec 2, 2022 at 3:33 PM
To: Jeff Golden <jgolden@wgllp.com>, Eric Israel <EPI@danninggill.com>, Aaron de Leest <adeleest@danninggill.com>,
James Casello <jhctlex@yahoo.com>
Cc: Jamie Gallian <jamiegallian@gmail.com>

Mr. Golden,

This is the reply from Mr. Casello December 2, 2022 in response to my request to return all funds to the bankruptcy
estate.

Request is made to proceed to return the funds to the bankruptcy estate immediately,

Sincerely,


Jamie Gallian
714-321-3449
jamiegallian@gmail.com



[Quoted text hidden]

---

**Jamie Gallian** <jamiegallian@gmail.com>                         Fri, Dec 2, 2022 at 3:45 PM
To: Jeff Golden <jgolden@wgllp.com>, Eric Israel <EPI@danninggill.com>, Aaron de Leest <adeleest@danninggill.com>,
James Casello <jhctlex@yahoo.com>

Mr. Casello,

Please find attached to this email, a blank form for you to complete regarding the funds you received post petition
notifying the bankruptcy court of same.

Please complete and serve a copy to myself, Trustee Golden and counsel for the Trustee, after filing with the
bankruptcy court.
[Quoted text hidden]

📄 **F2016-1.4ATTYCOMPDISCLSR.pdf**
978K

 **Gmail**

Jamie Gallian <jamiegallian@gmail.com>

---

## Re: CARE & MBL application Completed
9 messages

---

**Jamie Gallian** <jamiegallian@gmail.com>                                Thu, Feb 25, 2021 at 10:26 PM
To: Rosetta Henderson <Rosetta.Henderson@sce.com>
Cc: Jamie Gallian <jamiegallian@gmail.com>

Hi Rosetta,

Finally returning the form back to you for processing.

Let me know if you need anything else.

Sincerely,

Jamie Gallian.


On Jul 24, 2020, at 10:37 AM, Rosetta Henderson <Rosetta.Henderson@sce.com> wrote:

Hi- Jamie

Here you go. Please send this back to me, once it has been completed.


https://www.sce.com/sites/default/files/inline-files/14-783%20Rev%20620_Proof%232.pdf

Medical baseline application.  Must be certified by the Doctor.
https://www.sce.com/sites/default/files/inline-files/Med%20Baseline%20App%20REV%
201-19%20English.pdf


thanks,

Rosetta



*Warm Regards,*

**Rosetta Henderson**
Community Outreach Project Manager
MHP Utility Upgrade Program
Southern California Edison
**Cell: 626-344-5854**
PIV3, 3rd floor, Cubicle 310 O
3 Innovation Way, Pomona, CA 91768

**rosetta.henderson@sce.com**

*"Never take away anyone's hope. That may be all they have."*

~Privacy Notice
© 2020 Southern California Edison, 2244 Walnut Grove Ave., Rosemead, CA 91770

Privacy Notice

 **SCE Application 2 25 2021.pdf**
1001K

---

**Jamie Gallian** <jamiegallian@gmail.com>                              Mon, Jul 11, 2022 at 2:16 AM
To: Jeff Golden <jgolden@wgllp.com>, Ed Hays <ehays@marshackhays.com>, Jamie Gallian <jamiegallian@gmail.com>,
Lori Werner <lwerner@wgllp.com>

This is the application I submitted to SCE in the name of Jamie Gallian on February 25, 2021, after ~J-Sandcastle
released the Certificate of Title  to Jamie Gallian LBM1081.

This is in reference to the email I sent to you regarding title.

Jamie Gallian
Sent from my iPhone

Begin forwarded message:

> **From:** Jamie Gallian <jamiegallian@gmail.com>
> **Date:** February 25, 2021 at 10:26:20 PM PST
> **To:** Rosetta Henderson <Rosetta.Henderson@sce.com>
> **Cc:** Jamie Gallian <jamiegallian@gmail.com>
> **Subject: Re: CARE & MBL application Completed**
>
> Hi Rosetta,
> [Quoted text hidden]

 **SCE Application 2 25 2021.pdf**
1001K

---

**Jamie Gallian** <jamiegallian@gmail.com>                              Mon, Jul 11, 2022 at 1:57 PM
To: Rosetta Henderson <Rosetta.Henderson@sce.com>

Ms. Henderson,

Thank you for your prompt attention to my request to confirm my application sent to you on February 25, 2021, was
indeed sent to the proper group for processing.

Following up on your telephone call to me this afternoon, you indicated to me the effective date of my submitted
2/25/2021 application regarding space 376 in the Rancho Del Rey Park,  in the name of Jamie Lynn Gallian, is
effective April 6, 2021, and you have requested a confirmation letter be sent to my address stating the same.

I understand from your telephone call you may be able to request the program attached the confirmation letter and send to your email address which in turn you would forward a copy to me for my records.

Again, thank you for your kind, courteous and excellent customer service.

Sincerely,

Jamie Gallian
714-321-3449
jamiegallian@gmail.com

[Quoted text hidden]

---

**Jamie Gallian** <jamiegallian@gmail.com>                           Wed, Jul 20, 2022 at 10:55 AM
To: James Casello <jhctlex@yahoo.com>

Sincerely,

Jamie Gallian
714-321-3449
jamiegallian@gmail.com

[Quoted text hidden]

 **SCE Application 2 25 2021.pdf**
1001K

---

**Jamie Gallian** <jamiegallian@gmail.com>                           Wed, Jul 20, 2022 at 11:07 AM
To: Jeff Golden <jgolden@wgllp.com>, Ed Hays <EHays@marshackhays.com>, Lori Werner <lwerner@wgllp.com>
Cc: Jamie Gallian <jamiegallian@gmail.com>

Mr. Golden, Mr. Hays

Regarding the receipt of letter from SCE processing my February 25, 2021, Application for CARES, the effective date was April 6, 2021, over 3 months prior to the filing of my bankruptcy petition of July 9, 2021. Ms. Henderson is on site here at the Rancho Del Rey Park in the Park Club House.

I spoke to Ms. Henderson moments ago concerning the Confirmation Letter from SCE to confirm the effective date of my Application is April 6, 2021. Ms. Henderson explained she verbally confirmed with the processing department that my application submitted on February 25, 2021, effective date in indeed April 6, 2021.

I have not received the confirmation letter to provide to the Bankruptcy Court in time for the hearing scheduled Thursday July 21, 2022. However, I trust the Attorney for Houser Bros Co, Ed Hays and the Trustee, Mr, Golden, will confirm this stated fact by SCE Rosetta Henderson.

If you have any questions, please contact me at your earliest convenience.

[Quoted text hidden]

 **SCE Application 2 25 2021.pdf**
1001K

---

**Jamie Gallian** <jamiegallian@gmail.com>                              Wed, Jul 20, 2022 at 11:09 AM
To: James Casello <jhctlex@yahoo.com>

[Quoted text hidden]

 **SCE Application 2 25 2021.pdf**
1001K

---

**Jeff Golden** <jgolden@wgllp.com>                                     Wed, Jul 20, 2022 at 11:13 AM
To: Jamie Gallian <jamiegallian@gmail.com>, "Aaron E. de Leest" <adeleest@danninggill.com>
Cc: Ed Hays <EHays@marshackhays.com>, Lori Werner <lwerner@wgllp.com>

Including my counsel as I have requested .

Sent from my iPhone

> On Jul 20, 2022, at 11:08 AM, Jamie Gallian <jamiegallian@gmail.com> wrote:

[Quoted text hidden]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

 **SCE Application 2 25 2021.pdf**
1001K

---

**Jamie Gallian** <jamiegallian@gmail.com>                              Wed, Jul 20, 2022 at 11:23 AM
To: Aaron de Leest <adeleest@danninggill.com>, Eric Israel <EPI@danninggill.com>

[Quoted text hidden]

 **SCE Application 2 25 2021.pdf**
1001K

---

**Jamie Gallian** <jamiegallian@gmail.com>                              Mon, Aug 8, 2022 at 12:23 PM
To: bb@redhilllawgroup.com

[Quoted text hidden]

SCE Application 2 25 2021.pdf
1001K

**SOUTHERN CALIFORNIA EDISON**

**CARE/FERA Program Application for**
## Tenants of Sub-Metered Residential Facilities

## RATE DISCOUNT APPLICATION

*Application effective as of June 1, 2020.*
**PLEASE PRINT CLEARLY**

### 1 TENANT INFORMATION:

Your Name: _JAMIE L. GALLIAN_

Home Address, do not use a P.O. Box: _16222 Monterey Ln #376 Huntington Beach CA 92649_
Space #    City    ZIP Code

Mailing Address, if different from the above address:
Space #    City    ZIP Code

Telephone: (714) 321-3449    ☐ Landline  ☐ Cell phone    ☐ Hearing Impaired –
Please use TTY to communicate (English Only)

Email Address: _jamiegallian@gmail.com_

Number of persons in my household: _____ Adults + _____ Children = _____ Total

### 2 PUBLIC ASSISTANCE PROGRAM ELIGIBILITY:

**Do you or someone in your household participate in any of the following programs? If so, please check (✔) the program(s) below.**

☑ Medi-Cal/Medicaid
☐ CalFresh/SNAP (Food Stamps)
☐ CalWorks (TANF)/Tribal TANF
☐ WIC

☐ Medi-Cal for Families (Healthy Families A & B)
☐ LIHEAP
☐ Supplemental Security Income (SSI)

☐ National School Lunch Program (NSLP)
☐ Bureau of Indian Affairs General Assistance
☐ Head Start Income Eligible (Tribal Only)

**If you participate in any of the Public Assistance Programs in this section, then SKIP to Section 4.**

### 3 INCOME ELIGIBILITY:

You will be enrolled in either the CARE or FERA program depending on your household income and household size.

**Total combined gross annual household income:**
*For example: Current monthly income x 12 months = annual household income*    $ _112,000_ .00

The definition of "gross (before taxes) household income" is all money and noncash benefits, available for living expenses, from all sources, both taxable and nontaxable, before deductions, including expenses, for all people who live in my home. This includes, but is not limited to, the following:

**Please check (✔) ALL sources of your household income.**

☐ Pensions
☐ Social Security
☐ SSP or SSDI
☐ Interest or Dividends from Savings, Stocks, Bonds, or Retirement Accounts

☐ Wages and/or Profits from Self-Employment
☐ Unemployment Benefits
☐ Disability or Workers' Compensation Payments
☐ Rental or Royalty Income

☐ Scholarships, Grants, or Other Aid Used for Living Expenses
☐ Insurance or Legal Settlements
☐ Spousal or Child Support
☐ Cash and/or Other Income

### 4 DECLARATION: *(Please sign and date below)*

I state that the information I have provided in this application is true and correct. I understand that I may be requested to provide updated documentation of eligibility at any time and agree to do so regardless of how I initially became eligible for the discount. I agree to inform Southern California Edison Company if I no longer qualify to receive the discount. I understand that if I receive the discount without qualifying for it, I may be required to pay back the discount I received. I understand that SCE can share my information with other utilities or their agents to enroll me in their assistance programs.

Signature: _Jamie L. Gallian_    Date: _3/2/21_

☐ Guardian or Power-of-Attorney Provide notarized copy of document

☐ By checking this box, I confirm the information provided is accurate, and agree to receive calls at the above number, through an automatic-dialing announcing device (ATDS), or a prerecorded message from, or on behalf of, Southern California Edison for rebates, savings, or other low-income qualified program information. I understand that consent to receiving these calls is not required to enroll in this income-qualified program and that message and data rates may apply.

### MANAGER OR LANDLORD INFORMATION:

Source Code (Edison Use Only)

Edison Service Account No.    3 - ____ - ____ - ____    ____ - ____

Manager or Landlord Name: _Chris Houser_

Mailing Address: _16222 Monterey Ln #376 Huntington Beach 92649_
City    ZIP Code

Name on Edison Bill: _Jamie L. Gallian_

Service Address: _16222 Monterey Ln #376 Huntington Beach 92649_
City    ZIP Code

Home Telephone: (714) 846-1429    Work Telephone: 714 329-1319

Applicant Status:  ☑ Add New    ☐ Drop    ☐ Re-Certify    ☐ Moved to Different Space

11

1. 10/31/2018 Sale 4476 Alderport Drive                    $379,000.00

2. Repayment/refund to (3) individual Lease Deposit((s)

    1.   Beverly & James Ginestra-Cashier's Check       -$ 6700.00

    2.   Gentleman, Sheriff Deputy-Cashier's Check       -$ 6700.00

    3.   Orange Co. Teachers Credit Union-Cashier's Ck.  -$ 6700.00

    4.   Lease Henry Newton  (Pinon Drive Nov. 2018      -$ 3450.00

    5.   Robert Ortiz; Day Laborer(s)  Cleaned, Painted entire inside
        Monterey; Vinyl Fencing protection fr Coyotes      -$ 3000.00

    6.   Richard Solmer, M.D. 3-Medical Procedures,
        OR, anesthesiologist; office proc. misc proc.      -$ 15,000.00

    7.   Michael Chulak, Esq. Disbarred-unable to         -$   8700.00
        locate

    8.   Flyer & Flyer, Raquel Flyer                     -$   5000.00
        Flyer & Flyer, David Flyer,                     -$ 11,500.00

    9.   Michael Deveruex, Esq.                          -$   1000.00

    10,  Steven A. Fink, Esq. Appellant Atty.            -$   30,000.00

    11.  James H. Casello, Esq. UD, PI, Gables HOA       -$   59,200.00

    12.  Watch -"imitation/Fake"                         -$   4000.00

    13.  Used Furniture-Offer Up site                    -$   2000.00

    14.  Monterey Storage Shed, Ext.Painter/Seal/Caulk   -$   4500.00

    15.  Reporter's Appell. Transcripts                  -$   2600.00

    16.  Court Filing Fees, Copy Fees, Parking, etc.     -$   3000.00

    17.  Gibson Pacter, Esq.                             -$   1200.00

    17.  Contribution to Debtors Fidelity Federal        -$   7000.00

    18.  Christopher Blank, Esq.                         -$   4950.00

    19.  Heston & Heston, Esq.                           -$   700.00

    20.  Nicolas Gebelt, Esq.                            -$   1600.00

00-53-3364B  11-2010

Cashier's Check - Customer Copy

No. 1161511203

Date 09/11/18 04:15:52 PM

Void After 90 Days

91-170/1221

NAZ

SPRINGDALE/EDINGER

0006    0000961    0082

Notice to Purchaser - In the event that this check is lost, mislplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Pay
**Six Thousand Two Hundred Fifty Five and 00/100 Dollars**

To The
Order Of    H NEWTON

5782 PINON DR HUNTINGTON BEACH CA 92649

BANK OF AMERICA

Remitter (Purchased By):  JAMIE LYNN GALLIAN

Bank of America, N.A.
PHOENIX, AZ

Not-Negotiable
Customer Copy
Retain for your Records

457002931717

**$6,255.00**

13

## ☙ RENTAL AGREEMENT AND/OR LEASE ☙

Landlord/Lessor/Agent: **HENRY NEWTON**
Tenant(s)/Lessee: **Jamie Gillian**
Tenant(s)/Lessees:
Apartment Number:
Apartment Address: **5782 Pinon Drive**
City: **Huntington Bch**  State **CA** Zip **92649**
Monthly Rental Rate: $ **3400.00**  This agreement shall commence on **9-11-18** and continue: (check one below)
Rental Due Date: **1st**  A. ☐ Month to Month Agreement **9-10-**
Security Deposit: $ **3400.00**  B. ☑ Until **3 year 2021** at which time thereafter shall become a month to
Late Charge: $ **150.00 After 5th day**  month tenancy upon written approval of the landlord. If Tenant should move from premises prior to the
Parking Space: **Garage**  expiration date, he shall be liable for all the rent due until such time the apartment is occupied
Storage Space: **Shed**  by a Landlord-approved resident and/or expiration of said time period, whichever is shorter.
Apartment Number (top right):

1. This Rental Agreement and/or Lease shall evidence the complete terms and conditions under which the parties whose signatures appear below have agreed. **Landlord/Lessor/Agent** shall be referred to as "OWNER" and **Tenant(s)/Lessee(s)** shall be referred to as "RESIDENT." As consideration for this agreement, OWNER agrees to rent/lease to RESIDENT and RESIDENT agrees to rent/lease from OWNER for use SOLELY AS A PRIVATE RESIDENCE, the premises listed above. RESIDENT acknowledges that any false statements found in RESIDENT's application shall constitute a non-curable breach of this agreement. RESIDENT hereby agrees to complete an updated application, including a census as to the occupants in the unit upon seven days request of OWNER.

2. **PAYMENTS:** Rent and/or other charges are to be paid at the office or apartment of the manager of the building or at such other place designated in writing by OWNER. For the safety of the manager, all payments are to be made by check or money order and no cash shall be acceptable. OWNER acknowledges receipt of the First month's rent of: $ **2260** and a Security Deposit of $ **3400** for a total payment of $ **5660**. All payments are to be made payable to: **Henry Newton** and delivered to **Bank of America / checking Acc # 0027712.0011** California, Telephone Number **714-615-3574** who is usually available on the following days: following hours: during the

3. **LATE CHARGE/RETURNED CHECKS:** Resident acknowledges that Owner will incur certain administrative costs in connection with a late Rental payment, and that the amount of such administrative costs would be extremely difficult or impractical to ascertain. Therefore, Parties agree that if Resident fails to pay the rent in full by the end of the **5th** day after it is due, Resident shall pay a late charge of $ **150** per day and the parties agree that amount is a reasonable amount for such administrative costs. Resident further agrees that such administrative costs are deemed additional rent. If Owner elects to accept rent after the tenth day after it is due, payment in a form other than by personal check may be required. Owner does not waive the right to insist on payment of rent in full on the day it is due. In the event Resident's check is dishonored by the bank for any reason, Resident shall pay a returned check charge of $_____ as additional rent. The same late charge stated above will be imposed as additional rent if the returned check causes the rent to be late. Owner may require future payments to be in a form other than a personal check in the event of a returned check.

4. **SECURITY DEPOSIT:** The Security Deposit shall not exceed two times the monthly rent for unfurnished apartments or three times the monthly rent for furnished apartments. The total of the above deposits shall secure compliance with the terms and conditions of this agreement and shall be refunded to RESIDENT within 21 days after the premises have been completely vacated less any amount necessary to pay OWNER: a) any unpaid rent, b) cleaning costs, c) key replacement costs, d) costs for repair of damages to apartment and/or common areas above ordinary wear and tear, and e) any other amount legally allowable under the terms of this agreement. A written accounting of said charges shall be presented to RESIDENT within 21 days of move-out. If deposits do not cover such costs and damages, the RESIDENT shall immediately pay said additional costs for damages to OWNER. During the term of tenancy, RESIDENT agrees to increase the deposit upon 30 days written notice by an amount equal to any future increases in rent and/or an amount necessary to cover the cost of rectifying any damage or expense for which RESIDENT is responsible. Security deposit is not to be used as last month's rent.

5. **UTILITIES:** RESIDENT agrees to pay for all utilities and/or services based upon occupancy of the premises except **All Utilities, Cable**

6. **OCCUPANTS:** Guest(s) staying over 14 days cumulative or longer during any 12-month period, without the OWNER's written consent, shall be considered a breach of this agreement. ONLY the following listed individuals and/or animals, AND NO OTHERS shall occupy the subject apartment for more than 14 days unless the expressed written consent of OWNER is obtained in advance, the 14 day period may be extended by local Rent Control Laws: RESIDENT shall pay additional rent at the rate of $100.00 per month or 25% **(or the amount allowed under rent control)** of the current monthly rent; whichever amount is greater, for the period of time that each additional guest in excess of the above named shall occupy the premises. RESIDENT shall pay the same additional monthly rent for each additional animal in excess of the above named animal(s), which shall occupy the premises. Acceptance of additional rent or approval of a guest shall not waive any requirement of this agreement or convert the above "guest" into a RESIDENT.

7. **PETS AND FURNISHINGS:** Furnishings - No liquid-filled furniture of any kind may be kept on the premises. If the structure was built in 1973 or later RESIDENT may possess a waterbed if he maintains waterbed insurance valued at $100,000.00 or more. RESIDENT must furnish OWNER with proof of said insurance. RESIDENT must also comply with Civil Code Section 1940.5. Resident shall not keep on premises a receptacle containing more than ten gallons of liquid, highly combustible materials or other items which may cause a hazard or affect insurance rates such as musical instruments or other item(s) of unusual weight or dimension. RESIDENT also agrees to carry insurance deemed appropriate by OWNER to cover possible losses caused by using said items. Pets – No animal, fowl, fish, reptile, and/or pet of any kind shall be kept on or about the premises, for any amount of time, without obtaining the prior written consent and meeting the requirements of the OWNER. Said consent, if granted, shall be revocable at OWNER's option upon giving a 30-day written notice. In the event laws are passed or permission is granted to have any item prohibited by this agreement or if for any reason such item exists on the premises, there shall be minimum additional rent of $25.00 a month for each such item if another amount is not stated in this agreement. In the event laws are passed or permission is granted to have a pet and/or animal of any kind, an additional deposit in the amount of $ **400.00** shall be required along with the signing of OWNER's "PET AGREEMENT."

8. **PARKING/STORAGE:** When and if RESIDENT is assigned a parking space on OWNER's property, the parking space shall be used exclusively for parking of passenger automobiles and/or those approved vehicles listed on RESIDENT's "Application to Rent/Lease" or attached hereto. RESIDENT may not wash, repair, or paint in this parking space or at any other common areas on the premises. (RESIDENT may not assign, sublet, or allow RESIDENT's guest(s) to use this or any other parking space.) RESIDENT is responsible for oil leaks and other vehicle discharges for which RESIDENT shall be charged for cleaning if deemed necessary by OWNER. Only vehicles that are operational may park in their assigned space.

9. **NOISE / ACTIVITY:** RESIDENT agrees not to cause or allow any noise or activity on the premises that might disturb the peace and quiet enjoyment of another RESIDENT. RESIDENT shall not violate any law or use the premises for the use, storage, possession, manufacturing or selling of illicit drugs. Said noise and/or activity shall be a breach of this Agreement.

AOA Form No. 101 (Revised 07/18) - Copyright 2010 - Apartment Owners Association of California, Inc. - www.aoausa.com
• San Fernando Valley (818) 988-9200 • Los Angeles (323) 937-8811 • Long Beach (562) 597-2422 • Garden Grove (714) 539-6000 • San Diego (619) 280-7007 • Northern California (510) 769-7521

14

10. **LOITERING AND PLAY**: Lounging, playing, or unnecessary loitering in the halls, on the front steps, or in the common areas in such a way as to interfere with the free use and enjoyment, passage or convenience of another RESIDENT is prohibited.

11. **DESTRUCTION OF PREMISES**: If the premises become totally or partially destroyed during the term of this Agreement so that RESIDENT'S use is seriously impaired, RESIDENT or OWNER may terminate this Agreement immediately upon three-day written notice to the other.

12. **CONDITION OF PREMISES**: RESIDENT acknowledges that he has examined the premises and that said premises, all furnishings, fixtures, furniture, plumbing, heating, electrical facilities, all items listed on the attached inventory sheet, if any, and/or all other items provided by OWNER are all clean, and in good satisfactory condition except as may be indicated elsewhere in this Agreement. RESIDENT agrees to keep the premises and all items in good order and condition and to immediately pay for costs to repair and/or replace any portion of the above damaged by RESIDENT, his guests and/or invitees, except as provided by law. At the termination of this Agreement, all of the above-enumerated items in this provision shall be returned to OWNER in clean and good condition except for reasonable wear and tear; the premises shall be free of all personal property and trash not belonging to OWNER. It is agreed that all dirt, holes, tears, burns, or stains of any size or amount in the carpets, drapes, walls, fixtures, and/or any other part of the premises, do not constitute reasonable wear and tear.

13. **MAINTENANCE AND ALTERATIONS**: RESIDENT shall not paint, wallpaper, alter or redecorate, change or install locks, install antenna or other equipment, screws, fastening devices, excessively large nails, or adhesive materials, place signs, displays, or other exhibits, on or in any portion of the premises without the written consent of the OWNER except as may be provided by law. RESIDENT shall deposit all garbage and waste in a clean and sanitary manner into the proper receptacles as provided and shall cooperate in keeping the garbage area neat and clean. RESIDENT shall be responsible for disposing of items of such size or nature as is not normally acceptable by the garbage hauler for the building. RESIDENT shall be responsible for keeping the garbage disposal clean of chicken bones, toothpicks, match sticks, celery, pits, grease, metal vegetable ties, and all other items that may tend to cause stoppage of the mechanism. RESIDENT shall pay for the cleaning out of any plumbing fixture that may need to be cleared of stoppage and for the expense or damage caused by the stopping of waste pipes or overflow from bathtubs, washbasins, toilets, or sinks, if caused by negligence or misuse by RESIDENT or their guests. Tenant must notify landlord with a written notice stating what item(s) need service or repair and give landlord a reasonable opportunity to service or repair that item(s). Should any charges be incurred by the City as a result of not notifying the Landlord in writing of such needed service or repairs, tenant shall be responsible for a minimum of $201.50 for each occurrence plus any additional fines or inspection fees imposed by a government office as a result of RESIDENT not notifying OWNER in writing of any deficiencies with the residence.

14. **SMOKE/CARBON MONOXIDE DETECTORS**: The rental unit is equipped with properly functioning smoke and carbon monoxide detectors. Resident agrees to test the smoke and carbon monoxide detectors in the rental unit monthly for proper function. Resident agrees not to interfere with their normal function or disable any detectors in any manner.

15. **HOUSE, POOL, AND LAUNDRY RULES**: RESIDENT shall comply with all house, pool, pet, and laundry rules attached to this agreement which may be changed from time to time. These rules shall apply to, but are not limited to, noise, odors, disposal of trash, pets, parking, use of common areas, and storage of toys, bicycles, tools, and other personal items (including signs and laundry), which must be kept inside and out of view. OWNER shall not be liable to RESIDENT for any violation of such rules by any other RESIDENTS or persons. Rights of usage and maintenance of the laundry room and/or pool and pool area are gratuitous and subject to revocation by OWNER at any time.

16. **CHANGE OF TERMS**: The terms and conditions of this agreement are subject to future change by OWNER after the expiration of the agreed lease period upon 30 days written notice setting forth such change and delivered to RESIDENT. Any changes are subject to laws in existence at the time of the Notice of Change of Terms.

17. **TERMINATION**: After expiration of the leasing period, this agreement is automatically renewed from month-to-month upon written approval of the landlord, but may be terminated by either party with a written 30-day notice of intention to terminate. If tenancy exceeds one year, the owner shall give a written 60-day notice to terminate. Where laws require "just cause," such just cause shall be so stated on said notice. The premises shall be considered vacated only after all areas including storage areas are clear of all RESIDENT'S belongings, and keys and other property furnished for RESIDENT'S use are returned to OWNER. Should the RESIDENT hold over beyond the termination date or fail to vacate all possessions on or before the termination date, RESIDENT shall be liable for additional rent and damages, which may include damages due to OWNER'S loss of prospective new RENTERS.

18. **POSSESSION**: If OWNER is unable to deliver possession of the Apartment to RESIDENT on the agreed date, because of the loss or destruction of the Apartment or because of the failure of the prior RESIDENT to vacate or for any other reason, the RESIDENT and/or OWNER may immediately cancel and terminate this agreement upon written notice to the other party at their last known address, whereupon neither party shall have liability to the other, and any sums paid under this Agreement shall be refunded in full. If neither party cancels, this Agreement shall be pro-rated and begin on the date of actual possession.

19. **INSURANCE**: RESIDENT acknowledges that OWNER'S insurance does not cover personal property damage caused by fire, theft, rain, war, acts of God, acts of others, and/or any other causes, nor shall OWNER be held liable for such losses. RESIDENT HEREBY AGREES TO OBTAIN HIS OWN INSURANCE POLICY TO COVER ANY PERSONAL LOSSES. This does not waive OWNER'S duty to prevent personal injury or property damage where that duty is imposed by law, however, RESIDENT'S failure to maintain said policy shall be a complete waiver of RESIDENT'S rights to seek damages against OWNER for above stated losses.

20. **RIGHT OF ENTRY AND INSPECTION**: OWNER or OWNER'S Agent by themselves or with others, may enter, inspect and/or repair the premises at any time in case of emergency or suspected abandonment. OWNER shall give 24 hours advance notice and may enter for the purpose of showing the premises during normal business hours to prospective renters, buyers, lenders, for smoke alarm inspections, and/or for normal inspection and repairs. OWNER is permitted to make all alterations, repairs and maintenance that in OWNER'S judgment is necessary to perform. In addition, OWNER has the right to enter pursuant to Civil Code Section 1954. If the work performed requires that RESIDENT temporarily vacate the unit, then RESIDENT shall vacate for this temporary period upon being served a 7-day notice by OWNER. RESIDENT agrees that in such event RESIDENT will be solely compensated by a corresponding reduction in the rent for those many days that RESIDENT was temporarily displaced. No other compensation shall be due to the RESIDENT. If the work to be performed requires the cooperation of the RESIDENT to perform certain tasks, then RESIDENT shall perform those tasks upon receiving a 24-hour written notice. (EXAMPLE: removing food items from cabinets so that the unit may be sprayed for pests.) Upon 24 hours notice, RESIDENT hereby agrees to lend OWNER the keys to the premises for the purpose of having a duplicate made for OWNER'S use.

21. **ASSIGNMENT**: RESIDENT agrees not to transfer, assign or sublet the premises or any part thereof and hereby appoints and authorizes the OWNER as his agent and/or by OWNER'S own authority to evict any person claiming possession by way of any alleged assignment or subletting.

22. **PARTIAL INVALIDITY**: Nothing contained in this Agreement shall be construed as waiving any of RESIDENT'S or OWNER'S rights under the law. If any part of this Agreement shall be in conflict with the law, that part shall be void to the extent that it is in conflict, but shall not invalidate this Agreement nor shall it affect the validity or enforceability of any other provision of this Agreement.

23. **NO WAIVER**: OWNER'S acceptance of rent with knowledge of any default by RESIDENT or waiver by OWNER of any breach of any term or condition of this Agreement shall not constitute a waiver of subsequent breaches. Failure to require compliance or to exercise any right shall not be construed as a waiver by OWNER of said term, condition, and/or right, and shall not affect the validity or enforceability of any other provision of this Agreement.

24. **ATTORNEY'S FEES**: If any legal action or proceeding be brought by either party to this agreement, the prevailing party shall be reimbursed for all reasonable attorneys' fees up to but not more than $500 in addition to other damages awarded.

25. **ABANDONMENT**: California Civil Code Section 1951.2 shall govern Abandonment. If any rent has remained unpaid for 14 or more consecutive days and the OWNER has a reasonable belief of abandonment of the premises, OWNER shall give 18 days written notice to RESIDENT at any place (including the rented premises) that OWNER has reason to believe RESIDENT may receive said notice of OWNER'S intention to declare the premises abandoned. RESIDENT'S failure to respond to said notice as required by law shall allow OWNER to reclaim the premises.

26. The undersigned RESIDENTS are jointly and severally responsible and liable for all obligations under this agreement and shall indemnify OWNER for liability caused by the actions (omission or commission) of RESIDENTS, their guests and invitees.

27. **Pursuant to Section 1785.26 of the California Civil Code**, as required by law, you are hereby notified that a negative credit report reflecting on your credit history may be submitted to a credit reporting agency, if you fail to fulfill the terms of your credit obligation. RESIDENT expressly authorizes OWNER/AGENT (including a collection agency) to obtain Resident's consumer credit report, which OWNER/AGENT may use if attempting to collect past due rent payments, late fees, or other charges from Resident, both during the term of the Agreement and thereafter.

28. **Lead Warning Statement**: Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips and dust pose health hazards if not managed properly. Lead



AOA Form No. 101 (Revised 07/18) - Copyright 2010 - Apartment Owners Association of California, Inc. - www.aoausa.com
• San Fernando Valley (818) 988-9200 • Los Angeles (323) 937-8811 • Long Beach (562) 597-2422 • Garden Grove (714) 539-6000 • San Diego (619) 280-7007 • Northern California (510) 769-7521

exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, OWNERS must disclose the presence of known lead-based paint hazards in the dwelling. RESIDENTS must also receive a federally approved pamphlet on lead poisoning prevention.

**OWNER/AGENT DISCLOSURE** (Initial)

_____ OWNER'S initials (on left) mean OWNER has no knowledge of lead-based paint and/or lead-based hazards in or on the Premises and OWNER has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in or on the Premises, and

_____ RENTER'S initial (on left) indicate that RENTER has received a copy of a "Protect Your Family from Lead in Your Home", and that RENTER shall notify OWNER promptly in writing of any deteriorating and/or peeling paint.

29. **MOLD:** The OWNER/AGENT has inspected the unit prior to lease and knows of no damp or wet building materials and knows of no mold contamination. Resident agrees to accept full responsibility and maintain the premises in a manner that prevents the occurrence of an infestation of mold in the premises. Resident also agrees to immediately report to the OWNER/AGENT any evidence of water leaks, excessive moisture or lack of proper ventilation and evidence of mold that cannot be removed by cleaning.

30. **ADDITIONS AND EXCEPTIONS:** _____

31. **NOTICES:** All notices to RESIDENT shall be served at RESIDENT'S apartment / house whether or not RESIDENT is present at the time of delivery and all notices to OWNER / AUTHORIZED PERSON shall be served by first class mailing to:

Person Authorized To Manage Property:

Name_____ Address_____

Phone Number_____

Owner of property or a person who is authorized to act for and on behalf of the owner for the purpose of service of process and for the purpose of receiving and receipting for all notices and demands.

Name HENRY NEWTON Address 6641 BEACHVIEW DR. HUNTINGTON BEACH

Phone Number (714) 615-3574                                                    CA 92648

Person or Entity Authorized to Receive Payment of Rent:

Name_____ Address_____

Phone Number_____

32. **INVENTORY:** The Apartment contains the following items for use by RESIDENT:_____

RESIDENT further acknowledges that the subject premises are furnished with the additional furnishings listed on the attached inventory and that said attached inventory is hereby made part of this agreement.

33. **RESIDENT** acknowledges receipt of the following, which shall be deemed a part of this Agreement: (Please check)

| | | |
|---|---|---|
| ☐ Information About Bed Bugs | ☐ Pest Control/Bed Bug Addendum | ☐ Mold Addendum | ☐ Apartment Keys |
| ☐ Flood Disclosure Addendum | ☐ Move-in/Move-out Inspection | ☐ Smoke Free Addendum | ☐ Mailbox Keys |
| ☐ Lead Based Paint Disclosure | ☐ Pet Agreement/Comfort Animal Addendum | ☐ Parking Agreement | ☐ Common Area Keys |
| ☐ House Rules | ☐ Satellite Dish Addendum | ☐ Other: | ☐ Garage Remotes |
| ☐ Pool Rules | ☐ Smoke Detector Addendum | ☐ Other: | |

34. **ENTIRE AGREEMENT:** This Agreement constitutes the entire Agreement between OWNER and RESIDENT. No oral agreements have been entered into, and all modifications or notices shall be in writing to be valid. The undersigned Residents are jointly and severally responsible for all obligations under this agreement and shall indemnify Owner for liability caused by the actions (omission or commission) of residents, their guests and invitees. Renter has relied on his own judgment in entering into this agreement.

35. **NOTICE:** Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

36. **RECEIPT OF AGREEMENT:** The undersigned RESIDENT hereby certifies that he/she is fluent in the English language and has read and completely understands this Agreement and hereby acknowledges receipt of a copy of this "Rental Agreement and/or Lease." (_____) RESIDENT's initials:

OR Pursuant to California Civil Code 1632, which requires translation of specified contracts or agreements that are negotiated in Spanish, Chinese, Vietnamese, Tagalog or Korean:

(_____) Resident's Initials on left hereby acknowledge that this agreement was translated and interpreted in their foreign language of:_____

| Printed Name of Interpreter | | Signature of Interpreter | | Date |
|---|---|---|---|---|
| | | | | 9/11/18 |
| Owner/Agent HENRY NEWTON Date 9/11/18 | | | Resident | Date |
| Owner/Agent | Date | | Resident | Date |
| Owner/Agent | Date | | Resident | Date |

_NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR THE ADEQUACY OF ANY PROVISION IN THIS AGREEMENT. IF YOU DESIRE LEGAL ADVICE, CONSULT YOUR ATTORNEY._

AOA Form No. 101 (Revised 07/18) - Copyright 2010 - Apartment Owners Association of California, Inc. - www.aoausa.com
• San Fernando Valley (818) 988-9200 • Los Angeles (323) 937-8811 • Long Beach (562) 597-2422 • Garden Grove (714) 539-6000 • San Diego (619) 280-7007 • Northern California (510) 769-7521

# MOVE-IN, PRELIMINARY-WALK-THROUGH AND FINAL MOVE-OUT INSPECTION FORM

Resident Name(s): Jamie L. Gallian
Rental Unit Address: 57F2 Pinon Dr. Hunt Bch CA 92649

Move-in Date: 9-11-18
Move-out Date:

**CODES:** NEW - Brand New • CLN – Clean • STN – Stained • SCR – Scratched • REP - Needs Repair • RPL - Needs Replacement
F PNT - Needs Full Paint • T/U PNT - Needs Touch-up Paint • F CLN - Needs Full Clean • T/U CLN - Needs Touch-up Cleaning

| Kitchen | Move-In | Pre-Walk Through | Move-Out | Bedroom #1 | Move-In | Pre-Walk Through | Move-Out |
|---|---|---|---|---|---|---|---|
| Walls and Ceiling | C | | | Walls and Ceiling | STAIN C | Not New Paint | |
| Floor/Floor Covering | C | | | Floor/Floor Covering | C | | |
| Counters | C | | | Light Fixture(s), Bulb(s) | C | | |
| Sink, Faucet | C | | | Light Switches, Outlets | C | | |
| Drain, Plumbing | C | | | Closet Door(s) | C | | |
| Garbage Disposal | C | | | Door & Door Hardware | C | | |
| Light Fixture(s), Bulb(s) | C | | | Window(s) & Screen(s) NO | C | | |
| Light Switches, Outlets | C | | | Furniture (if any) | — | | |
| Door & Door Hardware | C | | | Other: | | | |
| Window(s) & Screen(s) NO | C | | | **Bedroom #2** | | | |
| Cabinets | C | | | Walls and Ceiling | STN C | Not New Paint | |
| Other: | | | | Floor/Floor Covering | C | | |
| **Appliances** | | | | Light Fixture(s), Bulb(s) | C | | |
| Stove | C | | | Light Switches, Outlets | C | | |
| Range Hood | C | | | Closet Door(s) | C | | |
| Refrigerator | — | | | Door & Door Hardware | C | | |
| Dishwasher | C | | | Window(s) & Screen(s) | C | | |
| Microwave | — | | | Furniture (if any) | — | | |
| Washing Machine | — | | | Other: | | | |
| Dryer | — | | | **Bedroom #3** | | | |
| Other: | | | | Walls and Ceiling | STN C | Not New Paint | |
| **Living Room** | C | | | Floor/Floor Covering | C | | |
| Walls and Ceiling | C | | | Light Fixture(s), Bulb(s) | C | | |
| Floor/Floor Covering | C | | | Light Switches, Outlets | C | | |
| Light Fixture(s), Bulb(s) | C | | | Closet Door(s) | C | | |
| Light Switches, Outlets | C | | | Door & Door Hardware | C | | |
| Door & Door Hardware | C | | | Window(s) & Screen(s) | C | | |
| Window(s) & Screen(s) | C | | | Furniture (if any) | — | | |
| Closet | C | | | Other: | | | |
| Furniture (if any) | — | | | **Other Areas** | | | |
| Other: | | | | Entry Door(s) | C | | |
| **Dining Room** | | | | Furnace/Heater | C | | |
| Walls and Ceiling | | | | Air Conditioning | | | |
| Floor/Floor Covering | | | | Fireplace | GAS NO Log Inside | | |
| Light Fixture(s), Bulb(s) | | | | Balcony, Patio, Terrace | | | |
| Light Switches, Outlets | | | | Lawn, Ground Covering | | | |
| Door & Door Hardware | | | | Garage or Parking Area | C | | |
| Window(s) & Screen(s) | | | | Storage | C | | |
| Furniture (if any) | | | | Water Heater | older more 10yr | | |
| Other: | | | | Other: | | | |

Comments:

AOA Form No. 131 (Rev. 11/14) - Copyright 2013 - Apartment Owners Association of California, Inc. • www.aoausa.com
San Fernando Valley: (818) 988-9200 - Los Angeles: (323) 937-8811 - Long Beach: (562) 597-2422 - Garden Grove: (714) 539-6000 - San Diego: (619) 280-7007 – Northern California: (510) 769-7521

CODES: NEW - Brand New • CLN – Clean • STN – Stained • SCR – Scratched • REP - Needs Repair • RPL - Needs Replacement
F PNT - Needs Full Paint • T/U PNT - Needs Touch-up Paint • F CLN - Needs Full Clean • T/U CLN - Needs Touch-up Cleaning

| Bathroom #1  4½ | Move-In | Pre-Walk Through | Move-Out |
|---|---|---|---|
| Walls and Ceiling | Not New Pn/t | | |
| Floor/Floor Covering | ⊂ | | |
| Counters | ⊂ | | |
| Sink, Faucet | ⊂ | | |
| Shower/Tub, Faucet | ⊂ | | |
| Drains, Plumbing | ⊂ | | |
| Shower Door | ⊂ | | |
| Toilet, Seat | ⊂ | | |
| Caulking | ⊂ | | |
| Towel Rack(s) | ⊂ | | |
| Medicine Cab/Mirror | Rust ⊂ | | |
| Exhaust Fan | Older Rust | | |
| Cabinet/Linen Closet | ⊂ | | |
| Light Fixture(s), Bulb(s) | ⊂ | | |
| Light Switches, Outlets | ⊂ | | |
| Linen Closet/Cabinet | ⊂ | | |
| Door & Door Hardware | ⊂ | | |
| Window(s) & Screen(s) | ⊂ | | |
| Bathroom #2 | | | |
| Walls and Ceiling | Not New paint | | |
| Floor/Floor Covering | ⊂ | | |
| Counters | ⊂ | | |
| Sink, Faucet | ⊂ | | |
| Shower/Tub, Faucet | ⊂ | | |
| Drains, Plumbing | ⊂ | | |
| Shower Door | | | |
| Toilet, Seat | ⊂ | | |
| Caulking | ⊂ | | |
| Towel Rack(s) | | | |
| Medicine Cab/Mirror | Rust | | |
| Exhaust Fan | Rust | | |
| Cabinet/Linen Closet | ⊂ | | |
| Light Fixture(s), Bulb(s) | ⊂ | | |
| Light Switches, Outlets | ⊂ | | |
| Linen Closet/Cabinet | ⊂ | | |
| Door & Door Hardware | ⊂ | | |
| Window(s) & Screen(s) | ⊂ | | |

| Other – List Below | Move-In | Pre-Walk Through | Move-Out |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Keys to Unit - # Issued | # Issued | | # Received |
| Front Door | | | |
| Dead Bolt | | | |
| Mailbox | | | |
| Common Area | | | |
| Remote | | | |
| Other: | | | |

*Under California State Law, the landlord may use a tenant's security deposit for four purposes:
• For unpaid rent;
• For cleaning the rental unit when the tenant moves out to make the unit as clean as it was when the tenant first moved in;
• For repair of damages, other than normal wear and tear, caused by the tenant or the tenant's guests; and
• If the lease or rental agreement allows it, for the cost of restoring or replacing furniture, furnishings, or other items of personal property (including keys), other than because of normal wear and tear.

The Preliminary Walk-Through (AB2330) must be conducted no sooner than two weeks prior to the actual move-out date. The purpose of this inspection is to notify the tenant what corrections must be made before the actual move-out date. This gives residents the opportunity to restore the property to its actual move-in condition to avoid deductions from their security deposit.

**MOVE- IN INSPECTION      PRELIMINARY WALK-THROUGH      FINAL INSPECTION**

Resident _____ 9/11/18   Resident _____ Date   Resident _____ Date

Resident _____ Date   Resident _____ Date   Resident _____ Date

Owner/Agent _____ 09/11/18   Owner _____ Date   Owner _____ Date

AOA Form No. 131 (Rev. 11/14) - Copyright 2013 - Apartment Owners Association of California, Inc. • www.aoausa.com
San Fernando Valley: (818) 988-9200 - Los Angeles: (323) 937-8811 - Long Beach: (562) 597-2422 - Garden Grove: (714) 539-6000 - San Diego: (619) 280-7007 – Northern California: (510) 769-7521

18

18

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

| | |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | 88.00 |

* S R 0 0 1 2 9 8 0 9 5 6 3 *
2021000443659 12:48 pm 07/09/21
18 414A D04   2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

IT
ZP
SB
PF

# HOMESTEAD DECLARATION
### CCP §704.930

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

APN#: | 891-569-62 |

**1. Name(s) of Declared Homestead owners:**

| JAMIE LYNN GALLIAN | , do hereby claim a Declared |

Homestead in the following real property located in:

the City of | HUNTINGTON BEACH, CA |, County of | ORANGE |, State of California,

more commonly known as:

| 16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649 |

*(Insert Common Street Address Above)*

and more particularly described as follows:

| 2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376 ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48 |

*(Insert Property Legal Description Above)*

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the person(s) below executing and acknowledging this Homestead Declaration.**

Dated:  07/08/2021

_~~Jamie Lynn Gallian~~_
(Signature of Declared Homestead Owner or Spouse)

| JAMIE LYNN GALLIAN |
(Printed Name of Declared Homestead Owner or Spouse)

_Jamie R Gallian_
(Signature of Declared Homestead Owner of Spouse)

_JAMIE LYNN GALLIAN._
(Printed Name of Declared.Homestead Owner or Spouse)
( See Attached Acknowledgment )

19

ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Orange_____ )

On _7/9/21_ before me, _Greg Buysman, Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Gallian_ _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____ (Seal)

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California

County of ___Orange___ )

On __2/25/21__ before me, __Greg Buysman, Notary Public__

(insert name and title of the officer)

personally appeared ___Jamie Lynn Gallian___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature_____ (Seal)

21

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __2/25/2021__ at __Huntington Beach__ __CALIFORNIA__
State

Signature: _Janice L Gallian its member_    Printed Name: _J-SANDCASTLE CO LLC_

## SECTION B - RELEASING SIGNATURES

1a. _____ Date of Release __2/25/2021__
Releasing Signature of Registered Owner

1b. _____ Date of Release _____
Releasing Signature of Registered Owner

2. _____ ☐ Release  ☐ Retain  *☐ Assign Interest
Legal Owner of Record (if any) sign and check appropriate box

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _JANIC LYNN GALLIAN_    3c. _____
New Registered Owners Name      New Registered Owners Name

3b. _J-SANDCASTLE CO LLC_    3d. _____
New Registered Owners Name      New Registered Owners Name

☐ Joint Tenants with Right of Survivorship  ☐ Tenants In Common OR  *☐ Trust/Trustee(s)
☒ Tenants In Common AND  ☐ Community Property  ☐ Community Property with Right of Survivorship

4. _16222 Monterey Ln #376_    _Huntington Beach, CA_  _92649_
Mailing Address of New Registered Owner   City/State   Zip Code

5. _16222 Monterey Ln #376_    _Huntington Beach, CA_  _92649_
Actual Location Address of Unit   City/State   Zip Code

6. _____  _2/25/2021_
Purchase Price or check box if Gift-☐   Purchase Date or Transfer Date

7a. _Janice Lynn Gallian_    7c. _____
Signature of New Registered Owners   Signature of New Registered Owners

7b. _J-Sandcastle Co LLC, Janice L Gallian Member_   _____
Signature of New Registered Owner   Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____    8b. _____
New Legal Owners Name      New Legal Owners Name

☐ Joint Tenants with Right of Survivorship  ☐ Tenants In Common OR  *☐ Trust/Trustee(s)
☐ Tenants In Common AND  ☐ Community Property  ☐ Community Property with Right of Survivorship

9. _____    _____
Mailing Address of New Legal Owner   City/State   Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____    10b. _____
New Junior Lienholder Name      New Junior Lienholder Name

11. _____
Mailing Address of New Junior Lienholder   City/State   Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____
Signature of Selling Dealer   Print Dealers Name and Dealer Number

OSP 20 149325

22

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Orange _____ )

On 2/25/21 _____ before me, Greg Buysman, Notary Public _____
(insert name and title of the officer)

personally appeared _____ Jamie Lynn Gallion _____ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____    (Seal)

State of California
Department of Housing and Community Development
Division of Codes and Standards
Registration and Titling Program
P.O. Box 277820, Sacramento, CA 95827-7820
(800) 952-8356
www.hcd.ca.gov



## MULTI-PURPOSE TRANSFER FORM

### PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

#### UNIT DESCRIPTION

Decal (License) No.(s): LBM1081                    Serial No.(s): AC7V710394GA; AV7V710394GA

#### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☑ YES   ☐ NO

#### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1). If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome?   ☑ YES   ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on?   ☐ YES   ☑ NO

#### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term:  **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant. The signature of each joint tenant is required to transfer or encumber the title.

☑ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common. The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common. The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPRORS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife. At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 02/25/2021 at HUNTINGTON BEACH, CALIFORNIA COUNTY OF ORANGE.

| Date | | City | | State |

Signature

J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN,
Signature                                IT'S MEMBER

Signature                                Signature

PHONE #: (714) 321-3449                 E-MAIL ADDRESS: jamiegallian@gmail.com

HCD RT 476.6G Side 1 (Rev. 08/20)

Decal (License) No.(s): LBM1081                          Serial No.(s): AC7V710394GA; AC7V710394GA

## DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES    ☐ NO    ☐ Electric water heater is installed per manufacturer's instructions.

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

## REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☐ The above-described unit was a gift. All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☑ The above-described unit has been acquired from: J-SANDCASTLECO LLC, JAMIE LYNN GALLIAN, ITS MEMBER

   *parents, spouse, grandparent(s), grandchild, child, brother(s)\*, sister(s)\**

☑ The name of a CO-OWNER _____, is being ☑ ADDED    ☐ DELETED  to the record.
   *show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

   **\*NOTE: A sale between brother(s) or sister(s) is subject to use tax unless both are minors. If minors, check here:** ☐

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

## DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust. This Declaration of Trust is dated _____

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below. I/We acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____

   *Print Name of the Trust. This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
   Date                                      City                                               State

_____        _____
Trustee Signature(s):

_____        _____
Street Address or P.O. Box                  City                                   State

HCD RT 476.6G Side 2 (Rev. 08/20)

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 277820 Sacramento, CA  95827
1-800-952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MANUFACTURED HOME/MOBILEHOME OR COMMERCIAL MODULAR. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP. A COMPLETE TRANSFER APPLICATION PACKET MUST BE SENT IN TO COMPLETE THE TRANSFER OF TITLE.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

---

**SECTION I.**          **DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | AC7V710394GA; AC7V710394GA | SKYLINE CUSTOM VILLA |
| | | |
| | | |

---

**SECTION II.**          **SALE OR TRANSFER INFORMATION**

For the sum of $ _____ 0 _____ the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on 02/25/2021 _____, my/our right title and interest in the unit described above.
                                                      *Date of Transfer*

**SECTION III.**          **NAME OF PURCHASER/NEW OWNER**

Name:
JAMIE LYNN GALLIAN AND J-SANDCASTLE, CO LLC

Address:
16222 MONTEREY LN #376

| City: | State: | Zip Code: |
|---|---|---|
| HUNTINGTON BEACH | CALIFORNIA | 92649-0000 |

**SECTION IV.**          **CERTIFICATION AND RELEASE OF SELLER(S)**

I/We certify under penalty of perjury under the laws of the State of California that: 1) I/we are the lawful owner(s) of the unit, and 2) I/we have the right to sell it, and 3) I/we guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On 02/25/2021 _____ at HUNTINGTON BEACH _____, CALIFORNIA
                      *Date*                                      *City*                                      *State*

Signature of Seller: _Jamie Lynn Gallian, It's member._

Signature of Seller: _____

Printed Name(s): J-SANDCASTLE CO LLC

HCD RT 476.8 (Rev. 03/21)

Rancho Del Rey Mobile Home Estates
16222 Monterey Ln. OFC
Huntington Beach, CA 92649
(714)846-1429

## Unpaid Amounts - Rent & Utilities

**Billing Period: 4/1/2020 - 8/1/2021**

**Name:** Gallian, Jamie
**Space:** SPC 376

| | Charged Total | Paid | Due | % |
|---|---|---|---|---|
| **Rent** | $24,460.00 | $0.00 | $24,460.00 | 0.00% |
| Electric | $1,379.42 | $0.00 | $1,379.42 | 0.00% |
| Gas | $718.20 | $0.00 | $718.20 | 0.00% |
| Water | $387.61 | $0.00 | $387.61 | 0.00% |
| Sewer | $338.25 | $0.00 | $338.25 | 0.00% |
| Garbage | $322.50 | $0.00 | $322.50 | 0.00% |
| **Utility Total** | $3,145.98 | $0.00 | $3,145.98 | 0.00% |
| **All Charges** | $27,605.98 | $0.00 | $27,605.98 | 0.00% |

BANK OF AMERICA

Cashier's Check

No. 1161518213

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days 91-170/1221 NAZ Date 11/05/21 02:39:31 PM

SPRINGDALE/EDINGER
0006 0000961 0132

Pay BANK OF AMERICA 13709 45 CTS

**Thirteen Thousand Seven Hundred Ni... **$13,709.45**

To The Order Of RANCHO DEL REY MOBI

MEMO: 11-1-2018 03-31-2

Remitter (Purchased By): J-PAD, LLC

Bank of America, N.A.
PHOENIX, AZ

⑈1161518213

THE ORIGINAL DOCUMENT HAS A WHITE REFLE

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376 714-321-3449
HUNTINGTON BEACH, CA 92649-2258

5202
2-8152/2710
00

DATE Nov. 5, 2021

PAY TO THE ORDER OF Rancho Del Rey MHE $ 3258.00

Three thousand two hundred fifty eight

ALLIANT
Chicago, Illinois

Covid Relief #143071
# 24,301.55

MEMO Oct 2021 - Dec 2021

⑆271081528⑆ 1100270556018⑈ 5202

Payment History

| Date | Reference |
|---|---|

June 2021 Tenant ID 3... Application...
November 2021 - Amount Approved, Funded $ 24,301.55

**Ground Rent - Lot 376, Tract 10542, Unit 4**

**November 1, 2018 - December 31, 2021 (38 months @ $ 1,086.00) $ 41,268.00**
**Case ID 328768 CA Covid-19 Amount Funded < $ 24,301.55 >**
**Balance Remaining to bring Ground Lot 376 current thru 12/31/2021 $ 16,966.45**

① **Check No.** BA 1161518213 $13,709.45
② Check NO. 5202 3258 -
Alliant

Alliant Credit Union 8:21-ap-01097-SC Check Image https://businessonline.alliantcreditunion.com/onlineBanking/Accounts/Chec...

## Check # 2757



AMIE L GALLIAN
4476 ALDERPORT DR
HUNTINGTON BEACH, CA 92649-2288                    2757

22690                    DATE 7/17/18

PAY TO THE ORDER OF _____ $ 500.00

ALLIANT.
credit union
Chicago, Illinois

MEMO _____

⑆271081528⑆ 1410027055608⑆ 2757

For Deposit only to
account 5550197742
R/T: 122016066

---

EXPRESS ESCROW COMPANY - ESCROW TRUST ACCOUNT

8/23/2018                    22690-PH                                        **402058**
                                                                              402058

Payee Name:        Jamie Gallian
Payee Address:     4476 Alderport Drive , Huntington Beach, CA 92649         $500.00
Buyer/Seller:      Jamie Gallian/5 Star Homes
Property Address:  16222 Monterey Lane #108,  , Huntington Beach, CA 92649
Reference:         Escrow Cancelation
                                                 Comments:

---

1 of 1



Print to PDF
# For Sale



16222 Mon

 

**Listing #1988848**

**Sales Price: $273,500**

**Contact Information:**
Thanya Hansen
5 Star Homes
(714) 308-7735 (Cell)
https://www.mhvillage.com/1988848

**Home Information:**
2007 Palm Harbor Manufactured Home
1540 sq.ft. 3 Beds 2 Baths

Serial Number: TBD

Lot Rent: $1325 / month





**THANYA**
Specializing in RANCHO DEL REY PARK

Cell 714 308-7735
Fax 714 377-1035
THansen@socal.rr.com
www.MHVillage.com
www.ThanyaHansen.com
HCD License #1231425

**THANYA**
Specializing in RANCHO DEL REY PARK

Cell 714 308-7735
Fax 714 377-1035
THansen@socal.rr.com
www.MHVillage.com
www.ThanyaHansen.com
HCD License #1231425

**Home Address:**
Rancho Del Rey Mobile Estates
16222 Monterey Lane #108
Huntinton Beach, CA 92649

**Home Features:**
This home includes the following features: shingled roof, hardboard
siding, drywall ceilings, drywall walls, gas heating, carport, storage
shed, patio, thermopane windows, cathedral ceiling, ceiling fan,
skylight, fireplace, central air, walk-in closet, laundry room, pantry,
garden tub, garbage disposal, microwave, oven, refrigerator,
dishwasher.

THIS HOME HAS A FABULOUS OVER SIZED LOT WITH A
PERGOLA AND LOTS OF FOLIAGE*CORNER LOCTION IN
SECTION ONE 100 AMP SERVICE*GREAT OPPORTUNITY TO
RELAX AND ENJOY OR LARGE ENOUGH FOR
ENTERTAINING*NEW LAMINATE FLOORING, NEW INTERIOR
PAINT*EXTERIOR PICTURES FOR NOW, WILL INPUT INTERIOR
PICTURES ASAP*CALL THANYA FOR SHOWING AND PARK
INCOME AND OCCUPANY REQUIREMENTS*2 INDOOR PETS,
DOGS TO BE EITHER 22 LBS OR 15INCHES AT THE
SHOULDER*MAY WALK THRU THE PARK ON LEASH*DOG
RELIEF STATIONS ON MONTEREY*SPACE RENT $1325 FOR
2018... THANYA 714-308-7735

See https://www.mhvillage.com/1988848 for more information.

Information on this flyer is believed accurate but should be verified before making any decisions.

Powered By MHVillage



www.5starhomes.com



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

---

**FOR YOUR PROTECTION SAVE THIS COPY**          **Customer Copy**

**CASHIER'S CHECK**                                   1085733953

                                                 11/17/2018
                                                 Void after 7 years

**Remitter:**     SATISFACTION CJC-1013582/J-SANDCASTLE CO, LLC

                                                        $** 8,743.07 **

**Pay To The**     RDR MOBILE HOME ESTATES
**Order Of:**      16222 WARMINGTON SP-376 HUNTINGTON BEACH

Memo:------------------------------------------------    Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

---

                                                       282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE** ⬡                                            1085733953    91-2
                                        Date    11/17/2018    Void after 7 years    1221

**Remitter:**     SATISFACTION CJC-1013582/J-SANDCASTLE CO, LLC

**Pay To The**     RDR MOBILE HOME ESTATES
**Order Of:**      16222 WARMINGTON SP-376 HUNTINGTON BEACH

**Pay:**    EIGHT THOUSAND SEVEN HUNDRED FORTY THREE DOLLARS AND 07 CENT        $** 8,743.07 **

Drawer: **JPMORGAN CHASE BANK, N.A.**

*Sol Gindi*

Do not write outside this box

Memo:------------------------
Note: For information only. Comment has no effect on bank's payment.        Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1085733953⑈ ⑆1221000241⑆ 806002234⑈

30

# HISTORY OF
# RANCHO DEL REY

Cliff and Vern Houser bought 60 acres in 1949, soon after they returned from the U.S. Navy. It was after World War II that they bought this land from Mr. Davidge, who owned it prior to WWII. Our property was in the center of the area that surrounded the duck hunting clubs. During the winter months, ducks and geese flew from the north through our area en route to Mexico the escape to cold. The hunting clubs were privately owned by wealthy people from the Los Angeles area. As was typical of clubs of this type and in this era, wives were not welcome, but girlfriends were invited. Mr. Davidge bought this piece of property that we now own, so that the women in his family could hunt. His idea was to pasture his race horses here in the off season, and hunt ducks during the hunting season. He gave up the idea after the war and sold the property to Cliff and Vern.

Adjoining our 60 acres to the west was the Lomita Gun Club which is now Huntington Harbour. Adjacent to the east was 60 acres called the Sunrise Gun Club, and next to that was the Blue Bill Gun Club, which was also 60 acres and extended to Bolsa Chica Road.

The hunting clubs quit hunting ducks and Cliff and Vern leased these places, leveled the ground and planted lima beans, chili peppers and canning tomatoes, until the housing developers came into the picture, approximately in 1963. (see the large framed photo in the office)

Our 60 acres, along with several other places scattered around in the Huntington Beach and Westminster area were the Houser Brothers Ranch, comprising of 550 acres. Edinger Avenue was known as Smeltzer Avenue and at this time was a one lane dirt road with a locked gate at Bolsa Chica Road.

Soon after Russia shot off their spaceship "The Sputnik", the U.S. delved into the space program to play catch-up. Cliff and Vern leased twenty acres of land, all funded by the government for a secret experimental radio tracking station, to TRW. This is why you see the electric poles set in different diamond shapes with a wire stretched from pole to pole at the top. From here, radio beams were sent out to track spaceships. This was parallel to Edinger Avenue and is what is now the Huntington Gables Condominiums and Unit #4 of Rancho del Rey.

Cliff and Vern along with two other brothers, Bob and Bill Heil, whose family the Heil Street is named after, formed the Bell Farms of Huntington Beach and together they raised and shipped cauliflower, bell peppers and string beans to Los Angeles, Chicago and New York.

As the housing took over the farm lands, Cliff and Vern decided to keep 60 acres and build on it themselves, This was the beginning of Rancho del Rey. Ground breaking took place on January 13, 1965.

## RANCHO DEL REY OVER 55 MANUFACTURED HOME PARK
### Qualifying and Occupancy Requirements
### 16222 Monterey Lane
### Huntington Beach

*General Information:*

- *Prospective residents must submit a park application with attached proof of income prior to opening escrow*

- *Person/s to occupy the home must verify income of $3786 per month, renting of property or sub-letting is not allowed*

- *Park may only use income of owner/occupant 55 or over*

- *Income verification must be in the form of copies of direct deposit, bank statements showing source, social security, retirement, pay stubs, etc. Funds/savings in an account is not income.*

- *May submit Income Tax Statement for alternate verification of income*

- *One owner 55 or over, others 18 or over*

- *Park allows two small indoor pets, dogs 22 lbs OR 15 in at shoulder*

- *Dogs must be on leash at all times, no solid fencing, privacy screens are allowed*

- *Monthly space rent is $1325 for 2018, plus utilities. Space rent increases each year between 2%-4%.*

- *Mandatory meeting with manager of all occupants for Rules and Regulations for final park approval, week day appointments only*

- *Obtaining a loan or paying cash for a home is separate from qualifying for park income requirement. If obtaining a loan the amount of the mortgage payment will be added to the park's income requirement * 5 Star Home Lending Richard Herr/714 891-6383*

# J-SANDCASTLE CO, LLC
## 714-321-3449

November 19, 2018

Rancho Del Rey
Mobile Home Estates.
16222 Monterey
Huntington Beach, CA 92649

Attn:  Ms. Kathryn Curtiss

Dear Ms. Curtiss,

Than you for the opportunity to submit this application for residency in the
RDR Mobile Home Estates.

I have been looking for several months in the park.  With no luck finding a
unit that was the size I wanted or the amenities I desired, Five Star returned
my $500.00 several weeks ago.

I looked many times at unit 376, and I believe I have found a beautiful
model I can enjoy.

J-Sandcastle Co, LLC entered into a soft purchase contract with Ms. Ryan on
November 1, 2018.

J-Sandcastle Co. LLC has satisfied the Property Tax Liabilities and has
successfully obtained Tax Clearance Certificate from the County of Orange
Tax Assessor.

J-Sandcastle Co, LLC entered into Sales Contract with Ms. Ryan on
November 15, 2018.

On November 16, 2018, after J-Sandcastle Co., LLC satisfied the outstanding
debt owed by Ms. Ryan, Ms. Ryan and J-Sandcastle Co. LLC successfully

executed Transfer of title of the home known as 16222 Monterey Lane Sp 376
Huntington Beach CA.

J-Sandcastle Co. LLC would like to submit payment in satisfaction of the
judgment entered in favor of Houser Bros Co by Cashiers Check attached in
the amount $ 8,743.07.  I fully anticipate there will be accruing rents due
from October 18, 2018 to close the previous tenants account.

J-Sandcastle Co., LLC and Jamie L Gallian, anxiously await your review of
the attached documents for occupancy and residency.

Ms. Gallian and Ms. Ryan have agreed to a peaceful transition and we wish
Ms. Ryan well.

J-Sandcastle Co LLC has obtained Ms. Ryan's cooperation in vacating the
home.  Ms. Ryan has signed and entered into agreement with a commitment
to me that she will continue moving out of the home and the home will be
vacated completely by Ms. Ryan on or before Sunday, November 25, 2018.

On Monday, November 26, 2018, Ms. Ryan's realtor First Team Real Estate,
Agent Nickie Hoover, will conduct a Final walk through of the home with J-
Sandcastle Co, LLC, Jamie Gallian and Ms. Ryan.

On or before November 26, 2018, J-Sandcastle Co. LLC and Jamie Gallian
respectfully requests consideration and would like to enter into a lease
agreement with RDR Mobile Home Estates for residency.

Thank you for time in consideration of the foregoing.
If you have any questions or concerns, please feel free to contact me at your
earliest convenience.

Yours truly,

*J-SANDCASTLE CO., LLC*

J-Sandcastle Co. LLC

*Jamie L gAllian*

Its Member, Jamie L. Gallian

34

# APPLICATION FOR RESIDENCY



Western
Manufactured Housing Communities
Association

(Each person desiring residency must complete a separate application.)

IN _____ Rancho Del Rey Mobile Home Estates _____
(Community Name)

## Personal

Name of Person Making Application: **J-Sandcastle Co., LLC Jamie Gallian, Its Member**

Phone Number: 714-321-3449

Date (of application): 11-18-18

Present Address: 5782 Pinon Drive  Huntington Beach, CA 92649

                                              City         State    Zip

Social Security Number: EIN 83-2453659 _____ Driver's License Number: _____

Email: jamiegallian@gmail.com _____ Date of birth: _____

Name(s) of Other Person(s) Who Will Be Occupying Homesite: __ Jamie L Gallian __ DOB 11-16-1962 56yo

Relationship(s): __ J-Sandcastle Co., LLC Jamie Gallian, Its Member _____

Social Security Number(s): 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

Driver's License Number(s) V8040742

## Previous Residency

Present Landlord or Mortgage Co.: Henry Newton _____ Yrs. < 1 yr

Address: 6641 Beachview Dr. Huntington Beach, CA 92649 __ Phone: 714-615-3574
                     (City)     (State)  (Zip)

Monthly Rent or Mortgage Payment: $ 3400.00 plus utilities

Prior Landlord or Mortgage Co.: _____ Yrs. _____

Address: _____ Phone: _____
                     (City)     (State)  (Zip)

Monthly Rent or Mortgage Payment: _____

Have you ever been asked to terminate your residency elsewhere or have you ever been evicted? ☐ Yes ☒ No

If yes, please explain: _____

Have you ever lived in a mobilehome park before? ☐ Yes ☒ No

If yes, please explain: _____

Address: _____

Dates of Residency: _____

Amount of Last Rent: _____



Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
Page 2

## Vehicles

Number of Automobile(s): __2__  Boat(s): _____  Other _____

We must have complete descriptions of all vehicles:

Make: CIVIC  Model: Honda  Year: 2001  License No.: 7UJZ768  State: CA
Financed By: _____  Address: _____  Phone: _____
Make: Sportage  Model: Kia  Year: 2011  License No.: 6RMM094  State: CA
Financed By: _____  Address: _____  Phone: _____
Make: _____  Model: _____  Year: _____  License No.: _____  State: _____
Financed By: _____  Address: _____  Phone: _____

## Employment

Employer: United Airlines  Phone: 310-431-2807
Address: 8 World Way  City Los Angeles  State/ZIP: CA 90045
Position: Flight Attendant  Gross Monthly Salary: $ 4,873.00
Immediate Supervisor: Brian Gaughan  Length of Employment: Yrs. 19  Mos. _____

If not employed, please provide source and amount of means of financial support:

_____

## Financial

Name of Bank: Chase Bank  City: Huntington Bch  Acct. No.: 351897860
☒ Checking ☐ Savings ☐ Loan
Name of Bank: _____  City: _____  Acct. No.: _____
☐ Checking ☐ Savings ☐ Loan
Credit Card: _____  Acct. No.: _____  How Long: _____
Credit Card: _____  Acct. No.: _____  How Long: _____
Credit Card: _____  Acct. No.: _____  How Long: _____
Net Worth (from back page): $ 471,600

## References

Business: Name: QIP Management  City: Newport Beach  Phone: 949-677-6666
Name: M Ahsan Shahid  City: Orange  Phone: 714-921-9550
Personal: Name: Ron Pierpont  City: Orange  Phone: 909-202-3145
Name: Justin Barclay  City: Rialto  Phone: 909-631-6668



Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
Page 3

## Emergency

Person(s) to notify in case of an emergency (other than co-resident):
Name: **Steve Gallian**                                    **Son**
Address: **821 W. 16th Street**              Relationship: _____
State/ZIP: **CA**                                      City: **Costa Mesa**
                                              Phone Number: **949-677-7674**

## Approved Animals

If you have dogs and/or cats, please provide the following information:

| Name | Age | Type | Color/Description | Height | Weight |
|------|-----|------|-------------------|--------|--------|
| Ammie | 2 | Terrier | White | 7" | |
| Jetta | 14 | Beagle | Tri-Color | 12" | |

## Home or Recreational Vehicle to Occupy Homesite

Make/Model: _____ Net Size:  Length: _____ Width: _____ Height: _____

Year: _____ Breaker Size: _____ amps.     License or Decal No.: _____

Serial No.: _____ Value: _____

Financed by: _____

Current Location: _____

Legal Owner Name/Address: _____

Registered Owner Name/Address: _____

Junior Lienholder Name/Address (if any): _____

The following paragraph should be completed by management and initialed by the prospective resident in the event the park has established minimum age requirements. If there are no age requirements for occupancy, the paragraph should be crossed out.

The undersigned understands and acknowledges that this Park is a "housing for older persons" park with a minimum age requirement of ____55____ years of age or older for at least one resident and a minimum age requirement of ____18____ years of age or older for all other residents. The undersigned hereby represents that the person(s) making application to reside in the park meet the age requirement. JSC, LLC

The undersigned requests the management to check the above credit references and representations. The undersigned acknowledges that in the event a rental agreement is executed by both the management and the undersigned, it is subject to approval by the management of the undersigned's mobilehome or recreational vehicle as provided in the Rental Agreement.

The undersigned represents and warrants that the above information is true and correct and has been made for the purpose of informing the management of the park. The management has permission to verify any and all information offered on this application. In the event of any misrepresentation by applicant, management will have grounds to cancel any agreement entered in reliance upon the misrepresentation.



Copyright © 2017. WMA.

# CONSENT TO OBTAIN
# CONSUMER CREDIT REPORT



Western
Manufactured Housing Communities
Association

The undersigned hereby authorizes _____Rancho Del Rey Mobile Home Estates_____ to obtain a credit report

(Name of park)

based upon the information provided in the undersigned's *Application for Tenancy*, and to share any necessary personal information from the undersigned's application documents with any credit reporting agency or their affiliates.

SO AGREED:

Dated:____11/18/18_____

Dated:_____

Dated:_____

J-Sandcastle Co., LLC
Jamie Gallian, Its Manager   *Jamie L Gallian*

(Applicant)

_____
(Applicant)

_____
(Applicant)

Copyright © 2014. WMA.



Printed Using formsRus.com On-Line Forms Software 1/14

# PRIVACY STATEMENT FORM



**Western
Manufactured Housing Communities
Association**

At

_____
Rancho Del Rey Mobile Home Estates
(Name of Community)

we are committed to safeguarding all nonpublic personal information that we may collect during the application process or at any time during your tenancy. We use this information initially for the sole purpose of evaluating your application for residency. Occasionally we use nonpublic personal information in order to collect a debt, for example, when a resident fails to pay the rent.

We collect nonpublic personal information about you from the following sources:

    Information we receive directly from you, on forms, and in other communications to or with us, whether in writing, in person, by telephone or any other means.

    Information we receive from other sources such as current and former landlords, current employers credit reporting agencies and resident screening services.

The community values your privacy and does not disclose nonpublic personal information to anyone, except as permitted or required by law, or as reasonably necessary in order to establish your identity when communicating with others as discussed above.

We restrict access to nonpublic personal information about you to only those persons who need to know that information in order to perform their job duties. Further, we maintain physical, electronic and procedural safeguards that comply with federal standards to guard your nonpublic personal information.

The undersigned Resident, or prospective Resident, hereby acknowledges receipt of a copy of this notice.

*Jamie L Gallian*

DATED: _____11/18/18_____          J-Sandcastle Co., LLC
                                                 Jamie L. Gallian, Its MEMEBER

DATED: _____          _____



Copyright © 2014. WMA.

Printed Using formaRus.com On-Line Forms Software 1/14

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  11-07-2018

Employer Identification Number:
83-2453659

Form:  SS-4

Number of this notice:  CP 575 G

J SANDCASTLE CO LLC
JAMIE LYNN GALLIAN SOLE MBR
5782 PINON DR
HUNTINGTN BCH, CA  92649

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 83-2453659.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

*   Keep a copy of this notice in your permanent records.  **This notice is issued only
    one time and the IRS will not be able to generate a duplicate copy for you.**  You
    may give a copy of this document to anyone asking for proof of your EIN.

*   Use this EIN and your name exactly as they appear at the top of this notice on all
    your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

Your name control associated with this EIN is JSAN.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

40

| United Airlines Inc.<br>16th Floor - HSCPZ<br>609 Main Street<br>Houston, TX 77002<br>Ph: 877/825-3729 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | SMF-Semimonthly Flt<br>Attendants<br>08/31/2018<br>09/30/2018 | UNITED<br><br>Thanks for all you do for United ! | Advice #:<br>Advice Date: | 000000013660933<br>10/17/2018 |

| Jamie Lynn Gallian | Employee ID:<br>Department:<br>Location:<br>Job Title: | 270556<br>7606-INFLT ASSIGNMENT-LAX<br>Los Angeles, California<br>Flight Attendant – Domestic |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | 0 | |
| Addl. Amt: | 0 | |

## HOURS AND EARNINGS

| | | Current | | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Quarterly Operations Ince | | | | 25.00 | | 450.00 | Fed Withholdng | 5.50 | 5,759.26 |
| Off-Set | | | | 0.00 | | 0.00 | Fed MED/EE | 0.36 | 579.57 |
| Flight Advance | | | | 0.00 | | 3,205.66 | Fed OASDI/EE | 1.55 | 2,478.17 |
| Flight Advance Recovery | | | | 0.00 | | 0.00 | CA Withholdng | 2.56 | 1,080.33 |
| * Imputed Income - Life | | | | 0.00 | | 0.40 | CA OASDI/EE | 0.25 | 399.70 |
| Per Diem Pay Non Taxable | | | | 0.00 | | 1,939.76 | | | |
| Per Diem Pay Taxable | | | | 0.00 | | 134.83 | | | |
| Profit Sharing | | | | 0.00 | | 981.68 | | | |
| Regular Pay | | | | 0.00 | | 29,230.34 | | | |
| Sick Pay | | | | 0.00 | 32.00 | 2,039.60 | | | |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 | | | |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 | | | |
| TOTAL: | | 0.00 | 0.00 | 25.00 | 112.02 | 43,042.33 | TOTAL: | 10.22 | 10,297.03 |

\* Denotes Excluded From Earnings Total

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental - Pre Tax | 0.00 | 106.52 | GUL - Dependent Post Tax | 0.00 | 77.61 | | | |
| Medical - Pre Tax | 0.00 | 920.35 | GUL - Employee Post Tax | 0.00 | 1,084.83 | | | |
| Vision Care Pre Tax | 0.00 | 110.97 | 401(k) Loan 1 | 0.00 | 6,996.38 | | | |
| 401(k) Deferral | 0.00 | 314.30 | 401(k) Loan 2 | 0.00 | 3,033.29 | | | |
| | | | AFA Dues | 0.00 | 400.00 | | | |
| | | | | 0.00 | 3,174.00 | | | |
| | | | | 0.00 | 18.00 | | | |
| | | | | 0.00 | -399.82 | | | |
| TOTAL: | 0.00 | 1,452.14 | TOTAL: | 0.00 | 14,384.29 | TOTAL: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 25.00 | 25.00 | 10.22 | 0.00 | 14.78 |
| YTD | 43,042.33 | 39,656.12 | 10,297.03 | 15,836.43 | 16,908.87 |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| Payment Type | Account Type | Account Number | Deposit Amount |
| Advice #000000013660933 | Checking | xxxx6018 | $14.78 |
| TOTAL: | | | $14.78 |

## NON-NEGOTIABLE

United Airlines Inc.
16th Floor – HSCPZ
609 Main Street
Houston, TX 77002
Ph: 877/825-3729

| Pay Group: | SMF-Semimonthly Flt |
| Attendants | |
| Pay Begin Date: | 10/01/2018 |
| Pay End Date: | 10/15/2018 |

UNITED

Thanks for all you do for United !

| Advice #: | 000000013858637 |
| Advice Date: | 11/01/2018 |

Jamie Lynn Gallian

| Employee ID: | 270556 |
| Department: | 7606-INFLT ASSIGNMENT-LAX |
| Location: | Los Angeles, California |
| Job Title: | Flight Attendant - Domestic |

| TAX DATA: | Federal | CA State |
| --- | --- | --- |
| Marital Status: | Single | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | 0 | |
| Addl. Amt: | 0 | |

## HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Flight Advance | | | | 3,205.65 | | 3,205.65 | Fed Withholdng | 491.17 | 6,255.52 |
| Quarterly Operations Ince | | | | 0.00 | | 450.00 | Fed MED/EE | 45.76 | 628.30 |
| Off-Set | | | | 0.00 | | 0.00 | Fed OASDI/EE | 195.66 | 2,686.54 |
| Flight Advance Recovery | | | | 0.00 | | 0.00 | CA Withholdng | 96.94 | 1,177.27 |
| * Imputed Income - Life | | | | 0.00 | | 0.40 | CA OASDI/EE | 31.56 | 433.31 |
| Per Diem Pay Non Taxable | | | | 0.00 | | 2,279.47 | | | |
| Per Diem Pay Taxable | | | | 0.00 | | 134.83 | | | |
| Profit Sharing | | | | 0.00 | | 981.68 | | | |
| Regular Pay | | | | 0.00 | | 32,432.93 | | | |
| Sick Pay | | | | 0.00 | 36.00 | 2,297.60 | | | |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 | | | |
| Future Vacation - FLT B1D | | | | 0.00 | 13.00 | 822.12 | | | |
| TOTAL: | | 0.00 | 0.00 | 3,205.65 | 116.02 | 46,842.63 | TOTAL: | 861.09 | 11,180.94 |

* Denotes Excluded From Earnings Total

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dental - Pre Tax | 4.64 | 115.80 | 401(k) Loan 1 | 489.42 | 7,853.36 | | | |
| Medical - Pre Tax | 40.29 | 1,000.93 | 401(k) Loan 2 | 199.14 | 3,232.43 | | | |
| Vision Care Pre Tax | 4.95 | 120.87 | AFA Dues | 0.00 | 450.00 | | | |
| 401(k) Deferral | 0.00 | 314.30 | GUL - Dependent Post Tax | 0.00 | 83.58 | | | |
| | | | GUL - Employee Post Tax | 0.00 | 1,183.25 | | | |
| | | | | 0.00 | 3,174.00 | | | |
| | | | | 0.00 | 18.00 | | | |
| | | | | 0.00 | -399.82 | | | |
| TOTAL: | 49.88 | 1,551.90 | TOTAL: | 688.56 | 15,594.80 | TOTAL: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | | TOTAL TAXES | TOTAL DEDUCTIONS | | NET PAY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Current | 3,205.65 | 3,155.77 | | 861.09 | 738.44 | | 1,606.12 |
| YTD | 46,842.63 | 43,016.95 | | 11,180.94 | 17,146.70 | | 18,514.99 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000013858637 | Checking | xxxx6018 | $1,606.12 |
| TOTAL: | | | $1,606.12 |

NON-NEGOTIABLE

| United Airlines Inc.<br>16th Floor - HSCPZ<br>609 Main Street<br>Houston, TX 77002<br>Ph: 877/825-3729 | Pay Group:    SMF-Semimonthly<br>Flt Attendants<br>Pay Begin Date:    10/01/2018<br>Pay End Date:    10/30/2018 | **UNITED**<br><br>Thanks for all you do for United ! | Advice #:    000000030559123<br>Advice Date:    11/16/2018 | |
|---|---|---|---|---|

| | | | | **TAX DATA:** | **Federal** | **CA State** |
|---|---|---|---|---|---|---|
| Jamie Lynn Gallian | Employee ID:    270556 | | | Marital Status: | Single | Married |
| | Department:    7606-INFLT ASSIGNMENT-LAX | | | Allowances: | 0 | 0 |
| | Location:    Los Angeles, California | | | Addl. Pct: | | |
| | Job Title:    Flight Attendant - Domestic | | | Addl. Amt: | | |

### HOURS AND EARNINGS

| | | ------------------Current------------------ | | | ---------YTD--------- | | | **TAXES** | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours WKD** | **Oth Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Flight Advance | | | | -3,205.65 | | 0.01 | Fed Withholding | 0.00 | 6,255.52 |
| Regular Pay | | | | 791.70 | | 791.70 | Fed MED/EE | 0.00 | 628.30 |
| Per Diem Pay Taxable | | | | 47.48 | | 182.31 | Fed OASDI/EE | 0.00 | 2,686.54 |
| Flight Advance Recovery | | | | 2,366.47 | | 2,366.47 | CA Withholding | 0.00 | 1,177.27 |
| Quarterly Operations Ince | | | | 0.00 | | 450.00 | CA OASDI/EE | 0.00 | 433.31 |
| Off-Set | | | | 0.00 | | 0.00 | | | |
| *  Imputed Income - Life | | | | 0.00 | | 0.40 | | | |
| Per Diem Pay Non Taxable | | | | 0.00 | | 2,279.47 | | | |
| Profit Sharing | | | | 0.00 | | 981.68 | | | |
| Regular Pay | | | | 0.00 | | 32,432.93 | | | |
| Sick Pay | | | | 0.00 | 36.00 | 2,297.60 | | | |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 | | | |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 | | | |
| **TOTAL:** | | **0.00** | **0.00** | **0.00** | **116.02** | **46,842.63** | **TOTAL:** | **0.00** | **11,180.94** |

* Denotes Excluded From Earnings Total

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Dental - Pre Tax | 0.00 | 115.80 | AFA Dues | 0.00 | 450.00 | | | |
| Medical - Pre Tax | 0.00 | 1,000.93 | GUL - Dependent Post Tax | 0.00 | 83.58 | | | |
| Vision Care Pre Tax | 0.00 | 120.87 | GUL - Employee Post Tax | 0.00 | 1,183.25 | | | |
| 401(k) Deferral | 0.00 | 314.30 | 401(k) Loan 1 | 0.00 | 7,853.36 | | | |
| | | | 401(k) Loan 2 | 0.00 | 3,232.43 | | | |
| | | | | 0.00 | 3,174.00 | | | |
| | | | | 0.00 | 18.00 | | | |
| | | | | 0.00 | -399.82 | | | |
| **TOTAL:** | **0.00** | **1,551.90** | **TOTAL:** | **0.00** | **15,594.80** | **TOTAL:** | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 46,842.63 | 43,016.95 | 11,180.94 | 17,146.70 | 18,514.99 |

| | | | **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|---|---|---|
| | | | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| | | | | | | |
| | | | | | | |
| | | | **TOTAL:** | | | **0.00** |

NON-NEGOTIABLE

IN RE JAMIE LYNN GALLIAN, Debtor, CH. 7 - CASE NO. 8:21-bk-11710-SC
Original Schedule 7/9/2021-Doc 1; First Amendment 9/7/21-Doc 15;
Subsequent Amendments 9/22/21-Doc 16-17 ; 10/14/21-Doc 22 ; 11/16/21-Doc 37;
11/22/21-Doc 38; 11/23/21-Doc 39; 12/1/21-Doc 42; 3/11/22-Doc 72; 3/15/22-Doc 75.

| Schedules | Sch. A/B re: Property | Sch. A/B re: J-Sandcastle LLC | Sch. A/B re: J-Pad, LLC | Sch. D re: liens |
|---|---|---|---|---|
| **Original Schedules**, filed July 9, 2021, as Docket #1, Gallian Decl. Ex. 2 | Debtor scheduled a $235,000 interest in the Property, noting: "Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor, "Purpose is to hold Registered title with HCD, to Debtor's primary residence." | Debtor scheduled a 33.33% interest in J-Pad, LLC, noting: "only purpose is to hold a note and UCC-1 filing on Debtor's primary residence." | Schedule D listed a $175,000 secured claim of J-Pad, LLC and Pierpont against the Property perfected August 20, 2020. |
| **First Amendment** Schedules, filed September 7, 2021, as Docket #15, Gallian Decl. Ex. 3 | Debtor scheduled a $235,000 interest in the Property, indicating: "Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor: "Original purpose of LLC was to hold HCD Registration to | Debtor scheduled a 33.33% interest in J-Pad, LLC, with the following information: "Entity Assets include . . . Certificate of Title with HCD, | No amended schedule D was filed. |

|  |  | Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021." | perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019, against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649." |  |
|---|---|---|---|---|
| **Second Amendment** Schedules, filed September 22, 2021, as Docket #s 16-17, Gallian | Debtor scheduled a $235,000 interest in the Property, indicating: "HCD COT Registration | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Debtor | Debtor scheduled a 1/7 interest in J-Pad, LLC, noting: "Only purpose is to hold HCD | Debtor's Schedule D included a $175,000 secured claim of J-Pad, LLC; |

| | | | | |
|---|---|---|---|---|
| Decl. Ex. 4 | transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor . . . . Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m." | Purchased home on 11/1/2018 . . . . HCD Registered to J-Sandcastle Co LLC. . . . J-Sandcastle Co LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 . . . ." | Certificate of Title, perfected 1/14/2019 of debtors primary residence . . . ." | Steven and Brian Gallian; EJ Gallian; Justin Barclay; Pierpont; Robert Pierpont; and Debtor, against the Property. |
| **Third Amendment** Schedules, filed October 14, 2021, as Docket #22, Gallian Decl. Ex. 5 | Debtor scheduled a $275,000 interest in the Property, indicating: "Title/Registration through HCD; LBM 1081 to Debtor." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Note payable in the approximate amount of $225,000.00, dated 11/16/2018, | Debtor scheduled a 70% interest in J-Pad, LLC, indicating: "J-Pad, LLC holds COT perfected with HCD. Holder of UCC-1, perfected 1/14/2019, secured Note | Debtor's Schedule D included a $225,000 secured claim of J-Pad, LLC, and Steven and Brian Gallian against the Property. |

| | | secured by UCC-1, perfected 1/14/2019. . . ." | receivable $225,000.00. . . ." | |
|---|---|---|---|---|
| **Fourth Amendment** Schedules, filed November 16, 2021, as Docket #37, Gallian Decl. Ex. 6 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 33-1/3% interest in J-Pad, LLC, noting: "J-Pad, LLC Holder of COTA perfected 1/14/2019. UCC-1 AD filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376. J-Pad, LLC Holder of | No amended Schedule D was filed. |

| | | | | |
|---|---|---|---|---|
| | | | Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048. . . . Debtor manages 100%." | |
| **Fifth Amendment** Schedules, filed November 22, 2021, as Docket #38, Gallian Decl. Ex. 7 | Debtor scheduled a $235,000 interest in the Property, indicating that the Property was "Registered to Debtor" with "HCD COTA perfected 1/14/2019." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 100% interest in J-Pad, LLC, noting: "J-Pad, LLC, Holder of COTA perfected 1/14/2019." | No amended Schedule D was filed. |
| Sixth Amendment | Debtor scheduled | Debtor | Debtor | No amended |

| Schedules, filed November 23, 2021, as Docket #39, Gallian Decl. Ex. 8 | a $235,000 interest in the property, stating that the Property was "Registered to Debtor. HCD COTA perfected 1/14/2019." | scheduled a 100% interest in J-Sandcastle LLC, with the same note as in the Fifth Amended Schedules. | scheduled a 100% interest in J-Pad, LLC, with the same note as in the Fifth Amended Schedules. | Schedule D was filed. |
|---|---|---|---|---|
| **Seventh Amendment** Schedules, filed December 1, 2021, as Docket #42, Gallian Decl. Ex. 9 | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | Debtor's Seventh Amended Schedules list a $225,000 secured claim of Debtor and Steven and Brian Gallian against the Property. |
| **Eighth Amendment** Schedules, Filed March 11, 2022, as Docket #72, Gallian Decl. Ex. 10 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, noting, among other things, "Debtors | Debtor scheduled a 100% interest in J-Pad, LLC, which she valued at $500. | No amended Schedule D was filed. |

| | | [sic] primary residence is 16222 Monterey Ln. Unit 376 . . . ." | | |
|---|---|---|---|---|
| **Ninth Amendment** Schedules, Filed March 15, 2022, as Docket #75, Gallian Decl. Ex. 11 | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | Debtor scheduled a $0 claim against the Property held by the Orange County Assessor; a $46,138 claim against the Property held by Janine Jasso regarding an Orange County Superior Court ("OCSC") judgment; $0 claims against the Property held by Jennifer Paulin, Lindy Beck, Lori |

| | | | | Burrett, Lee Gragnano, and Theodore Phillips, regarding OCSC judgments; a $9,265 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $319,653.59 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC |
|---|---|---|---|---|

| | | | | judgment; a $0 claim against the Property held by BS Investors LP; a $0 claim against the Property held by Houser Bros.; a $0 claim against the Property held by S4, a California Limited Partnership; a $46,138 claim against the Property held by Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $319,653.19 |

| | | | | claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $3,070 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $13,229.34 claim against the Property held by the People of the State of |
|---|---|---|---|---|

| | | | | California regarding an OCSC judgment; and a $13,229.34 claim against the Property held by Janine Jasso for civil attorney's fees regarding an OCSC judgment. |
|---|---|---|---|---|

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS

## Title Search

Date Printed:  Jul 27, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department.  For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:** 02/24/2021

**Last Reg Card:** Pending Reg Card

**Sale/Transfer Info:** Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

JPAD LLC
RONALD J PIERPONT
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Lien Perfected On:** 02/25/21 10:11:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:** LBM1081

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | | |
|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 | | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

****************************************************
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
****************************************************

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12313525

08032021 - 1

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Aug 11, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

> JAMIE LYNN GALLIAN
> 16222 MONTEREY LN SPACE 376
> HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 08/03/2021 |
| **Last Reg Card:** | 08/03/2021 |
| **Sale/Transfer Info:** | Price $.00 Transferred on 02/25/2021 |

Situs Address:

> 16222 MONTEREY LN SPACE 376
> HUNTINGTON BEACH, CA  92649
> Situs County: ORANGE

Legal Owner:

> J-PAD LLC
> 21742 ANZA AVE
> TORRANCE, CA 90503

| | |
|---|---|
| **Lien Perfected On:** | 01/14/19 15:22:00 |

Title Searches:

> JANINE JASSO
> PO BOX 370161
> EL PASO, TX 79937

| | |
|---|---|
| **Title File No:** | LBM1081 |

> JAMIE GALLIAN
> 16222 MONTEREY LANE SPACE 376
> HUNTINGTN BCH, CA 92649

| | |
|---|---|
| **Title File No:** | LBM1081 |

> JAMIE GALLIAN
> 16222 MONTEREY LANE SPACE 376
> HUNTINGTN BCH, CA 92649

| | |
|---|---|
| **Title File No:** | LBM1081 |

BOE-266 (P1) REV. 13 (05-20)

**CLAIM FOR HOMEOWNERS' PROPERTY TAX EXEMPTION**

If eligible, sign and file this form with the Assessor on or before February 15 or on or before the 30th day following the date of notice of supplemental assessment, whichever comes first.

**SEE INSTRUCTIONS BEFORE COMPLETING**

NAME AND MAILING ADDRESS
(Make necessary corrections to the printed name and mailing address)

891-569-62
GALLIAN, JAMIE LYNN
16222 MONTEREY LN, SPC 376
HUNTINGTON BEACH, CA 92649



**CLAUDE PARRISH**
**ORANGE COUNTY ASSESSOR**
500 S. MAIN ST, FIRST FLOOR, SUITE 103
ORANGE, CA 92868-4512  or
P.O. BOX 628
SANTA ANA, CA 92702-0628
PHONE: (714) 834-3821
FAX: (714) 834-2565
www.ocgov.com/assessor

| FOR ASSESSOR'S USE ONLY | |
|---|---|
| Received | |
| Approved | |
| Denied | |
| Reason for denial | |
| M-2085154 | NO |

**PROPERTY DESCRIPTION**

Parcel No. 891-569-62

Address of dwelling
16222 MONTEREY LN, UNIT 376
HUNTINGTON BEACH
TR  RANDRE    BLK 376
LOT           UN

Print your social security number and name here ➤   SSN: XXX-XX-3936
NAME: JAMIE L GALLIAN

Print co-owner's or spouse's social security number and name when this property is also his/her principal residence ➤   SSN: ___-__-___
NAME: _____

**STATEMENTS**

This claim may be used to file for the Homeowners' Exemption for the Assessment Roll and the Supplemental Assessment Roll. A new owner must file a claim even if the property is already receiving the homeowners' exemption. Please carefully read the information and instructions before answering the questions listed below.

1. When did you acquire this property?  11-1-2018  (month/day/year)

2. Date you occupied this property as your principal residence (see instructions):  11-1-2018  (month/day/year)

3. Do you own another property that is, or was, your principal place of residence in California?  ☑ YES  ☐ NO
   If YES, please provide the address below, and the date you **MOVED OUT**, if no longer your principal place of residence:
   Address:  4476 Aldenport Drive HB   92649   10/31/2018
   Street address        City           Zip Code   month/day/year

Only the owners or their spouses who occupy the above-described property (including a purchaser under contract of sale) or his or her legal representative may sign this claim. (If the property comprises more than one dwelling unit, other co-owner occupants may wish to file separate claims; however, only one exemption will be allowed per dwelling unit.)

**If you are buying this property under an unrecorded contract of sale and the Assessor does not have a copy of the contract, you must attach a copy to this claim.**

**CERTIFICATION**

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing and all information hereon, including any accompanying statements or documents, is true, correct, and complete to the best of my knowledge and belief.*

SIGNATURE OF OWNER-OCCUPANT ➤   _Jamie K Gallian_   DATE

SIGNATURE OF OCCUPANT'S SPOUSE OR CO-OWNER-OCCUPANT ➤   DATE

EMAIL ADDRESS   Jamiegallian@gmail.com   DAYTIME TELEPHONE NUMBER (714) 321-3447

**IF YOU DO NOT OCCUPY THIS PARCEL AS YOUR PRINCIPAL RESIDENCE, PLEASE DISCARD THIS FORM.**
If you occupy this parcel at a later date, contact the Assessor at that time.

**THIS DOCUMENT IS NOT SUBJECT TO PUBLIC INSPECTION**

A002-985 (P1) (R 01/21)      0001120- 1



CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 07, 2018 through November 30, 2018

Account Number:    **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00052620 DRE 703 141 33518 NNNNNNNNNNN T  1 000000000 64 0000

J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
5782 PINON DR
HUNTINGTON BEACH CA 92649-4926



## We updated our Deposit Account and Wire Transfer Agreements

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:
  - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
  - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:
  - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
  - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 5 | 363,312.45 |
| Other Withdrawals | 3 | -353,743.07 |
| Fees | 1 | -11.97 |
| **Ending Balance** | 9 | **$9,557.41** |

Page 1 of 4


**CHASE** ○

November 07, 2018 through November 30, 2018
Account Number: **000000351897860**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | Deposit      980092148 | $175,000.00 |
| 11/16 | Deposit      1826359275 | 170,000.00 |
| 11/16 | Transfer From Chk Xxxxxx5315 | 500.00 |
| 11/19 | Deposit      1820844746 | 10,000.00 |
| 11/26 | Deposit      1820844984 | 7,812.45 |
| **Total Deposits and Additions** | | **$363,312.45** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | 11/08 Withdrawal | $175,000.00 |
| 11/16 | 11/16 Withdrawal | 170,000.00 |
| 11/19 | 11/17 Withdrawal | 8,743.07 |
| **Total Other Withdrawals** | | **$353,743.07** |

## FEES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/14 | Check OR Supply  Order | PPD ID: 1410216800 | $11.97 |
| **Total Fees** | | | **$11.97** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/07 | $175,000.00 |
| 11/08 | 0.00 |
| 11/14 | -11.97 |
| 11/16 | 488.03 |
| 11/19 | 1,744.96 |
| 11/26 | 9,557.41 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 4 |
| Deposited Items | 19 |
| **Transaction Total** | **26** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Deposit cash or checks
at most Chase ATMs.
An image of your check can
be printed on your receipt.

My Transaction Summary

********************************************

Transaction #91
Purchase – Cashier's Check

| | |
|---|---|
| Check Number: | 1085245529 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245530 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Total Amount: | $20,000.00 |
| Total Fee Amount: | $0.00 |
| Total Transaction: | $20,000.00 |
| Cash Amount: | $0.00 |

JPMorgan Chase Bank, N.A.
Edinger, Branch 740852
1-800-935-9935
Your satisfaction matters. Share your
feedback at: chase.com/sendusfeedback

Member FDIC, Equal Housing Lender
Please keep your receipt
11/08/2018 15:49

Business Date 11/08/2018
Session #44

Thank you – Giancarlo Varia
Cashbox #05

---

Deposit cash or checks
at most Chase ATMs.
An image of your check can
be printed on your receipt.

My Transaction Summary

********************************************

Transaction #87
Purchase – Cashier's Check

| | |
|---|---|
| Check Number: | 1085245511 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245512 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245513 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245514 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245515 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245516 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Total Amount: | $60,000.00 |
| Total Fee Amount: | $0.00 |
| Total Transaction: | $60,000.00 |
| Cash Amount: | $0.00 |

Transaction #88
Purchase – Cashier's Check

| | |
|---|---|
| Check Number: | 1085245517 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245518 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245519 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |

---

| | |
|---|---|
| Check Number: | 1085245520 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245521 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245522 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Total Amount: | $60,000.00 |
| Total Fee Amount: | $0.00 |
| Total Transaction: | $60,000.00 |
| Cash Amount: | $60,000.00 |

Transaction #89
Purchase – Cashier's Check

| | |
|---|---|
| Check Number: | 1085245523 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245524 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245525 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245526 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245527 |
| Amount: | $10,000.00 |
| Fee: | $0.00 |
| Check Number: | 1085245528 |
| Amount: | $5,000.00 |
| Fee: | $0.00 |
| Total Amount: | $55,000.00 |
| Total Fee Amount: | $0.00 |
| Total Transaction: | $55,000.00 |
| Cash Amount: | $55,000.00 |

JPMorgan Chase Bank, N.A.
Edinger, Branch 740852
1-800-935-9935
Your satisfaction matters. Share your
feedback at: chase.com/sendusfeedback

Member FDIC, Equal Housing Lender
Please keep your receipt
11/08/2018 15:46

Business Date 11/08/2018
Session #43

$175,0

Thank you – Giancarlo Varia
Cashbox #05

*Jamie's File*
*No. 228*

NOVEMBER 15, 2018

RECEIVED $10,000 DOLLARS CASH FROM JAMIE GALLIAN FOR DEPOSIT OF SALE
OF 16222 MONTEREY #376, HUNTINGTON BEACH, CA 92649 TOWARDS SALE
PRICE $225,000.

LISA T RYAN

JAMIE GALLIAN            11/15/18

CHASE

Deposit cash or checks
at most Chase ATMs.
An image of your check can
be printed on your receipt.

My Transaction Summary

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Transaction #149
From Checking Account Ending In:      5315
To Checking Account Ending In:        7860
Funds Transfer                      $500.00
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Transaction #150
Account Number Ending In:             7860
Checking Deposit               $170,000.00

Further review may result in delayed
availability of this deposit
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Transaction #151
Purchase - Cashier's Check

Check Number:                   1759627338
Amount:                         $50,000.00
Fee:                                 $0.00
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Check Number:                   1759627339
Amount:                         $50,000.00
Fee:                                 $0.00
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Check Number:                   1759627340
Amount:                         $50,000.00
Fee:                                 $0.00
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Check Number:                   1759627341
Amount:                         $20,000.00
Fee:                                 $0.00
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Total Amount:                  $170,000.00
Total Fee Amount:                    $0.00
Total Transaction:             $170,000.00

Cash Amount:                         $0.00



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY        **Customer Copy**

**CASHIER'S CHECK**                        1759627338

                                           11/16/2018
                                           Void after 7 years

**Remitter:**    JAMIE L GALLIAN

                                                   $** 50,000.00 **

**Pay To The**   LISA T. RYAN
**Order Of:**    16222 WARMINGTON LN SPC 376 HB 92649

                                    Drawer: **JPMORGAN CHASE BANK, N.A.**
Memo:--------------------------------------------------  NON NEGOTIABLE
Note: For information only. Comment has no effect on bank's payment.

---

                                                   282111107 NEW 01/08 8810004308

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**                                          1759627338        91-2
                                                                     1221
                                 Date   11/16/2018   Void after 7 years
**Remitter:**    JAMIE L GALLIAN

**Pay To The**   LISA T. RYAN
**Order Of:**    16222 WARMINGTON LN SPC 376 HB 92649

**Pay:**    FIFTY THOUSAND                         $** 50,000.00 **
            DOLLARS AND 00 CENTS

                                    Drawer: **JPMORGAN CHASE BANK, N.A.**
            Do not write outside this box:
                                                   Sol Gindi
Memo:-----------------------------------------      Sol Gindi, Chief Administrative Officer
Note: For information only. Comment has no effect on bank's payment.   JPMorgan Chase Bank, N.A.
                                                   Phoenix, AZ

⑈ 1759627338⑈ ⑆ 1221000 24⑆ 806002234⑈



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          Customer Copy

**CASHIER'S CHECK**                                   1759627339

                                            11/16/2018
                                            Void after 7 years

**Remitter:**   JAMIE L GALLIAN

                                                 $** 50,000.00 **

**Pay To The**   LISA T. RYAN
**Order Of:**    16222 WARMINGTON LN SPC 376 HB 92649

Memo:------------------------------------------------------------   Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.   **NON NEGOTIABLE**

---

                                                           282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK   **CASHIER'S CHECK**   HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

                                                              1759627339      91-2
                                            Date    11/16/2018   Void after 7 years   1221

**Remitter:**   JAMIE L GALLIAN

**Pay To The**   LISA T. RYAN
**Order Of:**    16222 WARMINGTON LN SPC 376 HB 92649

**Pay:**   FIFTY THOUSAND
           DOLLARS AND 00 CENTS                        $** 50,000.00 **

                                            Drawer: **JPMORGAN CHASE BANK, N.A.**

Do not write outside this box

                                            Sol Gindi, Chief Administrative Officer
Memo:------------------------------------                JPMorgan Chase Bank, N.A.
Note: For information only. Comment has no effect on bank's payment.   Phoenix, AZ

⑈ ⑈1759627339⑈ ⑈:1221000 24⑈: 806002234⑈



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**

### CASHIER'S CHECK

1759627340

11/16/2018
Void after 7 years

**Remitter:**   JAMIE L GALLIAN

$** 50,000.00 **

**Pay To The Order Of:**   LISA T. RYAN
16222 WARMINGTON LN SPC 376 HB 92649

Memo:--------------------------------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**
**NON NEGOTIABLE**

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK          **CASHIER'S CHECK**          HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

1759627340    91-2
                1221

Date    11/16/2018    Void after 7 years

**Remitter:**   JAMIE L GALLIAN

**Pay To The Order Of:**   LISA T. RYAN
16222 WARMINGTON LN SPC 376 HB 92649

**Pay:**   FIFTY THOUSAND
DOLLARS AND 00 CENTS

$** 50,000.00 **

Do not write outside this box

Memo:--------------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

*Sol Gindi*

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1759627340⑈ ⑆122100024⑆ 806002234⑈


**CHASE**

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
    - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**
**CASHIER'S CHECK**
1759627341

11/16/2018
Void after 7 years

**Remitter:**    JAMIE L GALLIAN

$** 20,000.00 **

**Pay To The Order Of:**    LISA T. RYAN
16222 WARMINGTON LN SPC 376 HB 92649

Memo:------------------------------------------------    Drawer: **JPMORGAN CHASE BANK, N.A.**
Note: For information only. Comment has no effect on bank's payment.    **NON NEGOTIABLE**

---

282111107 NEW 01/08 8810004306
HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK
**CHASE**    1759627341    91-2
Date    11/16/2018    Void after 7 years    1221
**Remitter:**    JAMIE L GALLIAN

**Pay To The Order Of:**    LISA T. RYAN
16222 WARMINGTON LN SPC 376 HB 92649

**Pay:**    TWENTY THOUSAND    $** 20,000.00 **
DOLLARS AND 00 CENTS

Do not write outside this box

Drawer: **JPMORGAN CHASE BANK, N.A.**
Sol Gindi
Memo:------------------------------------------------    Sol Gindi, Chief Administrative Officer
Note: For information only. Comment has no effect on bank's payment.    JPMorgan Chase Bank, N.A.
Phoenix, AZ

1759627341    1221000024    806002234

Alliant Credit Union | Online Banking | Check Image      https://www.alliantcreditunion.com/OnlineBanking/Accounts/Chec...

## Check # 2670



For Deposit Only
OC Treasurer Tax Collector
Cashiering
4944119866

## Check # 2671



For Deposit Only
OC-Treasurer Tax Collector
Cashiering
4944119866



Reg#9                11/16/2018        Trans #52384
cdascenzo            12:20 PM          Location: 100
                     TTC G-58

# RECEIPT

OFFICE OF THE TREASURER-TAX COLLECTOR
SHARI L. FREIDENRICH, CPA
625 N.ROSS STREET, BLDG 11, SANTA ANA
(714) 834-3411  ttcinfo@ttc.ocgov.com

Daily Bank Deposit ID  11-16-18

APN \ TDN \ REF:                    0813460.
Property Address:  16222 MONTEREY 376 HUNTINGTON BEACH
Tax Year:
Bill Type:                          03 - UNS
Installment #:                      1
Unsecured Tax                       $1,634.54
-------------------------------------------------
              SUB TOTAL:            $1,634.54
              TOTAL DUE:            $1,634.54
CHECK                               $1,634.54
Account Number XXXXXXXXXXXX6018
Check # 2670
Routing Number 271081528

PAY ONLINE WITH YOUR BANK ACCOUNT
AT NO COST AT ocgov.com/octaxbill
PRINT OR GET YOUR RECEIPT BY EMAIL.
THANK YOU

---

| TAX COLLECTOR (TC) REFERENCE NO. | | STATEMENT AS OF | PAGE 1 |
|---|---|---|---|
| 0813460 | | 11/16/2018 | |

## TAX BILL SUMMARY

UNPAID ASSESSMENT SUMMARY

ANY DELINQUENT ASSESSMENTS ARE SUBJECT TO IMMEDIATE
ENFORCEMENT ACTIONS. SEE PARAGRAPH 12 ON THE BACK
FOR MORE INFORMATION.

**TOTAL AMOUNT DUE BY 11/30/18:**          $1,634.54

PROPERTY AFTER JANUARY 1 DOES NOT RELIEVE ASSESSEE FROM PAYING THIS BILL

### IMPORTANT INFORMATION

The owner on the Lien Date is responsible for payment of this bill in full. The sale, closure, removal
or other disposal of the assessed property after January 1, 2018 does not relieve the assessee of
responsibility for the taxes due. The bill will not be prorated for partial ownership.

A Tax Lien will be recorded against the owner, and a recording fee will be charged, if payment is
delinquent. A TAX LIEN MAY AFFECT YOUR CREDIT RATING. A 10% penalty and a fee of $75 per
assessment, plus additional penalties of 1.5% per month, will be added.

A Tax Lien may be enforced by seizure and/or sale of personal property including bank accounts,
income tax refunds or other interests. Registration holds at the DMV will prevent vessel registration
until a delinquency is cleared.

| | ASSESSED VALUES (A/V) | TRA/ YEAR | TAX TYPE & RATE | AMOUNT |
|---|---|---|---|---|

ASSESSMENTS:

| | BASE TAX AMOUNT | INTEREST & PENALTIES | FEES | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #: 901018 | 1,300.90 | 250.64 | 83.00 | | 1,634.54 |
| EVE TAX YEAR: 2017 | | | | | |
| HUNTINGTON BEACH | | | | | |
| ER | | | | | |
| : 18-00427461 | | | | | |
| TOTALS: | 1,300.90 | 250.64 | 83.00 | | 1,634.54 |



TCCAS571 ESTIMATED TAX STUB
2018 AT 12:33:41 BY CHRISTINA DASCENZO

1-569-62.00      TOTAL AMT DUE      $1,224.00

/15/19

*Pd CK # 2671*

Reg#9                11/16/2018          Trans #52385
cdescenzo            12:21 PM            Location: 100
                     TTC 8-58

## RECEIPT

OFFICE OF THE TREASURER-TAX COLLECTOR
SHARI L. FREIDENRICH, CPA
625 N.ROSS STREET, BLDG 11, SANTA ANA
(714) 834-3411   ttcinfo@ttc.ocgov.com

Daily Bank Deposit ID  11-16-18

APN \ TDN \ REF:                89156962.0000
Property Address:
Tax Year:                       2019
Roll Type:                      01 - SEC
Installment #:                  03
Secured Tax                     $1,224.00

APN \ TDN \ REF:                89156962.00
Property Address: 16222 MONTEREY LN 376 HUNTINGTON BEAC
H
Tax Year:                       2018
Roll Type:                      01 - SEC
Installment #:                  1
Secured Tax                     $599.66

APN \ TDN \ REF:                89156962.00
Property Address: 16222 MONTEREY LN 376 HUNTINGTON BEAC
H
Tax Year:                       2018
Roll Type:                      01 - SEC
Installment #:                  2
Secured Tax                     $599.66
-------------------------------------------------
                  SUB TOTAL:    $2,423.32
                  TOTAL DUE:    $2,423.32
                                $2,423.32
CHECK
Account Number XXXXXXXXXXXXX6018
Check # 2671
Routing Number 271081528

PAY ONLINE WITH YOUR BANK ACCOUNT
AT NO COST AT ocgov.com/octaxbill
PRINT OR GET YOUR RECEIPT BY EMAIL.
THANK YOU

61519000012240000000000000000000000000000000009



| TOTAL NET TAXABLE VALUE: | | 109,685 | 1,199.32 |
|---|---|---|---|
| Installment DUE 11/1/18 | 2nd Installment DUE 2/1/19 | | TO PAY BOTH INSTALLMENTS BY 12/10/18 |
| $599.66 + | $599.66 = | | $1,199.32 |

| VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS | | | |
|---|---|---|---|
| SERVICE AGENCY | RATE | VALUE | TAXES |
| BASIC LEVY RATE | 1.00000 | 109,685 | 1,096.84 |
| COAST COMM COLLEGE DIST | .03052 | 109,685 | 33.47 |
| OCEAN VIEW SD 2016, SR 2017A | .02404 | 109,685 | 26.37 |
| HUNTINGTON BCH UNION HS | .02388 | 109,685 | 26.19 |
| HUNTINGTON BEACH EMPLOYEE RETIREMEN | .01500 | 109,685 | 16.45 |
| TOTAL CHARGED | 1.09344 | | 1,199.32 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBSITE AT OCGOV.COM/OCTAXBILL
FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
IS BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**                    ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GB/ AC7V710394GA | LBM1081 |
| **LOCATION OF HOME** | **ASSESSOR'S PARCEL NUMBER** |
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |
| **CURRENT REGISTERED OWNER** | **APPLICANT** |
| RYAN, LISA T<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH<br>CA 92649 | J-SANDCASTLE CO, LLC<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH<br>CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☒ Property taxes applicable to the home identified above through the fiscal year 2018-2019

☒ A security deposit for payment of the property taxes for the fiscal year 2019-2020

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

### THIS CERTIFICATE IS VOID ON AND AFTER JANUARY 15, 2019.

Executed on November 16, 2018 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on November 16, 2018 _____
                                        (Signature)

§§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)

ANNUAL

PERMIT TO OPERATE

December 6, 2021

State of California
## DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### DIVISION OF CODES AND STANDARDS

**Park ID No.**

30-0198-MP

| Inc or Unc | Mobilehome Lots With Drains | Recreational Vehicle Lots With Drains | Lots Without Drains | Total Lots |
|---|---|---|---|---|
| I | 379 | 0 | 0 | 379 |

**OPERATOR**

HOUSER BROTHERS CO
17610 BEACH BLVD#32
HUNTINGTON BEACH, CA 92647

**PARK NAME & ADDRESS**

RANCHO DEL REY MOBILE ESTATES
16222 MONTEREY L
HUNTINGTON BEACH, CA 92649

**CONDITIONAL USES**

LOCAL FIRE PROTECTION AGENCY - September 30, 2002
CITY OF HUNTINGTON BEACH FIRE DEPARTMENT
2000 MAIN STREET
HUNTINGTON BEACH, CA 92648
(714) 536-5411

Emergency Preparedness Plan - September 27, 2010

Fire Hydrant System Status: Local Enforcement of Fire Code

**THIS PERMIT EXPIRES November 30, 2022**

THIS PERMIT IS ISSUED IN ACCORDANCE WITH THE PROVISIONS OF THE CALIFORNIA HEALTH AND SAFETY CODE AND IS SUBJECT TO SUSPENSION OR REVOCATION AS PROVIDED THEREIN. THIS PERMIT IS NOT TRANSFERABLE. THE DEPARTMENT SHALL BE NOTIFIED WITHIN 30 DAYS OF ANY CHANGE OF NAME, OWNERSHIP OR OPERATOR.

P.O. Box 278180
Sacramento, CA 95827-8180
(916) 445-9471
From TDD Phones: 1-800-735-2929
From Voice Phones: 1-800-735-2922

**POST IN A CONSPICUOUS PLACE**

HCD-MP 503 (Rev. 03/2000)



**eFBN**
self service FBN portal

**OC Clerk Recorder**

FBN Name: HOUSER    Wildcard Search: True

🏠 **Home** | ⚙ **Options** | ❓ **Help**

📦 **Add To Shopping Cart** | ✔ **Select All** | ○ **UnSelect All**

Search, View and Order Copies

**Search By FBN Name**

**4 Result(s)**

| | File Number | Business Name | Filed Date |
|---|---|---|---|
| ☐ | 20156406390 | HOUSER BROS. CO. | 5/5/2015 |
| ☐ | 20206572144 | HOUSER BROS. CO. | 4/14/2020 |
| ☐ | 20186509496 | HOUSER COMPANY | 5/4/2018 |
| ☐ | 20236653811 | HOUSER COMPANY | 1/20/2023 |

FBN Name*

HOUSER

☑ Allow Partial Match

**Back**    **Search**

\* - required fields

• To view a record, click on the file number link.

**Frequently Asked Questions**

**STATE OF CALIFORNIA**
**CERTIFICATE OF LIMITED PARTNERSHIP—FORM LP-1**
**IMPORTANT—Read instructions on back before completing this form**

This Certificate is presented for filing pursuant to Chapter 3, Article 2, Section 15621, California Corporations Code.

**1.** NAME OF LIMITED PARTNERSHIP
Houser Bros. Co.

| **2.** STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | **3.** CITY AND STATE | **4.** ZIP CODE |
|---|---|---|
| 17610 Beach Boulevard, Suite 32 | Huntington Beach,CA | 92647 |

| **5.** STREET ADDRESS OF CALIFORNIA OFFICE IF EXECUTIVE OFFICE IN ANOTHER STATE | **6.** CITY | **7.** ZIP CODE |
|---|---|---|
| | CALIF. | |

**8.** COMPLETE IF LIMITED PARTNERSHIP WAS FORMED PRIOR TO JULY 1. 1984 AND IS IN EXISTENCE ON DATE THIS CERTIFICATE IS EXECUTED.

THE ORIGINAL LIMITED PARTNERSHIP CERTIFICATE WAS RECORDED ON __July 31__ 19 _72_ WITH THE

RECORDER OF _Orange_ COUNTY. FILE OR RECORDATION NUMBER _29961, BK 10250_, PG 992

**9.** NAMES AND ADDRESSES OF ALL GENERAL PARTNERS: (CONTINUE ON SECOND PAGE. IF NECESSARY)
NAME:  Clifford C. Houser
ADDRESS:  9301 Central Avenue
CITY:  Garden Grove          STATE  CA          ZIP CODE  92644

**9A.**
NAME:  Vernon F. Houser
ADDRESS:  2005 Lemnos Drive
CITY:  Costa Mesa          STATE  CA          ZIP CODE  92626

**9B.**
NAME:
ADDRESS:
CITY:          STATE          ZIP CODE

**10.** NAME AND ADDRESS OF AGENT FOR SERVICE OF PROCESS
NAME:  Clifford C. Houser
ADDRESS: 17610 Beach Boulevard, Suite 32
CITY:  Huntington Beach,          STATE  CA          ZIP CODE  92647

**11.** TERM FOR WHICH THIS PARTNERSHIP IS TO EXIST
Indefinitely until general partners elect to terminate.

**12.** FOR THE PURPOSE OF FILING AMENDMENTS, DISSOLUTION AND CANCELLATION CERTIFICATES PERTAINING TO THIS CERTIFICATE. THE

ACKNOWLEDGMENT OF  ☐ 1  GENERAL PARTNERS IS REQUIRED.

**13.** ANY OTHER MATTERS THE GENERAL PARTNERS DESIRE TO INCLUDE IN THIS CERTIFICATE MAY BE NOTED ON SEPARATE PAGES AND BY

REFERENCE HEREIN IS A PART OF THIS CERTIFICATE. NUMBER OF PAGES ATTACHED ☐

**14.** IT IS HEREBY DECLARED THAT I AM (WE ARE) THE PERSON(S) WHO EXECUTED THIS CERTIFICATE OF LIMITED PARTNERSHIP. WHICH EX-
ECUTION IS MY (OUR) ACT AND DEED (SEE INSTRUCTIONS)

x _Clifford C. Houser  Jun-5-84_
SIGNATURE OF GENERAL PARTNER          DATE          SIGNATURE OF GENERAL PARTNER          DATE

x _Vernon F. Houser  5-5-84_
SIGNATURE OF GENERAL PARTNER          DATE          SIGNATURE OF GENERAL PARTNER          DATE

SIGNATURE OF OTHER THAN GENERAL PARTNER          TITLE OR DESIGNATION          DATE

**15.** THIS SPACE FOR FILING OFFICER
USE (FILE NUMBER, DATE OF FILING)

8415300148

**FILED**
In the office of the Secretary of State
of the State of California

JUL -1 1984

_March Fong Eu_
MARCH FONG EU, Secretary of State

**16. RETURN ACKNOWLEDGMENT TO:**

NAME
ADDRESS          Houser Bros. Co.
CITY AND          17610 Beach Boulevard, Suite 32
STATE             Huntington Beach, CA  92647
ZIP CODE

T3326

FORM LP-1—FILING FEE $70
Approved by the Secretary of State

N/c

74



*my* FirstAm®    **Recorded Document**

The Recorded Document images are displayed in the subsequent pages for the following request:

| | |
|---|---|
| State: | CA |
| County: | Orange |
| Document Type: | Document - Book Page (1/1/50 - 12/31/60) |
| Book: | 10250 |
| Page: | 992 |

Limitation of Liability for Informational Report

**IMPORTANT – READ CAREFULLY:** THIS REPORT IS NOT AN INSURED PRODUCT OR SERVICE OR A REPRESENTATION OF THE CONDITION OF TITLE TO REAL PROPERTY.  IT IS NOT AN ABSTRACT, LEGAL OPINION, OPINION OF TITLE, TITLE INSURANCE COMMITMENT OR PRELIMINARY REPORT, OR ANY FORM OF TITLE INSURANCE OR GUARANTY. THIS REPORT IS ISSUED EXCLUSIVELY FOR THE BENEFIT OF THE APPLICANT THEREFOR, AND MAY NOT BE USED OR RELIED UPON BY ANY OTHER PERSON. THIS REPORT MAY NOT BE REPRODUCED IN ANY MANNER WITHOUT FIRST AMERICAN'S PRIOR WRITTEN CONSENT. FIRST AMERICAN DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION HEREIN IS COMPLETE OR FREE FROM ERROR, AND THE INFORMATION HEREIN IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND, AS-IS, AND WITH ALL FAULTS.  AS A MATERIAL PART OF THE CONSIDERATION GIVEN IN EXCHANGE FOR THE ISSUANCE OF THIS REPORT, RECIPIENT AGREES THAT FIRST AMERICAN'S  SOLE LIABILITY FOR ANY LOSS OR DAMAGE CAUSED BY AN ERROR OR OMISSION DUE TO INACCURATE INFORMATION OR NEGLIGENCE IN PREPARING THIS REPORT SHALL BE LIMITED TO THE FEE CHARGED FOR THE REPORT.  RECIPIENT ACCEPTS THIS REPORT WITH THIS LIMITATION AND AGREES THAT FIRST AMERICAN  WOULD NOT HAVE ISSUED THIS REPORT BUT FOR THE LIMITATION OF LIABILITY DESCRIBED ABOVE. FIRST AMERICAN MAKES NO REPRESENTATION  OR WARRANTY AS TO THE LEGALITY OR PROPRIETY OF RECIPIENT'S USE OF THE INFORMATION HEREIN.

2998?

$ /2.00

T 0250 PAGE 892

## STATE OF CALIFORNIA

### HOUSER BROS. CO.
### A Limited Partnership

### CERTIFICATE OF LIMITED PARTNERSHIP

RECORDED IN OFFICIAL RECORDS
OF ORANGE COUNTY, CALIFORNIA
#1    Min    P.M.    JUL
J. WYLIE CARLYLE, County Recorder

WE, the undersigned, CLIFFORD C. HOUSER, VERNON F. HOUSER and GLADYS LUCILLE HOUSER, desiring to form a limited partnership pursuant to the Uniform Limited Partnership Act of the State of California, as set forth in Title 2, Chapter 2 of the California Corporations Code, as amended, and acting upon the following premises, to wit:

A.    CLIFFORD C. HOUSER and VERNON F. HOUSER have heretofore conducted as a general partnership a mobile home park and related operations under the fictitious names of HOUSER BROS. CO. and RANCHO DEL REY MOBILE HOME ESTATES; and

B.    GLADYS LUCILLE HOUSER is the wife of VERNON F. HOUSER, and the partnership interest of VERNON F. HOUSER in the partnership referred to in paragraph A above has been and is the community property of VERNON F. HOUSER and GLADYS LUCILLE HOUSER; and

C.    Dissolution proceedings are presently pending between VERNON F. HOUSER and GLADYS LUCILLE HOUSER; and, in connection therewith, their community property has been partitioned and divided between them. As a consequence, VERNON F. HOUSER has assigned to GLADYS LUCILLE HOUSER an undivided one-half (1/2) interest in and to his interest in the partnership referred to in paragraph A above, thereby creating a separate partnership interest for her and making her a partner of record holding a

-1-

RECORDING
REQUESTED BY

WHEN RECORDED RETURN TO:

76

10250 PAGE 995

one-quarter (1/4) partnership interest; and

D.    The parties, desiring to continue the partnership business without interruption, but at the same time to amend their partnership relationship to change the rights, preferences and privileges among the partners, desire to reorganize the partnership described in paragraph A above into a limited partnership so as to give GLADYS LUCILLE HOUSER all of the rights, preferences and privileges of a limited partner under the Uniform Limited Partnership Act of the State of California;

Accordingly, we, the undersigned, in keeping with the foregoing recitals, DO HEREBY CERTIFY AS FOLLOWS:

I.    The name of the partnership is HOUSER BROS. CO., a limited partnership.  The general partners, in their sole discretion, may change the name of the partnership at any time and from time to time.

II.    The character of the business of the partnership shall be the holding for investment of that certain real property situated in the City of Huntington Beach, California, more particularly described as:

    The NorthEast one-quarter of the Northwest one-quarter and the North one-half of the Southeast one-quarter of the Northwest one-quarter of Section 20, Township 5 South, Range 11 West, in the City of Huntington Beach, County of Orange, State of California, in the Rancho Las Bolsa Chica, as shown on a Map recorded in Book 51, Page 13 of Miscellaneous Maps, records of said Orange County;

and further to engage in any business relating to the purchase, lease, improvement, construction, operation and management of any and all lands, improved and unimproved, dwelling houses, apartment houses, mobile trailer parks, shopping centers, stores, office buildings, manufacturing plants and any other buildings

-2-

0250 PAGE 994

of any kind. Specification of the particular business shall not be deemed a limitation upon the general powers of the partnership.

III. The location of the principal place of business of the partnership is 16222 Monterey Lane, Huntington Beach, California. The general partners, in their sole discretion, may change the principal place of business to such other place in the State of California at any time and from time to time.

IV. The name and place of residence of each of the partners is as follows:

| Name | Residence |
|------|-----------|
| **General Partners:** | |
| VERNON F. HOUSER | 6072 Thor Drive Huntington Beach, California |
| CLIFFORD C. HOUSER | 9301 Central Avenue Garden Grove, California |
| **Limited Partner:** | |
| GLADYS LUCILLE HOUSER | 7021 Starlight Circle Huntington Beach, California |

V. The term for which the partnership is to exist shall be as follows: This agreement supersedes the Partnership Agreement effective October 19, 1966, between CLIFFORD C. HOUSER and VERNON F. HOUSER, but this is considered a continuing partnership within the contemplation of the federal and state income tax laws, and shall continue until terminated by action of the partners.

VI. The limited partner has contributed all of her marital property interest in the partnership interest of general partner,

-3-

78

10250 PAGE 995

VERNON F. HOUSER, in the general partnership formerly known
as HOUSER BROS. CO. and as referred to in paragraph A of the
preamble to this Certificate, having an agreed value of SEVEN
THOUSAND SEVEN HUNDRED SIXTY-SEVEN DOLLARS AND THIRTY-ONE
CENTS ($7,767.31).

VII.   No additional contributions are required to be made
by the limited partner to the partnership.

VIII.   The limited partner shall be entitled to twenty-five
(25%) percent of the partnership profits by reason of her con-
tribution.

IX.   The limited partner has the right to sell, assign,
transfer or discharge her interest in the partnership, or any
portion thereof, subject to the right of first refusal in
favor of the partnership and either or both of the general
partners.   No right is given to the limited partner to substi-
tute an assignee as a limited partner in the partnership with-
out the consent of the general partners.

X.   The above named limited partner, being the sole
limited partner, enjoys the priority of compensation by way
of contribution and income as set forth above in Sections VI
and VIII, respectively.   No provision is made within the part-
nership agreement which relates to the priority of one limited
partner over other limited partners as to contributions or as
to compensation by way of income.

XI.   The partnership agreement provides that in the event
either general partner dies, becomes incapacitated, withdraws
or becomes bankrupt, the partnership shall not dissolve, but
the incapacitated, withdrawn or bankrupt general partner or the
successor in interest of the deceased general partner shall

2.

0250 996

become a limited partner with the same share of profits or
losses of the partnership as before the event and shall have
all the rights of a limited partner. In such event, all neces-
sary steps shall be taken to amend the Certificate of Limited
Partnership.

XII. The limited partner has no right to demand and re-
ceive property other than cash in return for the contribution
by the limited partner to the partnership.

XIII. The general partners shall have the full, exclusive
and complete right and power to manage, direct and control
the business and affairs of the partnership with all powers
necessary, advisable or convenient to that end, but the gene-
ral partners shall not, without the written consent of the
limited partner, be empowered to:

    (a) Sell all or substantially all of the assets
of the partnership.

    (b) Do any acts in contravention of the agree-
ment of limited partnership.

    (c) Do any act which would make it impossible
to carry on the ordinary business of the partnership.

    (d) Change or reorganize the partnership into
any other legal form.

    (e) Amend the agreement of limited partnership.

    (f) Require the limited partner to make any
additional contributions to the capital of the part-
nership.

    (g) Admit additional limited partners.

The limited partner shall take no part in the control of
the partnership's business but may exercise the rights and

-5-

0250 PAGE 997

powers of the limited partner under this Certificate of Limited
Partnership, including the provisions of Section XIII of this
Certificate of Limited Partnership, and the giving of consents
and approvals provided for in subsections (a) through (g)
above, inclusive, the exercise of such rights and powers being
deemed to be matters affecting the basic structure of the part-
nership and not the control of its business.

XIV.   The limited partner constitutes and appoints the
general partners, or either of them, the true and lawful attor-
ney of, and in the name, place and stead of the limited partner,
to make, execute, sign, acknowledge and file, with respect to
the partnership:

(a)  Such certificates of fictitious firm name
as may be required by the laws of the State of Cali-
fornia; and

(b)  Such certificates, instruments and docu-
ments as may be required by, or may be appropriate
under, the laws of the State of California, to re-
flect changes in or amendments to the agreement of
limited partnership as to (i) changes in the name or
the location of the principal place of business of
the partnership; (ii) changes of address of the gene-
ral and limited partners; and (iii) any other changes
in or amendments of said agreement of limited partner-
ship, but only if and when the limited partner has
agreed to such other changes or amendments by signing,
either personally or by duly appointed attorney, an
agreement amending said agreement of limited partnership.

IN WITNESS WHEREOF, the parties have executed this

-6-

10250 PAGE 998

Certificate of Limited Partnership as of July 14, 1972.

_____
CLIFFORD C. HOUSER, As General
Partner.

_____
VERNON F. HOUSER, As General,
Partner.

_____
GLADYS LUCILLE HOUSER, As
Limited Partner

STATE OF CALIFORNIA )
                    ) SS:
COUNTY OF ORANGE    )

On July 14, 1972, before me, the undersigned, a
Notary Public in and for said State, personally appeared
CLIFFORD C. HOUSER, known to me to be the person whose name
is subscribed to the within instrument and acknowledged that
he executed the same.

WITNESS my hand and official seal.

_____
Notary Public
WILLIAM B. STEWART

[SEAL]

OFFICIAL SEAL
WILLIAM B. STEWART
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My Commission Expires Jan. 26, 1976

-7-



10250 PAGE 999

STATE OF CALIFORNIA } SS:
COUNTY OF ORANGE }

On July 14, 1972, before me, the undersigned, a Notary Public in and for said State, personally appeared ~~VERNON F. HOUSER, known to me to be the person whose name~~ is subscribed to the within instrument and acknowledged that he executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
WILLIAM B. STEWART
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Jan. 28, 1976

[SEAL]

William B. Stewart
Notary Public
WILLIAM B. STEWART

STATE OF CALIFORNIA } SS:
COUNTY OF ORANGE }

On July 14, 1972, before me, the undersigned, a Notary Public in and for said State, personally appeared GLADYS LUCILLE HOUSER, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
WILLIAM B. STEWART
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Jan. 28, 1976

[SEAL]

William B. Stewart
Notary Public

# State of California
## Secretary of State

## AMENDMENT TO CERTIFICATE OF LIMITED PARTNERSHIP
### IMPORTANT -- Read instructions on back before completing this form

FORM LP-2

This Certificate is presented for filing pursuant to Section 15622, California Corporations Code.

| 1. SECRETARY OF STATE FILE NO. (ORIGINAL CERTIFICATE--FORM LP-1)  8415300148 | 2. NAME OF LIMITED PARTNERSHIP  HOUSER BROS. CO. |
|---|---|

3. THE CERTIFICATE OF LIMITED PARTNERSHIP IS AMENDED A FOLLOWS:  COMPLETE APPROPRIATE SUB-SECTION(S) CONTINUE ON SECOND PAGE, IF NECESSARY).

A. THE LIMITED PARTNERSHIP NAME IS CHANGED TO:

| B. PRINCIPAL EXECUTIVE OFFICE ADDRESS CHANGE:  ADDRESS:  CITY:    STATE:    ZIP CODE: | E. GENERAL PARTNER NAME CHANGE:  OLD NAME:  NEW NAME: |
|---|---|
| C. CALIFORNIA OFFICE ADDRESS CHANGE:  ADDRESS:  CITY:    STATE: CA    ZIP CODE: | F. GENERAL PARTNER(S) WITHDRAWN:  NAME: VERNON F. HOUSER   (deceased)  NAME: |
| D. GENERAL PARTNER ADDRESS CHANGE:  NAME:  ADDRESS:  CITY:    STATE:    ZIP CODE: | G. GENERAL PARTNER ADDED:  NAME:  ADDRESS:  CITY:    STATE:    ZIP CODE: |
| H. PERSON(S) WINDING UP AFFAIRS OF LIMITED PARTNERSHIP  NAME:  ADDRESS:  CITY:    STATE:    ZIP CODE: | I. INFORMATION CONCERNING THE AGENT FOR SERVICE OF PROCESS HAS BEEN CHANGED TO:  NAME:  ADDRESS:  CITY:    STATE:  CA    ZIP CODE: |
| J. THE NUMBER OF GENERAL PARTNERS REQUIRED TO ACKNOWLEDGE AND FILE CERTIFICATES OF AMENDMENT RESTATEMENT, DISSOLUTION, CONTINUATION, CANCELLATION AND MERGER IS CHANGED TO:  (PLEASE INDICATE NUMBER ONLY) | K. OTHER MATTERS TO BE INCLUDED IN THE CERTIFICATE OF LIMITED PARTNERSHIP ARE AMENDED AS INDICATED ON THE ATTACHED PAGE(S):  NUMBER OF PAGES ATTACHED: |

4. IT IS HEREBY DECLARED THAT I AM (WE ARE) THE PERSON(S) WHO EXECUTED THIS AMENDMENT TO THE IDENTIFIED CERTIFICATE OF LIMITED PARTNERSHIP, WHICH EXECUTION IS MY (OUR) ACT AND DEED. (SEE INSTRUCTIONS).

SIGNATURE  Clifford C. Houser

General Partner
POSITION OR TITLE      July 23-97   DATE

SIGNATURE

POSITION OR TITLE      DATE

SIGNATURE

POSITION OR TITLE      DATE

SIGNATURE

POSITION OR TITLE      DATE

THIS SPACE FOR FILING OFFICER USE

84  153 0 0 148

**FILED**
In the office of the Secretary of State
of the State of California

**AUG 1 3 1997**

BILL JONES, Secretary of State

10. RETURN ACKNOWLEDGEMENT TO:

| NAME: | Linda L. Dalton |
|---|---|
| ADDRESS: | Rutan & Tucker LLP |
| CITY: | 611 Anton Blvd., Ste 1400 |
| STATE | Costa Mesa, CA 92626 |
| ZIP CODE: | L |

SEC/STATE REV. 1/93

FORM LP-2 — FILING FEE: $15.00
Approved by Secretary of State



# State of California
## Kevin Shelley
## Secretary of State

**FILED**
In the office of the Secretary of State
of the State of California    AG

MAR − 4 2005

# AMENDMENT TO CERTIFICATE OF LIMITED PARTNERSHIP

**A $30.00 filing fee must accompany this form.**

**IMPORTANT – Read instructions before completing this form**

This Space For Filing Use Only

| 1. SECRETARY OF STATE FILE NUMBER | 2. NAME OF LIMITED PARTNERSHIP |
|---|---|
| 198415300148 | HOUSER BROS. CO. |

**3. COMPLETE ONLY THE BOXES WHERE INFORMATION IS BEING CHANGED. ADDITIONAL PAGES MAY BE ATTACHED, IF NECESSARY:**

A. LIMITED PARTNERSHIP NAME (END THE NAME WITH THE WORDS "LIMITED PARTNERSHIP" OR THE ABBREVIATION "L.P.")

| B. THE STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|

| C. THE STREET ADDRESS IN CALIFORNIA WHERE RECORDS ARE KEPT | CITY | STATE CA | ZIP CODE |
|---|---|---|---|

D. THE ADDRESS OF THE GENERAL PARTNER(S)

| NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|

E. NAME CHANGE OF GENERAL PARTNER(S)
FROM:    TO:

F. GENERAL PARTNER(S) CESSATION
Clifford C. Houser

| G. NAME OF GENERAL PARTNER(S) ADDED | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Craig Houser | 17610 Beach Boulevard, Ste. 32 | Huntington Beach, CA | 92847 |

H. THE PERSON(S) AUTHORIZED TO WIND UP THE AFFAIRS OF THE LIMITED PARTNERSHIP

| NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|

I. THE NAME OF THE AGENT FOR SERVICE OF PROCESS

| J. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE |
|---|---|---|---|

K. NUMBER OF GENERAL PARTNERS' SIGNATURES REQUIRED FOR FILING CERTIFICATES OF AMENDMENT, RESTATEMENT, MERGER, DISSOLUTION, CONTINUATION AND CANCELLATION:

L. OTHER MATTERS (ATTACH ADDITIONAL PAGES, IF NECESSARY):

**4. I DECLARE THAT I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.**

| SIGNATURE OF AUTHORIZED PERSON | General Partner |
|---|---|
| | POSITION OR TITLE OF AUTHORIZED PERSON |

| Craig Houser | March 3, 2005 |
|---|---|
| TYPE OR PRINT NAME OF AUTHORIZED PERSON | DATE |

| SIGNATURE OF AUTHORIZED PERSON | POSITION OR TITLE OF AUTHORIZED PERSON |
|---|---|

| TYPE OR PRINT NAME OF AUTHORIZED PERSON | DATE |
|---|---|

| LP-2 (REV 12/2003) | APPROVED BY SECRETARY OF STATE |
|---|---|

| LP-2 | Amendment to Certificate of Limited Partnership (LP) |
|---|---|

**FILED**
**Secretary of State**
**State of California**

**MAY 0 8 2018**

To change information of record for your LP, fill out this form, and submit for filing along with:

- A $30 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

Items 3–7: **Only** fill out the information that is changing. Attach extra pages if you need more space or need to include any other matters.

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

① LP's File No. (Issued by CA Secretary of State)

198415300148

② LP's Exact Name (on file with CA Secretary of State)

HOUSER BROS. CO.

**New LP Name**

③ _____

Proposed New LP Name     The new LP name: must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," incorporated," "Inc.," "corporation," or "corp."

**New LP Addresses**

④ a. _____     CA

Street Address of Designated Office in CA     City (no abbreviations)     State   Zip

b. _____

Mailing Address of LP, if different from 4a     City (no abbreviations)     State   Zip

**New Agent/Address for Service of Process** (The agent must be a CA resident or qualified 1505 corporation in CA.)

⑤ a. Craig Houser
Agent's Name

b. 16222 Monterey Lane     Huntington Beach     CA   92649
Agent's Street Address  (if agent is not a corporation)     City (no abbreviations)     State   Zip

**General Partner Changes**

⑥ a. New general partner: See Exhibit A
Name     Address     City (no abbreviations)     State   Zip

b. Address change: _____
Name     New Address     City (no abbreviations)     State   Zip

c. Name change: Old name: _____     New name: _____

d. Name of dissociated general partner: _____

**Dissolved LP** (Either check box a or check box b and complete the information. Note: To terminate the LP, also file a Certificate of Cancellation (Form LP-4/7), available at www.sos.ca.gov/business/be/forms.htm.)

⑦ a. ☐ The LP is dissolved and wrapping up its affairs.

b. ☐ The LP is dissolved and has no general partners. The following person has been appointed to wrap up the affairs of the LP: _____
Name     Address     City (no abbreviations)     State   Zip

**Read and sign below:** This form must be signed by (1) at least one general partner; (2) by each person listed in item 6a; and (3) by each person listed in item 6d if that person has not filed a Certificate of Dissociation (Form LP-101). If item 7b is checked, the person listed must sign. If a trust, association, attorney-in-fact, or any other person not listed above is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this amendment. Signing this document affirms under penalty of perjury that the stated facts are true.

| ▶ See Exhibit B | See Exhibit B | See Exhibit B |
|---|---|---|
| Sign here | Print your name here | Date |
| ▶ | | |
| Sign here | Print your name here | Date |

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944225 Sacramento, CA 94244-2250 | **Drop-Off** Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code § 15902.02
LP-2 (REV 01/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

**EXHIBIT A**
**TO LP-2 OF**
**HOUSER BROS. CO.**

Item 6a.

New General Partners:

Kathryn Curtiss, 16222 Monterey Lane, Huntington Beach, CA 92649

Chris Houser, 16222 Monterey Lane, Huntington Beach, CA 92649

2088/003708-0001
12309622.1 a05/01/18

1984 1530 0148

**EXHIBIT B**
**TO LP-2 OF**
**HOUSER BROS. CO.**

Signing this document affirms under penalty of perjury that the stated facts are true.

_____          5/2/18
Craig Houser, General Partner      Date

_____          5/2/18
Kathryn Curtiss, General Partner    Date

_____          5/2/18
Chris Houser, General Partner      Date

2088003708-0001
12309622.1 a05/01/18

-2-

198415300148

| **LP-2** | **Amendment to Certificate of Limited Partnership (LP)** | **FILE** |
|---|---|---|

To change information of record for your LP, fill out this form, and submit for filing along with:

- A **$30** filing fee.

- A separate, non-refundable **$15** service fee also must be included, if you drop off the completed form.

Items 3–7: **Only** fill out the information that is changing. Attach extra pages if you need more space or need to include any other matters.

**Secretary of State**
**State of   alifornia**

**04/29/2021**

Filing   ate

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.

① **LP's Entity No.** (issued by CA Secretary of State)
198415300148

② **LP's Exact Name** (on file with CA Secretary of State)
Houser Bros. Co.

**New LP Name**
③ _____

*Proposed New LP Name*   The new LP name: **must** end with: "Limited Partnership," "LP," or "L.P.," and **may not** contain "bank," "insurance," "trust," "trustee," incorporated," "inc.," "corporation," or "corp." The name cannot be likely to mislead the public and must be distinguishable in the records from other LPs of record or reserved with the California Secretary of State.

**New LP Addresses**
④ a. _____
*Street Address of Designated Office in CA*          *City (no abbreviations)*   **CA** *State*   *Zip*

b. _____
*Mailing Address of LP, if different from 4a*          *City (no abbreviations)*   *State*   *Zip*

**New Agent/Address for Service of Process** (The agent must be a CA resident or qualified 1505 corporation in CA.)
⑤ a. _____
*Agent's Name*

b. _____
*Agent's Street Address (if agent is **not** a corporation)*          *City (no abbreviations)*   **CA** *State*   *Zip*

**General Partner Changes**
⑥ a. New general partner: _____
*Name*          *Address*          *City (no abbreviations)*   *State*   *Zip*

b. Address change: _____
*Name*          *New Address*          *City (no abbreviations)*   *State*   *Zip*

c. Name change: Old name: _____   New name: _____

d. Name of dissociated general partner: Chris Houser & Kathryn Curtiss

**Dissolved LP** (Either check box a **or** check box b and complete the information. Note: To terminate the LP, also file a Certificate of Cancellation (Form LP-4/7), available at www.sos.ca.gov/business/be/forms.)
⑦ a. ☐ The LP is dissolved and wrapping up its affairs.

b. ☐ The LP is dissolved and has no general partners. The following person has been appointed to wrap up the affairs of the LP: _____
*Name*          *Address*          *City (no abbreviations)*   *State*   *Zip*

**Read and sign below:** This form must be signed by (1) at least one general partner; (2) by each person listed in item 6a; <u>and</u> (3) by each person listed in item 6d **if** that person has not filed a Certificate of Dissociation (Form LP-101). If item 7b is checked, the person listed must sign. If a trust, association, attorney-in-fact, or any other person not listed above is signing, go to www.sos.ca.gov/business/be/filing-tips for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this amendment. Signing this document affirms under penalty of perjury that the stated facts are true.

▶ SEE EXHIBIT A                    SEE EXHIBIT A                    SEE EXHIBIT A
*Sign here*                         *Print your name here*            *Date*

_____                    _____                 _____
*Sign here*                         *Print your name here*            *Date*

Make check/money order payable to: **Secretary of State**
Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

**EXHIBIT A**
**TO LP-2 OF**
**HOUSER BROS. CO.**

Signing this document affirms under penalty of perjury that the stated facts are true.

_____
Craig Houser, General Partner

_4/28/2021_
Date

Dissociated General Partners

_____
Chris Houser, Limited Partner

_4/28/2021_
Date

_____
Kathryn Curtiss, Limited Partner

_4/28/2021_
Date

198415300148

90

Shari L. Freidenrich, CPA
Orange County Treasurer - Tax Collector

**2017-18 SECURED PROPERTY TAX BILL**

For Fiscal Year Beginning July 1, 2017 and Ending June 30, 2018

#BWNLBHV *********AUTO**5-DIGIT 92649
#9376 3053 2017 4#

HOUSER BROS CO
GALLIAN JAMIE L
4476 ALDERPORT DR UNIT 53
HUNTINGTON BEACH CA 92649-2288

## DID YOU KNOW?

Don't wait in line, pay online at ocgov.com/octaxbill, receive same day credit and an emailed receipt. There is no cost to pay by eCheck! Also, due to construction, parking at the Civic Center is not close to our office.

Mailed payments must have a USPS postmark on or before the delinquent date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely.

Sign up to receive a due date reminder email at ocgov.com/taxreminder.

**PROPERTY LOCATION**

4476 ALDERPORT 53 HUNTINGTON BEACH



**OWNER OF RECORD AS OF 12:01 AM JANUARY 1, 2017**

HOUSER BROS CO
GALLIAN, JAMIE L

**ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2017**

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| LAND | 193,858 | |
| IMPROVEMENTS - BUILDING | 115,559 | |
| TOTAL VALUES: | 309,417 | 3,752.48 |
| TOTAL NET TAXABLE VALUE: | 309,417 | 3,752.48 |

| PARCEL NO. (APN) | TAX RATE AREA | 1ST INSTALLMENT DUE 11/01/17 | 2ND INSTALLMENT DUE 2/01/18 | 10 PAY BOTH INSTALLMENTS BY 12/11/17 |
|---|---|---|---|---|
| 937-630-53 | 04-007 | $1,876.24 + | $1,876.24 = | $3,752.48 |

## IMPORTANT INFORMATION

If you sold this property or no longer own it, you can disregard this bill. Property taxes are the responsibility of the new owner. Contact the Office of the Assessor at (714) 834-2727 regarding ownership changes.

LOCATED ON AP 178-771-03

**DETAIL OF TAXES COMPUTED AND SPECIAL ASSESSMENTS**

| AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 309,417 | 3,094.16 |
| COAST COMM COLLEGE DIST | .03145 | 309,417 | 97.31 |
| OCEAN VIEW SD 2016, SR 2017A | .02703 | 309,417 | 83.63 |
| HUNTINGTON BCH UNION HS | .02403 | 309,417 | 74.35 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 309,417 | 46.42 |
| METRO WATER D-MWDOC | .00350 | 309,417 | 10.83 |
| | | | |
| SPECIAL ASSESSMENT CHARGES | | PHONE NO. | |
| MOSQ,FIRE ANT ASSMT | | (800)273-5167 | 4.03 |
| VECTOR CONTROL CHG | | (800)273-5167 | 0.67 |
| MWD WATER STDBY CHG | | (866)807-6864 | 10.08 |
| OCSD SEWER USER FEE | | (714)593-7281 | 331.00 |
| | | | |
| TOTAL CHARGED | 1.10101 | | 3,752.48 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBSITE AT OCGOV.COM/OCTAXBILL

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN YOUR PORTION FOR YOUR RECORDS - IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT.

Shari L. Freidenrich, CPA
**Orange County Treasurer – Tax Collector**
P.O. BOX 1438 • Santa Ana, CA 92702-1438
625 N. Ross Street, Building 11, Room G58, Santa Ana
Office Hours: 8:00 AM–5:00 PM Monday – Friday
Phone Hours: 9:00 AM–5:00 PM (714) 834-3411
ocgov.com/octaxbill

**INTERNET COPY**

**DID YOU KNOW?**

Sign up to receive a text/email due date reminder at *ocgov.com/taxreminder*

Pay online at *ocgov.com/octaxbill* to receive same day credit, no service fee by eCheck and an emailed receipt.

Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely.

Major construction has eliminated close parking to our office - please pay online!

## 2018–19 SECURED PROPERTY TAX BILL

For Fiscal Year Beginning July 1, 2018 and Ending June 30, 2019
SECURED SECURED ROLL—— TAX COLLECTED
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE
ONLINE PER CA GOV CODE §6254.21

**PROPERTY LOCATION**

4476 ALDERPORT 53 HUNTINGTON BEACH

| ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2018 | | |
|---|---|---|
| DESCRIPTION | FULL VALUE | COMPUTED TAX |
| LAND | 197,735 | |
| IMPROVEMENTS - BUILDING | 121,658 | |
| TOTAL VALUES: | 319,393 | 3,853.78 |
| HOMEOWNER EXEMPTION | -7,000 | -76.78 |
| TOTAL NET TAXABLE VALUE: | 312,393 | 3,777 |

**OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2018**

ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21

## CORRECTED SECURED TAX BILL

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/18 | | 2nd Installment DUE 2/1/19 | | TO PAY BOTH INSTALLMENTS BY 10/10/18 |
|---|---|---|---|---|---|---|
| 937-630-53 | 04-007 | $1,888.50 | + | $1,888.50 | = | $3,777.00 |

### IMPORTANT INFORMATION

If you sold this property or no longer own it, you can disregard this bill. Property taxes are the responsibility of the new owner. Contact the Office of the Assessor at (714) 834-2727 regarding ownership changes.

Enrollment date 10/04/18.

ORDER # REVISION 01 DATE 08/30/18 2018 CORRECTION OF ASSESSOR ASMNT INFO

Corrected Billing

FP04-453 (0/98)

| FILTER APPROVED BONDS AND SPECIAL ASSESSMENTS | | | |
|---|---|---|---|
| SERVICE AGENCY | RATE | VALUE | TAXES |
| BASIC LEVY RATE | 1.00000 | 312,393 | 3,123.93 |
| COAST COMM COLLEGE DIST | .03052 | 312,393 | 95.34 |
| OCEAN VIEW SD 2016, SR 2017A | .02404 | 312,393 | 75.10 |
| HUNTINGTON BCH UNION HS | .02388 | 312,393 | 74.60 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 312,393 | 46.86 |
| METRO WATER D-MWDOC | .00350 | 312,393 | 10.93 |
| SPECIAL ASSESSMENT CHARGES | | PHONE NO. | |
| MOSQ-FIRE ANT ASSMT | | (800)273-5167 | 4.49 |
| VECTOR CONTROL CHG | | (800)273-5167 | 0.67 |
| MWD WATER STDBY CHG | | (866)807-6864 | 10.08 |
| OCSD SEWER USER FEE | | (714)593-7281 | 335.00 |
| TOTAL CHARGED | 1.09694 | | 3,777.00 |

**FOR DETAILS OF TAX TYPES, VISIT OUR WEBSITE AT OCGOV.COM/OCTAXBILL**

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN TOP PORTION FOR YOUR RECORDS – IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

---

DETACH AND MAIL STUB WITH 2ND INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER |
|---|---|
| 937-630-53 | 04/10/19 |

ASSESSEE:

ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**INTERNET COPY**

## ORANGE COUNTY 2018-19 PROPERTY TAX

Pay taxes online by eCheck or by credit card


Scan the code to view and pay
your specific parcel online
ocgov.com/octaxbill

**Second Installment**
**DUE FEB 1, 2019** 2

**$1,888.50**

AMOUNT DUE AFTER 4/10/19 (INCLUDES 10% PENALTY + $23 COST)    $2,100.35

01937630530000120180204101900001888500701190000210035000000000000000008

---

DETACH AND MAIL STUB WITH 1ST INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER | TO PAY BOTH INSTALLMENTS BY DEC. 10 |
|---|---|---|
| 937-630-53 | 12/10/18 | $3,777.00 |

ASSESSEE:

ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**INTERNET COPY**

## ORANGE COUNTY 2018-19 PROPERTY TAX

Pay taxes online by eCheck or by credit card


Scan the code to view and pay
your specific parcel online
ocgov.com/octaxbill

**First Installment**
**DUE NOV 1, 2018** 1

**$1,888.50**

AMOUNT DUE AFTER 12/10/18 (INCLUDES 10% PENALTY)    $2,077.35

01937630530000120180112101800001888500701190000207735000000000000000005

**RECORDING REQUESTED BY:**

Mr. Randy Nickel
4476 Alderport Drive
Huntington Beach, CA 92649

**MAIL TAX STATEMENTS TO:**

Mr. Randy Nickel
4476 Alderport Drive.
Huntington Beach, CA 92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 96.00
* $ R 0 0 1 0 4 6 6 0 2 6 $ *
2018000395579 2:35 pm 10/31/18
227 415 A34   5
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

Lease from Present to 2059

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW  FOR ADDITIONAL SECURITY FEATURES SEE BACK

| 0000515 | 11-24 | | |
|---|---|---|---|
| Office AU # | 1210(8) | **CASHIER'S CHECK** | 0051500779 |

Remitter:   RANDALL L NICKEL
Operator I.D.:   u509203      u372234

October 31, 2018

PAY TO THE ORDER OF   ***JAMIE L. GALLIAN***

***One hundred forty thousand dollars and no cents***           **$140,000.00**

Payee Address:
Memo:

WELLS FARGO BANK, N.A.
535 N MCKINLEY ST
CORONA, CA 92879
FOR INQUIRIES CALL (480) 394-3122

_____
AUTHORIZED SIGNATURE

VOID IF OVER US $ 140,000.00
_____
AUTHORIZED SIGNATURE

⑈0051500779⑈ ⑆121000248⑆486 505303⑈

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE** ◯      **CASHIER'S CHECK**      282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**Remitter:**   RANDY NICKEL        Date   10/31/2018   Void after 7 years   1141939618   91-2 / 1221

**Pay To The Order Of:**   JAMIE L. GALLIAN

**Pay:**   TWO HUNDRED THIRTY NINE THOUSAND
DOLLARS AND 00 CENTS

$** 239,000.00 **

Do not write outside this box

Memo:_____
Note: For information only. Comment has no effect on bank's payment.

Drawer:  **JPMORGAN CHASE BANK, N.A.**

_Sol Gindi_

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1141939618⑈ ⑆122100024⑆ 806002234⑈

93

**RECORDING REQUESTED BY:**

Mr. Randy Nickel
4476 Alderport Drive
Huntington Beach, CA 92649

**MAIL TAX STATEMENTS TO:**

Mr. Randy Nickel
4476 Alderport Drive.
Huntington Beach, CA 92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

96.00

* $ R 0 0 1 0 4 4 6 0 2 6 $ *

2018000395579 2:35 pm 10/31/18

227 415 A34   5
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

Lease from Present to 2059

---

**TITLE OF DOCUMENT:**        **ASSIGNMENT OF CONDOMINIUM SUBLEASE**

IT
3
K
N
CC

WHEN RECORDED MAIL TO:
(Assignee's Name & Address)
**MR. RANDALL L. NICKEL**
**4476 ALDERPORT DRIVE**
**HUNTINGTON BEACH, CA 92649**

Mail tax statements to:
**MR. RANDALL L NICKEL**
**4476 ALDERPORT DRIVE**
**HUNTINGTON BEACH, CA 92649**

_____

(Space Above this Line for Recorder's Use)

## ASSIGNMENT OF GROUND LEASE & CONDOMINIUM SUBLEASE

No Consideration. Term of Lease Less Than 99 years.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as
Tenant,** entered into that certain **GROUND LEASE** also known as the **MASTER LEASE dated October
19, 1979**, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk
Recorder in Book 13424, Page 499 inclusive.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as
Tenant,** entered into that certain **PARTIAL CANCELLATION OF MASTER LEASE dated November 7, 1980**
for that certain **MASTER LEASE dated October 19, 1979**; recorded in the Office of the Orange County,
California Clerk Recorder in Book 13424, Pg(s) 1253-1255, **\*\*Instrument No. 8691**.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as
Tenant,** entered into that certain **SUBLEASE dated October 19, 1979**, a Short Form Memorandum
recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Page 504,
inclusive, with respect to those portions of Lots 1 and 2 of Tract No. 10542 in the City of Huntington
Beach, California as shown on Miscellaneous Map(s) recorded in Book 456, Page(s) 49 and 50, in the
Office of the Orange County, California Clerk Recorder.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as
Tenant,** entered into a **PARTIAL CANCELLATION OF SUBLEASE dated October 19, 1979;** for that
certain SUBLEASE dated November 7, 1980, a Short Form Memorandum recorded in the Office of the
Orange County, California Clerk Recorder in Book 13824, Pg(s) 1256-1258, with respect to those portions
of Lots 1 and 2 of Tract No. 10542 in the City of Huntington Beach, California recorded in Book 456,
Page(s) 49 and 50 of Miscellaneous Maps, in the Office of the Orange County, California Clerk Recorder,
**\*\*Instrument No. 8692;**

**WHEREAS**
         **For valuable consideration, receipt of which is hereby acknowledged, the undersigned
JAMIEL GALLIAN, hereby transfers and assigns to RANDALL L NICKEL, a married man, as his
sole and separate property** all right, title and interest of the undersigned, as Tenant, in and under that
certain **MASTER LEASE/ Ground Lease, dated November 7, 1980**, recorded in the Office of the
Orange County, California Clerk Recorder in Book 13824, Pg(s) 1259-1273, **\*\*Instrument No. 8693;**

1

**JAMIE L GALLIAN,** hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property,** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE, dated August 1, 1980,** by and between ROBERT P. WARMINGTON, as Landlord, and **JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANT,** recorded on November 7, 1980, Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1274-1290, **\*\*Instrument No. 8694;**

As amended by the **FIRST AMENDMENT TO CONDOMINIUM SUBLEASE** effective January 1, 2003, recorded in the Office of the Orange County, California Clerk Recorder as Document No. 2003-001044770 on August 28, 2003.

**JAMIE L GALLIAN,** hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONVEYANCE OF REMAINDER INTEREST, dated November 7, 1980,** recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1291-1293, **\*\*Instrument No. 8695;**

**JAMIE L GALLIAN,** hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property,** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE (SHORT FORM – MEMORANDUM AND GRANT DEED, dated November 7, 1980,** recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1294-1298, **\*\*Instrument No. 8696.**

DATED: _10/31/18_ _____        _____

**ASSIGNOR JAMIE L GALLIAN**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ORANGE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _10/31/2018_ , before me, _Paul Dyer, Notary Public_

Personally appeared _Jamie L Gallian_ ,

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to

the within instrument and acknowledged to me that she executed the same in her authorized

capacity, and that by her signature on the instrument the person, or the entity upon behalf of which

the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing

paragraph is true and correct.

WITNESS my hand and official seal.

PAUL DYER
Notary Public – California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

_____
**Signature of Notary Public**

**(This space for Notary Seal)**

2

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

### ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby Accepts said Assignment and hereby agrees with for the benefit of the Master Lessor, Sublessor/Landlord, Tenant and under the Original Condominium Sublease commonly referred to throughout this document as "Condominium Sublease", described in said Assignment, to keep, perform and be bound by all the terms, covenants and conditions contained in said Condominium Sublease and as amended by the First Amendment to Condominium Sublease on the part of the Master Lessor, Sublessor/Landlord and Condominium Sublease Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the Original Condominium Sublease Tenant there under.

Assignee agrees to pay Sublessor/Landlord a late fee equal to 6% of any rent or other payment due under the Condominium Sublease, which is not received by Sublessor/Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and costs incurred by Landlord to collect rent or other payment under the Condominium Sublease or to otherwise enforce Sublessor/Landlord rights under the Condominium Sublease.

DATED: _10·31·18_                           _____

**ASSIGNEE RANDALL L. NICKEL**


STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF ORANGE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _10/31/2018_ before me, _Paul Dyer, Notary Public_,

Personally appeared _Randall L. Nickel_,

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____        (This space for Notary Seal)

**Signature of Notary Public**

PAUL DYER
Notary Public – California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

3

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
Manufactured Home

Decal No: **LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | | DOM | | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|
| 90002 | SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| Issued | Total Fees Paid |
|---|---|
| Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

## IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 8169431

NOV 1 6 2018

09102014 - 244

98

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _11/1/2018_ at _Huntington Beach_ , _CA_
　　　　　　Date　　　　　　　City　　　　　　　　　　　State

Signature _[signature]_　　　　　　　　　Printed Name _LISA T RYAN_

## SECTION B - RELEASING SIGNATURES

1a. _[signature]_　　　　　　　　　Date of Release _11/1/2018_
　　Releasing Signature of Registered Owner

1b. _[signature]_　　　　　　　　　Date of Release _____
　　Releasing Signature of Registered Owner

2. _[signature]_　　　☒ Release　☐ Retain　*☐ Assign Interest
　　Legal Owner of Record (Must sign and check appropriate box)　(* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _J. Sandcastle Co, LLC_　　　　3c. _____
　　New Registered Owners Name　　　　　　New Registered Owners Name

3b. _____　　　　　　3d. _____
　　New Registered Owners Name　　　　　　New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship　☐ Tenants In Common OR　*☐ Trust/Trustee(s)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND　☐ Community Property　☐ Community Property with Right of Survivorship

4. _16222 Montery Ln #376_　　_Huntington Beach CA 92649_
　　Mailing Address of New Registered Owner　　City/State　　　　　Zip Code

5. _Same as Above_ _____
　　Actual Location Address of Unit　　　City/State　　　　　Zip Code

6. _$225,000 $175,000_　_11-1-18_
　　Purchase Price or check box if Gift-☐　Purchase Date or Transfer Date

7a. _J Sandcastle Co. LLC_ _[signature]_　　_____
　　Signature of New Registered Owners　_3b Managing Member_　Signature of New Registered Owners

7b. _____　　　　7d. _____
　　Signature of New Registered Owners　　　Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____　　8b. _____
　　New Legal Owners Name　　　　　New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship　☐ Tenants In Common OR　*☐ Trust/Trustee(s)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND　☐ Community Property　☐ Community Property with Right of Survivorship

9. _____
　　Mailing Address of New Legal Owner　　　City/State　　　　　Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____　　10b. _____
　　New Junior Lienholder Name　　　　New Junior Lienholder Name

11. _____
　　Mailing Address of New Junior Lienholder　　City/State　　　　Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____
　　Signature of Selling Dealer　　　　Print Dealers Name and Dealer Number

OSP 09 112819

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _Orange_ )

On _November 15, 2018_ before me, _Brandon Vargas, Notary Public_
      Date                              Here Insert Name and Title of the Officer

personally appeared _Lisa Theresa Ryan_
                                 Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

Signature _Brandon V._
                     Signature of Notary Public

Place Notary Seal Above

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Department of Housing and community development certificate of title, section B_
Document Date: _____ Number of Pages: _3_
Signer(s) Other Than Named Above: _____

**State of California**
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento  CA  95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MOBILEHOME OR COMMERCIAL COACH. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

---

**SECTION I.**     **DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | MTV71D3946GB AC74710394GA | Custom Villa |

---

**SECTION II.**     **SALE OR TRANSFER INFORMATION**

For the sum of $ 225,000 ___ the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on 11-1-18 <u>Date of Transfer</u>, my/our right title and interest in the unit described above.

**SECTION III.**     **NAME OF PURCHASER/NEW OWNER:**

Name: J-Sandcastle Co, LLC
Its Manager Jamie L. Gallian

Address: 5782 Pinon Dr.

City: Huntington Bch     State: CA     Zip Code: 92649

**SECTION IV.     CERTIFICATION AND RELEASE**

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On 11/1/2018 <u>Date</u> at Huntington Beach <u>City</u>      CA <u>State</u>

Signature of Sellers: _____  _____  11/15/2018

Printed Name: LISA T RYAN

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 170746 | FOR COURT USE ONLY |
|---|---|---|

NAME: VIVIENNE J ALSTON
FIRM NAME: ALSTON ALSTON & DIEBOLD
STREET ADDRESS: 27201 PUERTA REAL, STE 300
CITY: MISSION VIEJO    STATE: CA    ZIP CODE: 92691
TELEPHONE NO.: 714 556 9400    FAX NO.: 714 556 9500
E-MAIL ADDRESS: valston@aadlawyers.com
ATTORNEY FOR (name): HOUSER BROS. CO.

[X] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

Pursuant to California Government Code § 68150(i), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA  CA  92701
BRANCH NAME: CENTRAL JUSTICE CENTER

Plaintiff: HOUSER BROS. CO.
Defendant: LISA RYAN

CASE NUMBER: 30 2018 01013582 CLUDCJC

| [ ] EXECUTION (Money Judgment) | [X] Limited Civil Case (including Small Claims) |
|---|---|
| WRIT OF [X] POSSESSION OF [ ] Personal Property [ ] SALE [X] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** ORANGE COUNTY
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): HOUSER BROS. CO., a California general partnership dba RANCHO DEL REY MOBILE HOME ESTATES
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   LISA RYAN
   16222 Monterey Lane, Space 376
   Huntington Beach, California 92649

   [ ] Additional judgment debtors on next page

5. **Judgment entered on** (date): 10-18-2018
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ.
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO
11. Total judgment (as entered or renewed) $
12. Costs after judgment (CCP 685.090) $
13. Subtotal (add 11 and 12) $
14. Credits to principal (after credit to interest) $
15. Principal remaining due (subtract 14 from 13) $
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) $
17. Fee for issuance of writ $25.00
18. Total (add 15, 16, and 17) $25.00
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

David H. Yamasaki, Clerk of the Court
Issued on (date): 11/14/2018    Clerk, by _____, Deputy
L. Cuevas

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2016]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

102

EJ-130

| | |
|---|---|
| Plaintiff: HOUSER BROS. CO. | CASE NUMBER: |
| Defendant: LISA RYAN | 30 2018 01013582 CLUDCJC |

21. ☐ Additional judgment debtor *(name, type of legal entity if not a natural person, and last known address):*

22. ☐ Notice of sale has been requested by *(name and address):*

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ Below ☐ On Attachment 23c

24. ☒ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
   a. ☒ Possession of real property: The complaint was filed on *(date):* 8-21-2018
      *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

      (1) ☒ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

      (4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim of Right to Possession was not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

         (a) The daily rental value on the date the complaint was filed was  $36.20

         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. The property is described: ☒ Below ☐ On Attachment 24e

      16222 Monterey Lane, Space 376, Huntington Beach, California 92649

EJ-130 [Rev. January 1, 2016]                **WRIT OF EXECUTION**                     Page 2 of 3

EJ-130

| | |
|---|---|
| Plaintiff: HOUSER BROS. CO.<br>Defendant: LISA RYAN | CASE NUMBER:<br>30 2018 01013582 CLUDCJC |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

EJ-130 [Rev. January 1, 2018]                     **WRIT OF EXECUTION**                                        Page 3 of 3

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF ERROR OR ERASURE

**SECTION I.        DESCRIPTION OF UNIT**

The Decal (License) Number(s) of the unit is: _____ LBM1081 _____

The Trade Name of the unit is: _____ Custom Villa _____

The Serial Number(s) of the unit is: _____ ACNV710394 GB / GA _____

**SECTION II.        STATEMENT OF ERROR**

The name or information appearing on, erased from, crossed through or whited-out on line _____ 6 _____

or other area of the _____ CERT OF TITLE _____

*Enter name of document or form*

was entered in error and has no bearing on the ownership of the unit. The name or information should not be part of

the ownership record.

In the space provided below, enter the reason for the error or erasure:

The correct purchase price should be $175,000 due to satisfying TAX Clearance Certificate 17-18, 18-19, APP 2000 abstract judgement, past due Ground Rent + Fees, Costs, already paid before application of fee waiver.

**SECTION III.        CERTIFICATION**

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ Nov. 16, 2018 _____ at _____ Riverside CA _____
            *Date*                              *City*                    *State*

Signature _____ J Sandcastle Co, LLC _____ Anna L Sheller Its Manager

Address _____ 16222 Monterey Lane # 376 Huntington Beach CA 92649 _____
        *Address or P.O. Box*              *City*              *State*   *Zip*

HCD 475.6 (Rev. 11/14)

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Lisa Ryan<br><br>16222 Monterey Lane Space 376<br>Huntington Beach, CA 92649 | **Orange County Sheriff's Office**<br>**Sheriff's Civil Division**<br>**Suite 2**<br>**909 N. Main Street**<br>**Santa Ana, CA 92701** |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>**Orange County Superior Court**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701**<br>**Central Justice Center** | **(714) 569-3700**<br>**Fax: (714) 569-2368**<br><br>**California Relay Service Number**<br>**(800) 735-2929 TDD or 711** |
| PLAINTIFF:<br>**Houser Bros Co**<br>DEFENDANT:<br>**Lisa Ryan** | COURT CASE NO.<br><br>**30 2018 01013582 CLUDCJC** |
| **Notice to Vacate** | LEVYING OFFICER FILE NO.:<br><br>**2018517508** |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | **16222 Monterey Lane Space 376**<br>**Huntington Beach, CA 92649** |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| **Final notice is hereby given that possession of the property must be turned over to the landlord on or before:** | **Monday, December 03, 2018 6:01 AM** |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.



**Sandra Hutchens**
**Sheriff-Coroner**

By: _____

Sheriff's Authorized Agent

CPM Form 8.32
11/30/2009 (Revised)

**Original**

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jamie Gallian
714-321-3449

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649
USA

**DOCUMENT NUMBER: 76027940003**
**FILING NUMBER: 19-7691916827**
**FILING DATE: 01/14/2019 09:10**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME J-SANDCASTLE CO LLC | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 16222 MONTEREY LN #376 | CITY HUNTINGTON BEACH | STATE CA | POSTAL CODE 92649 | COUNTRY USA |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME J-Pad, LLC - CA SOS Entity No. 201804010750 | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 2702 N GAFF ST | CITY ORANGE | STATE CA | POSTAL CODE 92865 | COUNTRY USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
LOCATED ON PROPERTY RECORDED IN ORANGE COUNTY CLERK RECORDERS OFFICE IN CALIFORNIA PARCEL MAP RECORDED IN BOOK 108, PG(S) 47-48.

ASSESSORS PARCEL NUMBER 891-569-62
SERIAL NUMBERS AC7V710394GB, AC7V710394GA; DECAL NUMBER LBM1081

---

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

| **6a.** Check <u>only</u> if applicable and check <u>only</u> one box: | **6b.** Check <u>only</u> if applicable and check <u>only</u> one box: |
|---|---|
| ☐ Public-Finance Transaction  ☑ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

---

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual
Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME | |
|---|---|
| J-SANDCASTLE CO LLC | |

OR

| 9b. INDIVIDUAL'S SURNAME | |
|---|---|
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INTITAL(S) | SUFFIX |

**DOCUMENT NUMBER: 76027940003**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 10b. INDIVIDUAL'S SURNAME | | | | | |
|---|---|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| GALLIAN | JAMIE | LYNN | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 16222 MONTEREY LANE #376 | HUNTINGTON BEACH | CA | 92649 | USA |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**FILING OFFICE COPY**



**Secretary of State
Amendment to Articles of
Organization of a
Limited Liability Company (LLC)**

**LLC-2**

**FILED** $C^{SD}$
Secretary of State
State of California

**OCT 19 2018**

$W\epsilon_J$

IMPORTANT — *Read Instructions* before completing this form.

Filing Fee  –  $30.00

Copy Fees  –  First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

**Note:** You must file a Statement of Information (Form LLC-12), to change the
business address(es) of the LLC or to change the name or address of the LLC's
manager(s) and/or agent for service of process, which can be filed online at
*bizfile.sos.ca.gov.*

$Icc$      *Above Space For Office Use Only*

**1. LLC Exact Name** (Enter the exact name on file with the California Secretary of State.)

J-Pad, LLC

**2. LLC 12-Digit Entity (File) Number** (Enter the exact 12-digit Entity (File) Number issued by the California Secretary of State.)

201804010750

**3. New LLC Name (If Amending)** (*See Instructions* – List the proposed LLC name exactly as it is to appear on the records of the California
Secretary of State.)

**4. Management (If Amending)** (Select **only** one box)

The LLC will be managed by:

[ ] One Manager     [✓] More than One Manager     [ ] All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement.)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company
may be organized under the California Revised Uniform Limited Liability Company Act.

**6. Additional Amendment(s)** set forth on attached pages, if any, are incorporated herein by reference and made part of this
Form LLC-2. (All attachments should be 8½ x 11, one-sided, legible and clearly marked as an attachment to this form LLC-2.)

**Signature**

By signing, I certify that the information is true and correct and that I am authorized by California law to sign.

_____
Sign here

Anthony Calderon
_____
Print your name here

LLC-2 (REV 11/2017)

2017 California Secretary of State

109

# ATTACHMENT
## TO CERTIFICATE OF AMENDMENT to ARTICLES of ORGANIZATION of a LIMITED LIABILITY COMPANY (LLC)
### (FORM LLC –2)

## J-PAD, LLC

11.    I certify under penalty of perjury that the contents of this Document are true. I declare I am the person who executed this instrument, which execution is my act and deed.

Signature of Authorized Person:

ANTHONY CALDERON, Manager of J-Pad, LLC

2018 04010 750



**Secretary of State
Statement of Information**
(Limited Liability Company)

| LLC-12 |
|---|

19-A19184

# FILED

In the office of the Secretary of State
of the State of California

JAN 15, 2019

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

J-PAD, LLC.

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201804010750 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>16222 Monterey Lane #376 | Huntington Beach | CA | 92649 |
| b. Mailing Address of LLC, if different than Item 4a<br>16222 Monterey Lane #376 | Huntington Beach | CA | 92649 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>16222 Monterey Lane #376 | Huntington Beach | CA | 92649 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| J-Sandcastle Co, LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16222 Monterey Lane #376 | Huntington Beach | CA | 92649 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Jamie | L | Gallian | |

| b. Street Address (if agent is not a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16222 Monterey Lane #376 | Huntington Beach | CA | 92649 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Residential Investments |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Jamie | Lynn | Gallian | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16222 Monterey Lane #376 | Huntington Beach | CA | 92649 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 01/15/2019 | Jamie L Gallian | Its Member | *[signature]* |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

| LLC-12 |

**19-A78778**

# FILED

In the office of the Secretary of State
of the State of California

FEB 26, 2019

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

J-PAD, LLC.

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201804010750 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>16222 Monterey Ln 376 | Huntington Beach | CA | 92649 |
| b. Mailing Address of LLC, if different than Item 4a<br>16222 Monterey Ln 376 | Huntington Beach | CA | 92649 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>16222 Monterey Ln 376 | Huntington Beach | CA | 92649 |

**5. Manager(s) or Member(s)**   If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a |
|---|
| J-Sandcastle Co, LLC |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16222 Monterey Ln 376 | Huntington Beach | CA | 92649 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** — Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation)<br>Steven | Middle Name | Last Name<br>Gallian | Suffix |
|---|---|---|---|

| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 821 W 16th Street | Costa Mesa | CA | 92663 |

**CORPORATION** — Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Residential Investments |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 02/26/2019 | Jamie I Gallian | Its Member | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈                              ⌉

Company:

Address:

City/State/Zip: ⌊                              ⌋

112

| **Attachment to**<br>**Statement of Information**<br>(Limited Liability Company) | **LLC-12A**<br>**Attachment** | 19-A78778 |
|---|---|---|

**A.  Limited Liability Company Name**

J-PAD, LLC.

This Space For Office Use Only

| **B.  12-Digit Secretary of State File Number** | **C.  State or Place of Organization** (only if formed outside of California) |
|---|---|
| 201804010750 | CALIFORNIA |

**D.  List of Additional Manager(s) or Member(s) -** If the manager/member is an individual, enter the individual's name and address.  If the manager/member is an entity, enter the entity's name and address.  Note:  The LLC cannot serve as its own manager or member.

| First Name | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| Entity Name<br>Jamie L Gallian | | | | |
| Address<br>16222 Monterey Ln 376 | City (no abbreviations)<br>Huntington Beach | | State<br>CA | Zip Code<br>92649 |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |

113



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

21-B17204

**FILED**

In the office of the Secretary of State
of the State of California

MAR 02, 2021

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

---

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

J-PAD, LLC.

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201804010750 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>16222 Monterey Lane | Huntington Beach | CA | 92649 |
| b. Mailing Address of LLC, if different than item 4a<br>16222 Monterey Lane | Huntington Beach | CA | 92649 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>16222 Monterey Lane | Huntington Beach | CA | 92649 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| RONALD | J | PIERPONT | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16222 MONTEREY LN. #376 | HUNTINGTON BEACH | CA | 92649 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Steven | A | Fink | Steve |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13 Corporate Plaza Dr. Ste.150 | Newport Beach | CA | 92660 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
RESIDENTIAL MANAGEMENT

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Robert | L | McLelland | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 16222 Monterey Ln #376 | Huntington Beach | CA | 92649 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 03/02/2021 | ROBERT MCLELLAND | *Robert J M. Lelland* | CEO | *Robert McLelland* |
|---|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 2

2017 California Secretary of State
www.sos.ca.gov/business/be

| Attachment to<br>**Statement of Information**<br>(Limited Liability Company) | **LLC-12A<br>Attachment** | **21-B17204** |
|---|---|---|

**A.   Limited Liability Company Name**

J-PAD, LLC.

This Space For Office Use Only

| **B.   12-Digit Secretary of State File Number**<br>201804010750 | **C.   State or Place of Organization** (only if formed outside of California)<br>CALIFORNIA |
|---|---|

**D.   List of Additional Manager(s) or Member(s)** - If the manager/member is an individual, enter the individual's name and address.   If the manager/member is an entity, enter the entity's name and address.  Note:  The LLC cannot serve as its own manager or member.

| First Name<br>JAMIE | Middle Name<br>L | Last Name<br>GALLIAN | | Suffix |
|---|---|---|---|---|
| Entity Name | | | | |
| Address<br>16222 MONTEREY LN #376 | City (no abbreviations)<br>HUNTINGTON BEACH | | State<br>CA | Zip Code<br>92649 |
| First Name<br>ROBERT | Middle Name | Last Name<br>MCLELLAND | | Suffix |
| Entity Name | | | | |
| Address<br>16222 MONTEREY LN #376 | City (no abbreviations)<br>HUNTINGTON BEACH | | State<br>CA | Zip Code<br>92649 |
| First Name<br>STEVEN | Middle Name | Last Name<br>GALLIAN | | Suffix |
| Entity Name | | | | |
| Address<br>16222 MONTEREY LN #376 | City (no abbreviations)<br>HUNTINGTON BEACH | | State<br>CA | Zip Code<br>92649 |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |
| First Name | Middle Name | Last Name | | Suffix |
| Entity Name | | | | |
| Address | City (no abbreviations) | | State | Zip Code |

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM 05/29/2014 | DFS 07/28/2014 | RY |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | | | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 | |
| AC7V710394GA | PFS1130282 | | | | | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

RETURN SERVICE REQUESTED

DEPARTMENT OF HOUSING AND
COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION & TITLING SECTION
P.O. BOX 1828
SACRAMENTO, CA 95812-1828

IMPORT.
THE OWNER INFORMATION SHOWN ABOVE MAY N(
DEPARTMENT OF HOUSING AND COMMUNITY DEVEL
CURRENT TITLE STATUS OF THE UNIT MAY BE (

DTN: 10670236

 **Web Pay**



# Confirmation

We recommend you print or save a copy of this page even if you requested an email confirmation. The page expires in 20 minutes.

Confirmation Number
**6276605948**

Date Request Made
**2/12/2022 2:07:44 PM**

## Contact Information

Taxpayer's Social Security Number
**\*\*\*\*\*3936**
Name
**Jamie L Gallian**
Address
**16222 Monterey Ln.**
**Huntington Beach CA, 92649**
Telephone Number
**7143213449**

## Payment Information

Payment Type
**Proposed Assessment**
Tax Year
**2018**
Payment Amount
$764.06
Payment Date
2/12/2022

## Bank Information

Routing Number
**271081528**
Bank Name
**ALLIANT CREDIT UNION**
Account Number
**\*\*\*\*\*270556018**
Account Type
**Checking**

**Your bank account:** Allow up to 2 business days from the payment date for your bank account to reflect your payment. To confirm your payment has been cleared, review your bank account statement or contact your bank.

To cancel a Web Pay request, you must contact us at least two business days prior to the requested payment date. For further assistance, call:

Cancellation requests only
916.845.0353
Monday through Friday
8 a.m. – 5 p.m.



APRIL 26, 2023

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH CA 92649

RE: UNITED AIRLINES FLIGHT ATTENDANT 401(K) PLAN
Request Number: W384770-26APR23

Thank you for your recent contact with Fidelity Investments ("Fidelity") regarding your UNITED
AIRLINES FLIGHT ATTENDANT 401(K) PLAN ("the Plan").

Fidelity Investments Institutional Operations Company, LLC. ("Fidelity") provides administrative record
keeping services to the UNITED AIRLINES FLIGHT ATTENDANT 401(K) PLAN ("the Plan"). These
services are based on administrative procedures established by the Plan sponsor, UNITED AIRLINES.

Please find enclosed the documents you requested.

Additional information including plan documents and your account details are available online at
www.netbenefits.com.

Sincerely,


Benefits Specialist


Enclosure:
Requested Documents

*Fidelity Investments Institutional Operations Company, LLC.*
*W384770-26APR23*

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $2,830.78 | OMB No. 1545-0119 **2019** Form 1099-R |

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY KW1C
COVINGTON, KY 41015-1987
90296
UNITED AIRLINES

2a Taxable amount $2,830.78

2b Taxable amount not determined ☐    Total distribution ☐

3 Capital gain (included in box 2a) $0.00    4 Federal income tax withheld $0.00

**Copy B** Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code
PRTAX2E2020010806.42.524947766

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $0.00    6 Net unrealized appreciation in employer's securities $0.00

7 Distribution code(s) 1L    IRA/SEP/SIMPLE    8 Other $0.00 %

9a Your percentage of total distribution %    9b Total employee contributions $    10 Amount allocable to IRR within 5 years $0.00

12 State tax withheld $0.00    13 State/Payer's state no. CA 80275704    14 State distribution $

**This information is being furnished to the Internal Revenue Service.**

Account number (see instructions) 2020010402360422643 6    11 1st year of desig.Roth contrib.    FATCA filing requirement ☐    Date of payment

Form 1099-R    Department of the Treasury - Internal Revenue Service

---

*90296   0000000019R*

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $2,830.78 | OMB No. 1545-0119 **2019** Form 1099-R |

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY KW1C
COVINGTON, KY 41015-1987
90296
UNITED AIRLINES

2a Taxable amount $2,830.78

2b Taxable amount not determined ☐    Total distribution ☐

3 Capital gain (included in box 2a) $0.00    4 Federal income tax withheld $0.00

**Copy C** **For Recipient's Records** This information is being furnished to the Internal Revenue Service.

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $0.00    6 Net unrealized appreciation in employer's securities $0.00

7 Distribution code(s) 1L    IRA/SEP/SIMPLE    8 Other $0.00 %

9a Your percentage of total distribution %    9b Total employee contributions $    10 Amount allocable to IRR within 5 years $0.00

12 State tax withheld $0.00    13 State/Payer's state no. CA 80275704    14 State distribution $

Account number (see instructions) 2020010402360422643 6    11 1st year of desig.Roth contrib.    FATCA filing requirement ☐    Date of payment

Form 1099-R    (keep for your records)    Department of Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $2,830.78 | OMB No. 1545-0119 **2019** Form 1099-R |

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY KW1C
COVINGTON, KY 41015-1987
90296
UNITED AIRLINES

2a Taxable amount $2,830.78

2b Taxable amount not determined ☐    Total distribution ☐

3 Capital gain (included in box 2a) $0.00    4 Federal income tax withheld $0.00

**Copy 2** File this copy with your state, city, or local income tax return, when required.

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $0.00    6 Net unrealized appreciation in employer's securities $0.00

7 Distribution code(s) 1L    IRA/SEP/SIMPLE    8 Other $0.00 %

9a Your percentage of total distribution %    9b Total employee contributions $    10 Amount allocable to IRR within 5 years $0.00

12 State tax withheld $0.00    13 State/Payer's state no. CA 80275704    14 State distribution $

Account number (see instructions) 2020010402360422643 6    11 1st year of desig.Roth contrib.    FATCA filing requirement ☐    Date of payment

Form 1099-R    Department of Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| | | | | |
|---|---|---|---|---|
| PAYER'S TIN<br>04-6568107 | RECIPIENT'S TIN<br>xxx-xx-3936 | 1 Gross distribution<br>$31,922.58 | OMB No. 1545-0119<br>**2020**<br>Form 1099-R | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY    KW1C
COVINGTON, KY   41015-1987
90296              1-800-425-2363
UNITED AIRLINES

2a Taxable amount
$29,030.93

2b Taxable amount not determined ☐    Total distribution ☒

3 Capital gain (included in box 2a)
$0.00

4 Federal income tax withheld
$2,848.94

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code
PRTAX2E2021011308,16,126055564

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums
$2,891.65

6 Net unrealized appreciation in employer's securities
$0.00

7 Distribution code(s)   IRA/SEP/ SIMPLE ☐
2

8 Other
$0.00

9a Your percentage of total distribution   %

9b Total employee contributions $

10 Amount allocable to IRR within 5 years
$0.00

14 State tax withheld
$284.89

15 State/Payer's state no.
CA 80275704

16 State distribution
$

Account number (see instructions)
20210109032105064117

11 1st year of desig.Roth contrib.

12 FATCA filing requirement ☐

13 Date of payment

Form 1099-R

**Copy B**
Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service

*90296    0000000020R*

---

☐ CORRECTED (if checked)

| | | | | |
|---|---|---|---|---|
| PAYER'S TIN<br>04-6568107 | RECIPIENT'S TIN<br>xxx-xx-3936 | 1 Gross distribution<br>$31,922.58 | OMB No. 1545-0119<br>**2020**<br>Form 1099-R | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY    KW1C
COVINGTON, KY   41015-1987
90296              1-800-425-2363
UNITED AIRLINES

2a Taxable amount
$29,030.93

2b Taxable amount not determined ☐    Total distribution ☒

3 Capital gain (included in box 2a)
$0.00

4 Federal income tax withheld
$2,848.94

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums
$2,891.65

6 Net unrealized appreciation in employer's securities
$0.00

7 Distribution code(s)   IRA/SEP/ SIMPLE ☐
2

8 Other
$0.00

9a Your percentage of total distribution   %

9b Total employee contributions $

10 Amount allocable to IRR within 5 years
$0.00

14 State tax withheld
$284.89

15 State/Payer's state no.
CA 80275704

16 State distribution
$

Account number (see instructions)
20210109032105064117

11 1st year of desig.Roth contrib.

12 FATCA filing requirement ☐

13 Date of payment

Form 1099-R        (keep for your records)

**Copy C**
**For Recipient's Records**

This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| | | | | |
|---|---|---|---|---|
| PAYER'S TIN<br>04-6568107 | RECIPIENT'S TIN<br>xxx-xx-3936 | 1 Gross distribution<br>$31,922.58 | OMB No. 1545-0119<br>**2020**<br>Form 1099-R | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY    KW1C
COVINGTON, KY   41015-1987
90296              1-800-425-2363
UNITED AIRLINES

2a Taxable amount
$29,030.93

2b Taxable amount not determined ☐    Total distribution ☒

3 Capital gain (included in box 2a)
$0.00

4 Federal income tax withheld
$2,848.94

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums
$2,891.65

6 Net unrealized appreciation in employer's securities
$0.00

7 Distribution code(s)   IRA/SEP/ SIMPLE ☐
2

8 Other
$0.00

9a Your percentage of total distribution   %

9b Total employee contributions $

10 Amount allocable to IRR within 5 years
$0.00

14 State tax withheld
$284.89

15 State/Payer's state no.
CA 80275704

16 State distribution
$

Account number (see instructions)
20210109032105064117

11 1st year of desig.Roth contrib.

12 FATCA filing requirement ☐

13 Date of payment

Form 1099-R

**Copy 2**
File this copy with your state, city, or local income tax return, when required

Department of the Treasury - Internal Revenue Service

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

5801 Skylab Road Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled (*specify*): <u>Declaration of Jamie Lynn Gallian Request</u>
<u>by Honorable Scott C. Clarkson 4/26/2023, proof of testimony requesting Trustee Goldens hep to obtain funds.</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>05/08/2023</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 7 Trustee  Jeffrey I Golden lwerner@wgllp.com; jig@trusteesolutions.net

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

D. Edward Hays ehays@marshackhays.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/08/2023 | Robert McLelland | *Robert McLelland* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**