FILED
APR 26 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

\#

DO NOT FILE – TO BE ATTACHED TO THE EXHIBITS FOR LODGING

Attorney for Plaintiff/Movant(s): ☒    or    Defendant/Respondent(s): ☐

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>JAMIE LYNN GALLIAN,<br><br>Debtor(s) | Case No.: 8:21-bk-11710-SC<br><br>Adversary No.: 8:21-ap-01097-SC<br><br>Chapter  7 ☒   11 ☐   13 ☐<br><br>**EXHIBIT REGISTER AND NOTICE RE DISPOSITION OF EXHIBITS**<br><br>Hearing Date: ~~February 23, 2023~~ 4-26-23<br><br>Hearing Time: 9:30 a.m.<br><br>Hearing Place: 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff/Movant(s)<br><br>VS.<br><br>JAMIE LYNN GALLIAN<br>Defendant/Respondent(s) | |

## LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

## VOLUME 1 OF 6 BINDERS

| # | Description | Ruling |
|---|---|---|
| 1. | Gables Judgment in the amount of $316,583.59 in favor of the Gables entered 05/06/2019 | Admit |
| 2. | Ryan Complaint filed 08/21/2018, OCSC Case No. 30-2018-01013582-CL-UD-CJC | Admit |
| 3. | Stipulated Judgment filed 10/18/2018, in the Ryan State Court Action | Admit |
| 4. | Ryan Release Form - releasing title of property to J-Sandcastle Co. as of 11/01/2018 [ID] | Admit |
| 5. | Ryan Notice of Sale or Transfer - transfer date 11/01/2018 [ID] | Admit |
| 6. | Application for Residency | Admit |
| 7. | Denial Letter from Rancho Del Rey to Jamie Gallian | Admit |
| 8. | Complaint in the BS Investors Action filed 10/17/2018, OCSC Case No. 30-2018-01024401 | Admit |
| 9. | Docket in BS Investors Action | Admit |
| 10. | Security Agreement and Note between Jamie Gallian and J-Sandcastle [ID] | Admit |

\#
B-3024    * **EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.**
       **EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**
Revised 12/12
4817-8193-5149, v. 1

\#

**LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

## PLAINTIFF'S TRIAL EXHIBITS

| | | |
|---|---|---|
| 11. | Notice to Quit December 2018 | Admit |
| 12. | OCSC Complaint filed 01/02/2019, OCSC Case No. 30-2019-01041423-CL-UD-CJC | Admit |
| 13. | Docket in OCSC Action | Admit |
| 14. | 01/14/2019 UCC Financing Statement - Doc. No. 76027030002 filed against JSC | Admit |
| 15. | 01/14/2019 UCC Financing Statement - Doc. No. 76027040002 filed against JSC **(Part of Exhibit 15 continues in Volume 2)** | Admit |

## **VOLUME 2 OF 6 BINDERS**

| | | |
|---|---|---|
| 15. | 01/14/2019 UCC Financing Statement - Doc. No. 76027040002 filed against JSC **(Part of Exhibit 15 continues in Volume 2)** | Admit |
| 16. | A January 14, 2019, UCC Financing Statement that Debtor filed against JSC, Document No. 76027940003 | Admit |
| 17. | January 14, 2019, UCC Financing Statement that Debtor filed against Craig Houser and Kathryn Curtiss, Document No. 7602794004. | Admit |
| 18. | January 18, 2019, California Department of Housing and Community Development ("HCD") "Title Search" regarding the Property | Admit |
| 19. | July 23, 2020, HCD "Title Search" regarding the Property | Admit |
| 20. | June 7, 2021, HCD "Title Search" regarding the Property | Admit |
| 21. | August 10, 2021, HCD "Title Search" regarding the Property | Admit |
| 22. | September 21, 2021, HCD "Title Search" regarding the Property | Admit |
| 23. | HCD "Correspondence" with Transaction Date November 20, 2018, regarding the Property | Admit |
| 24. | HCD "R/O Transfer – Private Sale" with Transaction Date November 16, 2018, regarding the Property | Admit |

| # | | |
|---|---|---|
| ID 25. | HCD "L/O Assignment" with Transaction Date February 1, 2021, regarding the Property. | Admit |
| ID 26. | HCD "R/O Transfer – No Sale" with Transaction Date July 14, 2021, regarding the Property | Admit |
| ID 27. | HCD "L/O Addition" with Transaction Date August 10, 2021, regarding the Property. | Admit |
| ID 28. | Debtor's Petition and Original Schedules (including Statement of Financial Affairs), filed on July 9, 2021, as BK Docket No. 1 | Admit |
| **VOLUME 3 OF 6 BINDERS** | | |
| ID 29. | Debtor's amended schedules filed on September 7, 2021, as BK Docket No. 15 | Admit |
| ID 30. | Debtor's amended schedules filed on September 22, 2021, as BK Docket No. 16 | Admit |
| 31. | Debtor's amended schedules filed on September 22, 2021, as BK Docket No. 17 | Admit |
| ID 32. | Debtor's amended schedules filed on October 14, 2021, as BK Docket No. 22 | Admit |
| ID 33. | Debtor's amended schedules filed on November 16, 2021, as BK Docket No. 37 | Admit |
| ID 34. | Debtor's amended schedules filed on November 22, 2021, as BK Docket No. 38 | Admit |
| 35. | Debtor's amended schedules filed on November 23, 2021, as BK Docket No. 39 | Admit |
| 36. | Debtor's amended schedules filed on December 1, 2021, as BK Docket No. 42 | Admit |
| ID 37. | Debtor's amended schedules filed on March 11, 2022, as BK Docket No. 72 | Admit |
| ID 38. | Debtor's amended schedules filed on March 15, 2022, as BK Docket No. 75 | Admit |
| **VOLUME 4 OF 6 BINDERS** | | |
| ID 39. | The Exemption Motion filed May 12, 2022, as BK Docket No. 95 | Admit |
| **VOLUME 5 OF 6 BINDERS** | | |
| ID 40. | The Exemption Opposition filed June 1, 2022, as BK Docket 105 | Admit |
| **VOLUME 6 OF 6 BINDERS** | | |
| 41. | The Exemption Reply filed July 7, 2022, as Bk Docket 130-133 | Admit |

| # | | |
|---|---|---|
| ID) 42. | "Declaration of Greg Buysman Re: Motion Objecting to Debtor's Claimed Homestead Exemption," filed on July 7, 2022, as BK Docket No. 132 | Admit |
| XD) 43. | The Employment Application filed July 28, 2022, as BK Docket No. 162 | Admit |
| 44. | The Exemption Order filed August 5, 2022, as BK Docket 177 | Admit |
| 45. | The Complaint filed October 22, 2021, as AP Docket No. 3 | Admit |
| 46. | The Answer filed October 28, 2021, as AP Docket No. 6 | Admit |
| ID) 47. | Proof of Claim No. 4-1 | Admit |
| ID) 48. | Proof of Claim No. 1-2 | Admit |
| ID) 49. | Transcript 341a Meeting of Aug. 18th 2021 | Admit |

#

## NOTICE RE DISPOSITION OF EXHIBITS

NOTICE IS HEREBY GIVEN THAT EXHIBITS PRESENTED TO THE COURT MUST BE WITHDRAWN FROM THE CLERK'S OFFICE AFTER THE EXPIRATION OF THE TIME FOR APPEAL, OR WHERE NO APPEAL IS TAKEN, ENTRY OF A STIPULATION WAIVING OR ABANDONING THE RIGHT TO APPEAL, FINAL DISPOSITION OF THE APPEAL, OR BY ORDER OF THE COURT (LOCAL RULE 9070-1). EXHIBITS MUST BE WITHDRAWN WITHIN THIRTY (30) DAYS OF THIS NOTICE. EXHIBITS WHICH ARE NOT WITHDRAWN SHALL BE DESTROYED.

_____        **KATHLEEN J. CAMPBELL**
Date                             U.S. Bankruptcy Court

                                 By:_____
                                     Deputy Clerk

Disposed of on _____     Deputy Clerk _____

Withdrawn on _____       By: _____

B-3024    * EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.
            EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.
Revised 12/12
152449v1/9999-403
4817-8193-5149, v. 1