| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* HOUSER BROS. CO. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN<br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: 8:21-ap-01097-SC<br>CHAPTER: 7 |
|---|---|
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s).<br>vs.<br>JAMIE LYNN GALLIAN,<br><br><br>Defendant(s). | UNILATERAL ~~JOINT~~ **STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 06/27/2023<br>TIME: 9:30 a.m.<br>COURTROOM: 5C<br>ADDRESS: Ronald Reagan Federal Building and Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 1     **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. <u>**READINESS FOR TRIAL**</u>:

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Trial was held on Plaintiff's Section 727 claims on April 26, 2023. Please see Section G regarding Plaintiff's remaining claims. | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Please see Section G. | |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Discovery is completed. | |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Discovery is completed. | |

C. <u>**TRIAL TIME**</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Please see Section G. | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Please see Section G. | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

|  Plaintiff  |  Defendant  |
|---|---|
| Please see Section G. | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

|  Plaintiff  |  Defendant  |
|---|---|
| Pretrial conference  ☐ is  ☒ is not  requested | Pretrial conference  ☐ is  ☐ is not  requested |
| Reasons: | Reasons: |
| Please see Section G. | |

|  Plaintiff  |  Defendant  |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) _____ | (*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Please see Section G.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   August 19, 2022

3. Do you want this matter sent to mediation at this time?

|  Plaintiff  |  Defendant  |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☐ No |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 3                                   F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's Comments: Trial was held on Plaintiff's Section 727 claims on April 26, 2023. On May 23, 2023, as Docket No. 81, the Court issued a Memorandum Decision finding in favor of Plaintiff and against Defendant pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5). On May 30, 2023, Debtor filed a notice of appeal and election to proceed in District Court (USDC Case No.: 8:23-cv-00961-WLH). Because the Memorandum Decision did not fully resolve all claims in Plaintiff's complaint, the appeal may be interlocutory. If so, the appeal will not be able to proceed at this time.

Plaintiff's Section 523 claims are moot at this time because Debtor's discharge has been denied. But, Plaintiff does not want to dismiss them until the appeal is resolved. In the unlikely event that Debtor is successful on appeal, the Section 523 claims will become ripe and Plaintiff reserve the right to prosecute such claims.To resolve this issue and permit Debtor's appeal to proceed, the Court could enter a judgment on the 727 claims with a Rule 54(b) finding. That would result in a final order which can be appealed. Plaintiff's Section 523 claims could be held in abeyance or the Court can dismiss them without prejudice with an express reservation of jurisdiction to set aside such dismissal if Debtor prevails on her appeal.

A continued status conference is set for July 18, 2023, at 1:30 p.m.. Docket No. 58. Plaintiff respectfully requests that appearances be waived for the the July 18 status conference, with no updated status report required.

Please see also the attached Declaration of D. Edward Hays.

Respectfully submitted,

Date: 06/14/2023                                                                       Date: _____

Marshack Hays LLP
Printed name of law firm                                                    Printed name of law firm

/s/ D. Edward Hays
Signature                                                                              Signature

D. Edward Hays
Printed name                                                                        Printed name

Attorney for: Plaintiff, Houser Bros. Co.                          Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                            Page 4                                            F 7016-1.STATUS.REPORT

## Declaration of D. Edward Hays

I, D. Edward Hays, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5. I am a partner in the law firm of Marshack Hays LLP ("Firm"), attorneys of record for Plaintiff, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros." or "Plaintiff").

6. I make this Declaration regarding Plaintiff's Unilateral Status Report ("USR").

7. On June 13, 2023, my co-counsel, Bradford N. Barnhardt ("Mr. Barnhardt"), circulated a draft of a joint status report to Defendant Jamie Lynn Gallian ("Ms. Gallian") for her signature and execution.

8. Earlier in the day, Ms. Gallian had called me and left a voicemail. I did not receive the message at the time it was left because I was on a flight from California to Montana. Before I found the voicemail, the proposed joint status report was sent by e-mail to Ms. Gallian.

9. After Ms. Gallian did not respond to Mr. Barnhardt's email, I sent her a text message on June 13, 2023, at 4:40 p.m. PST (5:40 p.m. MT) inquiring about the joint status report.

10. On June 13, 2023, later in the evening, I received an email response from Ms. Gallian acknowledging that she had received an email from "Bradley [sic] Barnhardt, Esq."

5

with a joint status report attached which she "did not participate in preparing." Ms. Gallian advised that she would file a separate status report with the Court because I had not met and conferred before preparing the joint status report.

11. On June 14, 2023, I responded to Ms. Gallian by email advising her that there was no requirement for the parties to meet and confer in the preparation of a joint status report. I requested that she add her input to the report and send it back, and my Firm would file it with the Court.

12. A true and correct copy of the email correspondence between my Firm and Ms. Gallian regarding the preparation and filing of the joint status report is attached as **Exhibit 1**.

13. On June 14, 2023, at 10:08 a.m. PST (11:07 a.m. MT), I sent Ms. Gallian a text message consistent with my June 14, 2023, email to her.

14. A true and correct copy of my text message correspondence to Ms. Gallian is attached as **Exhibit 2**.

15. After I sent my June 14, 2023, email and text message, Ms. Gallian's unilateral status report was posted on the docket.

16. Houser Bros. therefore submits this unilateral status report.

17. Should Ms. Gallian reconsider her refusal to provide input on a joint report, we will gladly incorporate her suggested revisions into a joint report and file it with the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2023.

/s/ D. Edward Hays

D. EDWARD HAYS

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Ed Hays |
| **Sent:** | Wednesday, June 14, 2023 9:51 AM |
| **To:** | Jamie Gallian; Bradford N. Barnhardt |
| **Cc:** | Jamie Gallian |
| **Subject:** | Re: Houser Bros. v. Gallian Joint Status Report - Due Today |

Jamie:

There is no requirement for the parties to meet and confer in the preparation of a joint status report. Instead, it's local practice for one side to prepare a draft and send it to the other side for their input. This is what we did. Please add your input to the report and send it back via reply all. We will file it with the court. Thanks.

Ed

---

**From:** Jamie Gallian <jamiegallian@gmail.com>
**Date:** Tuesday, June 13, 2023 at 8:39 PM
**To:** Ed Hays <EHays@MarshackHays.com>, Bradford N. Barnhardt <bbarnhardt@marshackhays.com>
**Cc:** Jamie Gallian <jamiegallian@gmail.com>
**Subject:** Fwd: Houser Bros. v. Gallian Joint Status Report - Due Today

Mr. Hays,

At 12:37 p.m., I telephoned your cell phone, 949-413-7223, to Meet & Confer with you. I left a voice mail message with my call back phone number for you to call me back.

I did not receive a call back from you or your office staff.

However, at 1:32 p.m. I received an email from Bradley Barnhardt, Esq. with an attachment entitled "Joint Status Report" which I did not participate in preparing.

At 4:40 p.m., this afternoon, I received a text message informing my that your office sent the Joint Status Report earlier.

I will file a separate Status Report with the Court, since you did not return my call for the Meet & Confer prior to preparing your JSR.


Sincerely,


Jamie Gallian
714-321-3449
jamiegallian@gmail.com

---------- Forwarded message ---------
From: **Bradford N. Barnhardt** <bbarnhardt@marshackhays.com>
Date: Tue, Jun 13, 2023 at 1:32 PM
Subject: Houser Bros. v. Gallian Joint Status Report - Due Today
To: jamiegallian@gmail.com <jamiegallian@gmail.com>
Cc: Ed Hays <EHays@marshackhays.com>, Laila Masud <LMasud@marshackhays.com>, Layla Buchanan <LBuchanan@marshackhays.com>

Dear Ms. Gallian,

Attached to this email, please find the joint status report for *Houser Bros. v. Gallian*. Please complete your portions of the status report and return a signed copy to us as soon as possible. The filing deadline pursuant to the Court's order is today.

Thank you,

Bradford Barnhardt



2

EXHIBIT 1, PAGE 8

**EXHIBIT 2**





# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 14, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 14, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR AND DEFENDANT (VIA U.S. MAIL AND EMAIL TRANSMISSION)**
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 14, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**