Jamie Lynn Gallian
16222 Monterey Ln. Unit 376
Huntington Beach, CA 92649
(714)321-3449
jamiegallian@gmail.com
Appellant, In Pro Se

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN<br>          Debtor. | Case No.: 8:21-bk-11710-SC<br><br>**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL.**<br><br>Adv. Case No. 8:21-ap-01097-SC<br><br>Chapter 7<br><br>Judge:  SCOTT C. CLARKSON |

TO ALL PARTIES AND ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that appellant hereby designates the following listed documents for the record on appeal.

Dated: 6/21/2023

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN

-1-

| | Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | 1 | 07/09/2021 | Chapter 7 Petition |
| 4 | 12 | 08/18/2021 | Notice of Continued Meeting of Creditors |
| 5 | 19 | 09/22/2021 | Notice of Continued Meeting of Creditors |
| 6 | | | |
| 7 | 21 | 10/7/2021 | Notice of Continued Meeting of Creditors |
| 8 | 25 | 10/15/2021 | Notice of Continued Meeting of Creditors |
| 9 | 30 | 10/18/2021 | Adversary Complaint 8:21-ap-01097 Complaint by Houser Bros Co., a California general partnership to Determine Dischargeability of Debt |
| 10 | 31 | 10/19/2021 | ORDER Approving Stip. Extend Time To The Trustee or United States Trustee File a Complaint Objecting to the Debtor's Discharge under 11 U.S.C. §727 Extended to and Including 11/17/21. |
| 11 | 35 | 11/10/2021 | Notice of Continued Meeting o Creditors |
| 12 | 41 | 12/01/2021 | Notice of Continued Meeting of Creditors |
| 13 | 44 | 12/15/2021 | Notice of Continued Meeting of Creditors |
| 14 | | | |
| 15 | 51 | 01/07/2022 | Notice of Continued Meeting of Creditors |
| 16 | 55 | 01/24/2022 | Notice of Continued Meeting of Creditors |
| 17 | 64 | 02/15/2022 | Notice of Continued Meeting of Creditors |
| 18 | 67 | 02/28/2022 | Notice of Continued Meeting of Creditors |
| 19 | 79 | 03/21/2022 | Notice of Continued Meeting of Creditors |
| 20 | 82 | 04/04/2022 | Notice of Continued Meeting of Creditors |
| 21 | | | |
| 22 | 84 | 04/11/2022 | Notice of Continued Meeting of Creditors |
| 23 | 86 | 04/26/2022 | Notice of Continued Meeting of Creditors |
| 24 | 91 | 05/03/2022 | Meeting of Creditors Held & Concluded |
| 25 | 92 | 05/11/2022 | Trustee Application to Employ General Bankruptcy Counsel - Nunc Pro Tunc effective as of January 27, 2022 |
| 26 | 95 | 5/12/2022 | Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption* |
| 27 | | | |
| 28 | 105 | 6/1/2022 | Debtor's Reply Opposition, MP&As to Houser Bros Co dba Rancho Del Rey Mobilehome Estates Motion Objecting to Debtors Claimed Homestead Exemption re. Doc 95 |
| 29 | 111 | 06/01/2022 | Opposition filed by Debtor to Trustee's Application to Employ General Bankruptcy Counsel Nunc Pro Tunc effective as of January 27, 2022. re Doc 92 |

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 16 | 09/22/2021 | Amended Schedule A/B; FIRST AMENDMENT Amended Schedule C The Property You Claimed As Exempt |
| 17 | 09/22/2021 | Amended Schedule (D) and (E)(F) |
| 29 | 10/18/2021 | Stipulation By Jeffrey I Golden and Stipulation to Extend Time To File a Complaint Objecting To Debtors Discharge Purs. To 11 U.S.C. § 727 |
| 30 | 10/18/2021 | Adversary Complaint 8:21-ap-01097 Complaint by Houser Bros Co., a California general partnership to Determine Dischargeability of Debt |
| 31 | 10/19/2021 | ORDER Approving Stip. to Extend Time To the Trustee or United States Trustee to File a Complaint Objecting to the Debtor's Discharge under 11 U.S.C. §727 is Extended to and Including 11/17/21. |
| 37 | 11/16/2021 | Amended Schedule |
| 38 | 11/22/2021 | Amended Schedule |
| 39 | 11/23/2021 | Amended Schedule |
| 42 | 12/01/2021 | Amended Schedule |
| 60 | 02/11/2021 | Notice of Proposed Abandonment of Property of the Estate-*Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check $24,301.55* filed by Trustee Jeffrey Golden |
| 70 | 03/4/2022 | ORDER Authorizing Trustee's Abandonment of Estate's Interest in Debtor's Covid 19 Rent Relief Check re Doc 60. |
| 72 | 03/11/2022 | Amended Schedule |
| 73 | 03/11/2022 | Addendum to voluntary petition to amend; Item #11, pg. 3; Item #16b, pg. 6. |
| 74 | 03/11/2022 | Document re Verification of Declaration of Homestead, Filed by Debtor Jamie Lynn Gallian re Doc. 72 |
| 75 | 03/15/2022 | Amending Schedules (D) and (E/F) |
| 80 | 03/22/2022 | Ch. 7 Statement of Your Current Monthy Income 122A-1 |
| 89 | 05/2/2022 | Notice *Trustee's Notice Of Intent To Abandon Estate's Interest In Probate Claims* |
| 105 | 06/01/2022 | Debtor's Reply Opposition, MP&As to Houser Bros Co dba Rancho Del Rey Mobilehome Estates Motion Objecting to Debtors Claimed Homestead Exemp |
| 109 | 06/01/2022 | ORDER Authorizing Trustee's Abandonment of Estate's Interest in Probate Claims; Debtor's Creditor Claim $1,000,000.00 re Doc 89 |
| 128 | 06/30/2022 | Statement *Trustee's joinder in Houser Bros Co dba Rancho Del Rey Mobilehome Estates ' Motion Objecting to Debtor's Claimed Homestead* |
| 130 | 07/07/2022 | *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption re Doc 105* filed by Houser Bros Co dba Rancho Del Rey Mobilehome Estates |
| 131 | 07/07/2022 | Declaration of Vivienne J. Alston re: Motion Objecting to Debtor's Claimed Homestead Exemption re. Doc 105 |
| 135 | 07/08/2022 | Motion To Avoid Lien(s) § 522(F) with The Huntington Beach Gables Homeowners Association |

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 157 | 07/26/2022 | Debtor's Notice of Motion and Motion For Reconsideration of 7.21.22 Order (TR) Sustaining Houser Bros Co dba Rancho Del Rey Mobilehome Estates Objection to Debtor's Claimed Homestead Exemption re Doc 95 |
| 160 | 07/28/2022 | Trustee Certification of Services Rendered under 11 U.S.C. Section (330(e); Filed a Notice of Assets re. Doc 142 7/22/2022 |
| 162 | 07/28/2022 | Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker... pursuant to 11 U.S.C. §§ 327 and 328. MP&As* |
| 170 | 08/04/2022 | Response to related documents: Doc 157 Motion To Reconsider filed by Debtor *Response to Debtor's Notice of and Motion For Reconsideration of 7.21.22 Order (TR) Sustaining Houser Bros Co dba Rancho Del Rey Mobilehome Estates Objection to Debtor's Claimed Homestead Exemption* |
| 172 | 08/04/2022 | Substitution of Attorney (Briones, Bert) |
| 177 | 08/05/2022 | ORDER Granting Houser Bros Co dba Rancho Del Rey Mobilehome Estates Motion Objecting to Debtor's Claimed Homestead Exemption. re Doc 95 |
| 181 | 08/08/2022 | Substitution of Attorney (Briones, Bert) |
| 185 | 08/11/2022 | Reply to Houser Bros Co dba Rancho Del Rey Mobilehome Estates Opposition to Debtors Motion For Reconsideration of 7.2122 Order (TR) re. Doc 157 |
| 190 | 08/18/2022 | Debtor's Reply to Houser Bros Co Opposition to Debtor's Leave From the BAP To Permit the Bankruptcy Court to Consider Debtors Motion For Reconsideration. Decl ISO. re Doc 167 |
| 196 | 08/22/2022 | Transcript regarding Hearing 07/21/2022 RE: Objection to debtor's claimed Homestead Exemption |
| 208 | 08/30/2022 | Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker re Doc 162. |
| 210 | 08/31/2022 | Debtor's Notice of Recorded Declared Homestead of Robert McLelland Instrument No, 2022000294548 |
| 220 | 09/07/2022 | ORDER Continuing hearing on Debtor's Motion for Reconsideration of 7.21.22 Order (TR) to 9/22/2022 |
| 229 | 09/15/2022 | Transcript of Hearing 9/13/2022 on Trustee's Application to Employ Real Estate Broker Coldwell Banker. |
| 241 | 09/28/2022 | ORDER Denying Trustee's Application of the Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker and Agents. |
| 273 | 12/19/2022 | Memorandum of Decision regarding Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Claimed Homestead Exemption |
| 274 | 12/19/2022 | ORDER Granting Debtors Motion For Reconsideration of the Court's August 5, 2022 Order re. Doc 157 |
| 278 | 12/28/2022 | Notice of motion and Motion For Relief From The Automatic Stay-Unlawful Detainer filed by Houser Bros Co dba Rancho Del Rey Mobilehome Estates |
| 282 | 01/04/2023 | Trustee Response to Doc 278 Notice of Motion and Motion for Relief from Automatic Stay |
| 300 | 01/18/2023 | Response to Motion for relief from automatic stay unlawful detainer filed by Houser Bros Co Doc 278 |
| 301 | 01/18/2023 | Defendant Lodgment of Exhibits in Support of Opposition to Motion for relief from automatic stay unlawful detainer re Doc 300 filed by Jamie Lynn Gallian |
| 315 | 01/31/23 | Supplemental filed by Jamie Lynn gallian ISO Opposition to RElief From the Automatic Stay DOC 278 |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE