JAMIE LYNN GALLIAN

16222 Monterey Lane Unit 376

Huntington Beach, CA 92649

(714)321-3449

jamiegallian@gmail.com

Appellant In Pro Se

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adversary Case No, 8:21-ap-01097-SC Doc.3<br><br>APPELLANT'S STATEMENT OF ISSUES ON APPEAL RE: ORDER FINDING IN FAVOR OF [UNNAMED] "PLAINTIFF" AND AGAINST DEFENDANT PURSUANT TO 11 U.S.C. 727(a)(2)(A); (a)(4); (a)(5) WITHOUT PROOF OF ARTICLE III STANDING; COMPLAINT DOC 3, FILED IN VIOLATION OF FRCP 4003.<br><br>TRIAL HELD AND CONCLUDED APRIL 26, 2023 OVER OBJECTION BY DEFENDANT<br>Date Notice of Appeal Filed: May 29, 2023<br>APPEAL DOCKET ENTRY NO.: 83 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, APPELLEE, AND ALL INTERESTED PARTIES:

JAMIE LYNN GALLIAN ("Debtor" or "Appellant") respectfully submits the following statement of issues to be presented on appeal. This appeal is from the May 23, 2023 *Order Finding in Favor Of [UNNAMED]"Plaintiff" And Against Defendant Pursuant to 11 U.S.C. 727(a)(2)(A); (a)(4); (a)(5) Re Doc 81, entered May 23, 2023.*

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

The following issues are raised by Appellant in this appeal:

1) Whether Houser Bros Co a California limited partnership dba Rancho Del Rey Mobilehome Estates untimely filed an adversary proceeding on October 22, 2021, Docket 3.

2) Whether Houser Bros Co a California limited partnership dba Rancho Del Rey Mobilehome Estates is the Real Party In Interest;

3) Whether Houser Bros Co a California limited partnership dba Rancho Del Rey Mobilehome Estates Proof of Claim should be denied for not being the Real Party In Interest.

4) Whether the Trial Court unreasonably overruled Debtor's objection to continuing the 4/26/23 trial after 5 p.m. dismissing Debtor's medical complaints of head pain, complaining of lack of food since the day before, and lack of water except for the one bottle, Debtor stated she was tired and could not remember the questions being asked by the Court; repeatedly requesting the Court restate the question due to Debtors severe head pain and short term memory issues. Debtor has a comprehensive history of frontal lobe brain damage.

5) Whether the Court afforded Debtor an equitable amount of Court time to present her case as the Court afforded to Plaintiff Houser Bros Co dba Rancho Del Rey Mobilehome Estates using 3/4 of Court day, approximately 7 hours of Court time, to put on Plaintiff's case April 26, 2023. Debtor was asked by the Court how long she would need to put on her case. Debtor responded to the Court approximately 6 hours. Debtor requested the Court allow Debtor to present her case on the second day of the 2 day pre-scheduled Trial. The Court refused that path without explanation or consideration of the seriousness of Debtors stated Medical Complaints occurring.

6) Whether the Debtor was unreasonably denied the equivalent court time already pre-sheduled by the Court to put on Debtors case with a clear head after the Court told the parties multiple times, "We are coming back tomorrow."

7) Whether Debtor was unreasonable interrupted during her opening statements.

8) Whether Debtor was prejudiced by the Court opining the Courts personal feelings; laughing at Debtor when debtor expressed trust and faith in a certain Member of the State Bar; making personal comments expressing the Member of the State Bar took advantage of the Debtor billing debtor fo expenses not incurred. This exchange occurred during trial concerning transactions Debtor had with a Member of the State Bar. Debtor was shaken and scared at the Courts demeanor and comments and unable to compose herself, think clearly and concentrate thereafter.
Debtor informed the Court. I going to pick up the phone and call him" to confirm the Courts opinion and comments. The Court said, "I don't think you should."
Debtor:"No?. Court: "I don't care. I don't care.

9) Whether an In Pro Per, with a high school diploma, was improperly judged and prejudiced for continuing to litigate notwithstanding several Members of the Bar refusing to represent this Chapter 7 person.

DATED: June 23, 2023

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN DEFENDANT, APPELLANT, IN PRO SE

2
STATEMENT OF ISSUES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5801 Skylab Road Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled: **APPELLANT'S STATEMENT OF ISSUES ON APPEAL RE: ORDER FINDING IN FAVOR OF "PLAINTIFF" AND AGAINST DEFENDANT PURSUANT TO 11 U.S.C. SECTIONS 727(a)(2)(A), (a)(4), (a)(5)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On ,            I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 23, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2023 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        F 9013-3.1.PROOF.SERVICE