| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff, HOUSER BROS. CO. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:
JAMIE LYNN GALLIAN,

Debtor(s).

CASE NO.: 8:21-bk-11710-SC
CHAPTER: 7
ADVERSARY NO.: 8:21-ap-01097-SC

HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,

Plaintiff(s),

vs.

JAMIE LYNN GALLIAN,

Defendant.

**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): _____

_____

_____

PLEASE TAKE NOTE that the order or judgment titled <u>Order After Status Conference re: 11 U.S.C. 523 Claims</u>

was lodged on (*date*) <u>06/29/2023</u> and is attached. This order relates to the motion which is docket number <u>3</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

 **Adversary LODGED ORDER UPLOAD FORM**

Thursday, June 29, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11282187.doc** )
 A new order has been added

- **Office**:  Santa Ana
- **Case Title**:  Houser Bros. Co. v. Gallian
- **Case Number**:  21-01097
- **Judge Initial**:  SC
- **Case Type**:  ap ( Adversary )
- **Document Number**:  1
- **On Date**:  06/29/2023 @ 12:59 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | ORDER AFTER STATUS CONFERENCE RE: 11 U.S.C. § 523 CLAIMS<br><br>Date: June 27, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5C |

On April 26, 2023, the Court held a bifurcated trial on the claims of Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Plaintiff") under 11 U.S.C. § 727.

On May 23, 2023, as Dk. No. 81, the Court entered "(1) Order Denying Motion to Amend and Vacating Hearing; (2) Memorandum of Decision After Trial Regarding § 727 Claims; and (3) Setting Status Conference on Remaining § 523 Claims" ("Order"). One issue to be decided at the Status Conference was the disposition of Plaintiff's remaining claims under 11 U.S.C. § 523 in light of the Court's decision after trial to deny Debtor's discharge. In advance of the Status Conference,

1

the parties each filed status reports. In Plaintiff's report, it requested that the Court enter an order making a Rule 54(b) finding to permit entry of a final judgment on the Section 727 claims and holding the Section 523(a) claims in abeyance (given that Debtor has filed an appeal of the Order even though judgment has not yet been entered). The status conference was held on June 27, 2023, at 1:30 p.m. D. Edward Hays, Esq., appeared on behalf of Plaintiff. Jamie Lynn Gallian ("Defendant") appeared pro se. The Court, having read and considered the status reports filed by the parties, and the statements made on the record during the status conference, orders as follows:

IT IS ORDERED that:

1. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court expressly finds that good cause exists for, and that there is no just reason to delay, entry of a final judgment on the Section 727 claims and the Court's decision to deny discharge ("Judgment");

2. Pending the Judgment becoming final and no longer subject to appeal, Plaintiff's remaining claims under 11 U.S.C. § 523 claims ("Claims") shall be held in abeyance. After the Judgment becomes final and no longer subject to appeal, Plaintiff shall file a statement advising the Court as to its intent regarding the Claims. The Court retains jurisdiction to adjudicate the Claims even if this adversary proceeding be closed pending resolution of Debtor's appeal of the Judgment;

3. The status conference on the Claims currently set for July 18, 2023, at 1:30 p.m., shall be vacated, and no appearances will be required; and

4. The status conference held on June 27, 2023, is continued to December 5, 2023, at 1:30 p.m. as a holding date on the abeyance and status of any appeal(s) of the Judgment. Under Local Bankruptcy Rule 7026-1(a), the parties must file a joint status report no later than 14 days prior to the hearing.

### #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bradford Barnhardt**     bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
- **Jeffrey I Golden (TR)**     lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**     ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Laila Masud**     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 29, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR AND DEFENDANT (VIA U.S. MAIL AND EMAIL TRANSMISSION)**
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 29, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

4893-8835-6352, v. 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                            **F 9013-3.1.PROOF.SERVICE**