| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Plaintiff, HOUSER BROS. CO. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN,<br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>CHAPTER: 7<br>ADVERSARY NO.: 8:21-ap-01097-SC |
|---|---|
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s),<br>vs.<br>JAMIE LYNN GALLIAN,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): _____ |

PLEASE TAKE NOTE that the order or judgment titled Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. §§ 727(a)(2)(A), (a)(4), AND (a)(5)
was lodged on (*date*) 06/29/2023    and is attached. This order relates to the motion which is docket number 3   .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**



**Adversary LODGED ORDER UPLOAD FORM**

Thursday, June 29, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11282188.doc** )
  A new order has been added

- **Office**: Santa Ana
- **Case Title**: Houser Bros. Co. v. Gallian
- **Case Number**: 21-01097
- **Judge Initial**: SC
- **Case Type**: ap ( Adversary )
- **Document Number**: 3
- **On Date**: 06/29/2023 @ 01:01 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | JUDGMENT DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(2)(A), (a)(4), AND (a)(5)<br><br><u>Trial</u>:<br>Date: April 26, 2023<br>Time: 9:30 a.m.<br>Courtroom: 5C |

On April 26, 2023, a trial was held in the above captioned adversary proceeding ("April 26 Trial") on Plaintiff's three claims pursuant to 11 U.S.C. § 727. D. Edward Hays, Esq. and Bradford N. Barnhardt, Esq. appeared on behalf of Plaintiff Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Plaintiff"), as did Chris Houser, who appeared and testified as Plaintiff's representative. Greg Buysman was also called as a witness by Plaintiff. Defendant, Jamie Lynn Gallian ("Defendant" or "Debtor"), appeared pro se and testified. All parties were afforded an opportunity to cross-examine witnesses. Plaintiff and Defendant were permitted the opportunity to

1

1 present evidence in support of their case and defense. Witnesses were sworn and testimony and
2 documentary evidence was received and admitted into evidence.

3     The Court having heard the testimony and oral argument, having examined the evidence
4 offered by the parties and admitted into evidence, and having reviewed the parties' briefs, as well as
5 Defendant's post-trial declaration filed on May 1, 2023, as Dk. No. 71, and based upon all the
6 evidence, and for the reasons set forth in the Court's Memorandum Decision After Trial Regarding
7 § 727 Claims, entered on May 23, 2023, as Dk. No. 81, the Court has determined that cause exists
8 for Defendant's discharge to be denied. Pursuant to a separate order entered by the Court after a
9 status conference held on June 27, 2023, the Court found that good cause exists and that there is no
10 just reason for delay in entering a final judgment denying Debtor's discharge under 11 U.S.C. § 727
11 pursuant to Rule 54(b) of the Federal Rules of Civil Procedure applicable here pursuant to Rule
12 7054(a) of the Federal Rules of Bankruptcy Procedure. Accordingly, the Court enters final Judgment
13 in favor of Plaintiff as follows:

14     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in
15 favor of Plaintiff and against Defendant on the Third Claim for Relief and that Debtor's discharge is
16 denied pursuant to 11 U.S.C. § 727(a)(2)(A);

17     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is entered in
18 favor of Plaintiff and against Defendant on the Fourth Claim for Relief and that Debtor's discharge
19 is denied pursuant to 11 U.S.C. § 727(a)(4); and

20 / / /
21  / / /

1 | IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is entered in
2 | favor of Plaintiff and against Defendant on the Fifth Claim for Relief and that Debtor's discharge is
3 | denied pursuant to 11 U.S.C. § 727(a)(5).
4 | # # #

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 29, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEBTOR AND DEFENDANT (VIA U.S. MAIL AND EMAIL TRANSMISSION)**
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 29, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

4893-8835-6352, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**