1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Plaintiff,
   HOUSER BROS. CO. dba RANCHO DEL
8  REY MOBILE HOME ESTATES

**FILED & ENTERED**

**JUL 07 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

9                    UNITED STATES BANKRUPTCY COURT

10          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| 11  In re | Case No. 8:21-bk-11710-SC |
| 12  JAMIE LYNN GALLIAN, | Chapter 7 |
| 13        Debtor. | Adv. No. 8:21-ap-01097-SC |
| 14  HOUSER BROS. CO. dba RANCHO DEL REY | ORDER AFTER STATUS CONFERENCE RE: 11 U.S.C. § 523 CLAIMS |
| 15  MOBILE HOME ESTATES, | |
| 16        Plaintiff, | Date: June 27, 2023 |
| 17  v. | Time: 1:30 p.m. |
| 18  JAMIE LYNN GALLIAN, | Courtroom: 5C |
| 19        Defendant. | |
| 20 | |

21

22          On April 26, 2023, the Court held a bifurcated trial on the claims of Houser Bros. Co. dba

23  Rancho Del Rey Mobile Home Estates ("Plaintiff") under 11 U.S.C. § 727.

24          On May 23, 2023, as Dk. No. 81, the Court entered "(1) Order Denying Motion to Amend

25  and Vacating Hearing; (2) Memorandum of Decision After Trial Regarding § 727 Claims; and

26  (3) Setting Status Conference on Remaining § 523 Claims" ("Order"). One issue to be decided at the

27  Status Conference was the disposition of Plaintiff's remaining claims under 11 U.S.C. § 523 in light

28  of the Court's decision after trial to deny Debtor's discharge. In advance of the Status Conference,

1

the parties each filed status reports. In Plaintiff's report, it requested that the Court enter an order

making a Rule 54(b) finding to permit entry of a final judgment on the Section 727 claims and

holding the Section 523(a) claims in abeyance (given that Debtor has filed an appeal of the Order

even though judgment has not yet been entered). The status conference was held on June 27, 2023, at

1:30 p.m. D. Edward Hays, Esq., appeared on behalf of Plaintiff. Jamie Lynn Gallian ("Defendant")

appeared pro se. The Court, having read and considered the status reports filed by the parties, and the

statements made on the record during the status conference, orders as follows:

IT IS ORDERED that:

1.      Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court expressly

finds that good cause exists for, and that there is no just reason to delay, entry of a final judgment on

the Section 727 claims and the Court's decision to deny discharge ("Judgment");

2.      Pending the Judgment becoming final and no longer subject to appeal, Plaintiff's

remaining claims under 11 U.S.C. § 523 claims ("Claims") shall be held in abeyance. After the

Judgment becomes final and no longer subject to appeal, Plaintiff shall file a statement advising the

Court as to its intent regarding the Claims. The Court retains jurisdiction to adjudicate the Claims

even if this adversary proceeding be closed pending resolution of Debtor's appeal of the Judgment;

3.      The status conference on the Claims currently set for July 18, 2023, at 1:30 p.m., shall

be vacated, and no appearances will be required; and

4.      The status conference held on June 27, 2023, is continued to December 5, 2023, at

1:30 p.m. as a holding date on the abeyance and status of any appeal(s) of the Judgment. Under

Local Bankruptcy Rule 7026-1(a), the parties must file a joint status report no later than 14 days

prior to the hearing.

Date: July 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge