United States Bankruptcy Court

Central District of California

Houser Bros. Co.,
    Plaintiff

Gallian,
    Defendant

Adv. Proc. No. 21-01097-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Jul 07, 2023      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/PDF: jamiegallian@gmail.com | Jul 08 2023 01:10:00 | Jamie Lynn Gallian, 16222 Monterey Ln SP #376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | Houser Bros. Co. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford Barnhardt | on behalf of Plaintiff Houser Bros. Co. bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Jeffrey I Golden (TR) | lwerner@go2.law jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf031 | Total Noticed: 1 |

Laila Masud           on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

**FILED & ENTERED**

JUL 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | ORDER AFTER STATUS CONFERENCE<br>RE: 11 U.S.C. § 523 CLAIMS<br><br>Date: June 27, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5C |

On April 26, 2023, the Court held a bifurcated trial on the claims of Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Plaintiff") under 11 U.S.C. § 727.

On May 23, 2023, as Dk. No. 81, the Court entered "(1) Order Denying Motion to Amend and Vacating Hearing; (2) Memorandum of Decision After Trial Regarding § 727 Claims; and (3) Setting Status Conference on Remaining § 523 Claims" ("Order"). One issue to be decided at the Status Conference was the disposition of Plaintiff's remaining claims under 11 U.S.C. § 523 in light of the Court's decision after trial to deny Debtor's discharge. In advance of the Status Conference,

the parties each filed status reports. In Plaintiff's report, it requested that the Court enter an order making a Rule 54(b) finding to permit entry of a final judgment on the Section 727 claims and holding the Section 523(a) claims in abeyance (given that Debtor has filed an appeal of the Order even though judgment has not yet been entered). The status conference was held on June 27, 2023, at 1:30 p.m. D. Edward Hays, Esq., appeared on behalf of Plaintiff. Jamie Lynn Gallian ("Defendant") appeared pro se. The Court, having read and considered the status reports filed by the parties, and the statements made on the record during the status conference, orders as follows:

IT IS ORDERED that:

1. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court expressly finds that good cause exists for, and that there is no just reason to delay, entry of a final judgment on the Section 727 claims and the Court's decision to deny discharge ("Judgment");

2. Pending the Judgment becoming final and no longer subject to appeal, Plaintiff's remaining claims under 11 U.S.C. § 523 claims ("Claims") shall be held in abeyance. After the Judgment becomes final and no longer subject to appeal, Plaintiff shall file a statement advising the Court as to its intent regarding the Claims. The Court retains jurisdiction to adjudicate the Claims even if this adversary proceeding be closed pending resolution of Debtor's appeal of the Judgment;

3. The status conference on the Claims currently set for July 18, 2023, at 1:30 p.m., shall be vacated, and no appearances will be required; and

4. The status conference held on June 27, 2023, is continued to December 5, 2023, at 1:30 p.m. as a holding date on the abeyance and status of any appeal(s) of the Judgment. Under Local Bankruptcy Rule 7026-1(a), the parties must file a joint status report no later than 14 days prior to the hearing.

Date: July 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge