D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | APPELLEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL RE: (1) ORDER DENYING MOTION TO AMEND AND VACATING HEARING; (2) MEMORANDUM DECISION AFTER TRIAL REGARDING § 727 CLAIMS; AND (3) SETTING STATUS CONFERENCE ON REMAINING § 523 CLAIMS<br><br>[NO HEARING REQUIRED]<br><br>Date Notice of Appeal Filed: May 30, 2023<br>Appeal Docket Entry No.: 83 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellee, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser Bros."), designates the following items to include in record on appeal of *(1) Order Denying Motion to Amend and Vacating Hearing; (2) Memorandum Decision After Trial Regarding § 727 Claims; and (3) Setting Status Conference on Remaining §523 Claims.*

1

**DESIGNATION OF THE ITEMS TO BE INCLUDED**

**IN THE RECORD ON APPEAL**

| Date | Docket Entry No. | Document |
|---|---|---|
| **In Re Jamie Lynn Gallian, Bankruptcy Case No. 8:21-bk-11710-ES** | | |
| 07/09/2021 | 1 | Debtor's Petition and Original Schedules (including Statement of Financial Affairs) |
| 09/07/2021 | 15 | Debtor's amended schedules |
| 10/14/2021 | 22 | Debtor's amended schedules |
| 07/07/2022 | 132 | Declaration of Greg Buysman re: Motion Objecting to Debtor's Claimed Homestead Exemption |
| 10/5/22 | Proof of Claim No. 4-1 | Proof of claim filed by Janine Jasso, Jennifer Paulin, Lori Burrett, Lee Gragnano, Lindy Beck, and Ted Phillips |
| 10/25/22 | Proof of Claim No. 1-2 | Proof of claim filed by the Huntington Beach Gables Homeowners Association |
| **Houser Bros. Co. v Jamie Lynn Gallian – Adv. Case No. 8:21-ap-01097-ES** | | |
| 10/22/2021 | 3 | First Amended Complaint filed by Houser Bros. Co. |
| 10/28/2021 | 6 | Answer to Complaint filed by Jamie Gallian |
| 05/03/2023 | 72 | Transcript of April 26, 2023 Trial |
| 5/10/2023 | 74 | Plaintiff's Post-Trial Closing Brief |
| 5/10/2023 | 75 | Notice of Compendium of Unpublished Authority Re: Plaintiff's Post-Trial Closing Brief |
| 5/23/2023 | 81 | (1) Order Denying Motion to Amend and Vacating Hearing; (2) Memorandum Decision After Trial Regarding § 727 Claims; (3) Setting Status Conference on Remaining § 523 Claims |

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 | DATED: July 10, 2023 | MARSHACK HAYS LLP |
| 4 |   |   |
| 5 |   | /s/ D. Edward Hays<br>By:_____ |
| 6 |   | D. EDWARD HAYS<br>LAILA MASUD |
| 7 |   | BRADFORD N. BARNHARDT<br>Attorneys for Plaintiff, |
| 8 |   | HOUSER BROS. CO. dba RANCHO DEL<br>REY MOBILE HOME ESTATES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **APPELLEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL RE: (1) ORDER DENYING MOTION TO AMEND AND VACATING HEARING; (2) MEMORANDUM DECISION AFTER TRIAL REGARDING § 727 CLAIMS; AND (3) SETTING STATUS CONFERENCE ON REMAINING § 523 CLAIMS**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 10, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 10, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR AND DEFENDANT (VIA U.S. MAIL AND EMAIL TRANSMISSION)**
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 10, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2023 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

4893-8835-6352, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE