JAMIE LYNN GALLIAN
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649
(714)321-3449
jamiegallian@gmail.com

Defendant, IN PRO PER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | **SECOND AMENDED**<br><br>Case No. 8:21-bk-11710-SC  DOC 30<br><br>Chapter 7 |
| HOUSER BROS. CO. A California General Partnership dba Rancho Del Rey Mobilehome Estates<br><br>HOUSER BROS CO. A California limited partnership dba Rancho Del Rey Mobilehome Estates<br>         Plaintiff(s)<br>v.<br>JAMIE LYNN GALLIAN,<br>         Defendant. | Adv. No. 8:21-ap-01097-SC  DOC 1<br><br>APPELLANT'S ADDITIONAL DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL RE: (1) ORDER DENYING MOTION TO AMEND AND VACATING HEARING; **(2) MEMORANDUM DECISION AFTER TRIAL REGARDING § 727 CLAIMS;** AND (3) SETTING STATUS CONFERENCE ON REMAINING § 523 CLAIMS<br><br>Date Notice of Appeal Filed: May 29, 2023<br>Appeal Docket Entry No.: 83 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

   Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant, JAMIE LYNN GALLIAN amends and re-designates the following items to be includeed in the Appellant's record on appeal of *(1)  Order Denying Motion to Amend and Vacating Hearing;*

*(2) Memorandum Decision After Trial  Regarding § 727 Claims; and*

*(3) Setting Status Conference on Remaining §523 Claims*.

1

Appellant's Amended Designation of Items to Include on Appeal

IN RE JAMIE LYNN GALLIAN 8:21-BK-11710-SC

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 1 | 07/09/2021 | Chapter 7 Petition |
| 12 | 08/18/2021 | Notice of Continued Meeting of Creditors |
| 19 | 09/22/2021 | Notice of Continued Meeting of Creditors |
| 21 | 10/7/2021 | Notice of Continued Meeting of Creditors |
| 25 | 10/15/2021 | Notice of Continued Meeting of Creditors |
| 30 | 10/18/2021 | Adversary Complaint 8:21-ap-01097 Complaint by Houser Bros Co., a California general partnership dba Rancho Del Rey Mobilehome Estates |
| 31 | 10/19/2021 | ORDER Approving Stip. Extend Time To The Trustee or United States Trustee File a Complaint Objecting to the Debtor's Discharge under 11 U.S.C. §727 Extended to and Including 11/17/21. |
| 35 | 11/10/2021 | Notice of Continued Meeting o Creditors |
| 41 | 12/01/2021 | Notice of Continued Meeting of Creditors |
| 44 | 12/15/2021 | Notice of Continued Meeting of Creditors |
| 51 | 01/07/2022 | Notice of Continued Meeting of Creditors |
| 55 | 01/24/2022 | Notice of Continued Meeting of Creditors |
| 64 | 02/15/2022 | Notice of Continued Meeting of Creditors |
| 67 | 02/28/2022 | Notice of Continued Meeting of Creditors |
| 79 | 03/21/2022 | Notice of Continued Meeting of Creditors |
| 82 | 04/04/2022 | Notice of Continued Meeting of Creditors |
| 84 | 04/11/2022 | Notice of Continued Meeting of Creditors |
| 86 | 04/26/2022 | Notice of Continued Meeting of Creditors |
| 91 | 05/03/2022 | Meeting of Creditors Held & Concluded |
| 92 | 05/11/2022 | Trustee Application to Employ General Bankruptcy Counsel - Nunc Pro Tunc effective as of January 27, 2022 |
| 95 | 5/12/2022 | Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption* |
| 105 | 6/1/2022 | Debtor's Reply Opposition, MP&As to Houser Bros Co dba Rancho Del Rey Mobilehome Estates Motion Objecting to Debtors Claimed Homestead Exemption re. Doc 95 |
| 111 | 06/01/2022 | Opposition filed by Debtor to Trustee's Application to Employ General Bankruptcy Counsel Nunc Pro Tunc effective as of January 27, 2022. re Doc 92 |

IN RE JAMIE LYNN GALLIAN 8:21-BK-11710-SC

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 16 | 09/22/2021 | Amended Schedule A/B; FIRST AMENDMENT Amended Schedule C The Property You Claimed As Exempt |
| 17 | 09/22/2021 | Amended Schedule (D) and (E)(F) |
| 29 | 10/18/2021 | Stipulation By Jeffrey I Golden and Stipulation to Extend Time To File a Complaint Objecting To Debtors Discharge Purs. To 11 U.S.C. § 727 |
| 30 | 10/18/2021 | Adversary Complaint 8:21-ap-01097 Complaint by Houser Bros Co., a California general partnership to Determine Dischargeability of Debt |
| 31 | 10/19/2021 | ORDER Approving Stip. to Extend Time To the Trustee or United States Trustee to File a Complaint Objecting to the Debtor's Discharge under 11 U.S.C. §727 is Extended to and Including 11/17/21. |
| 37 | 11/16/2021 | Amended Schedule |
| 38 | 11/22/2021 | Amended Schedule |
| 39 | 11/23/2021 | Amended Schedule |
| 42 | 12/01/2021 | Amended Schedule |
| 60 | 02/11/2021 | Notice of Proposed Abandonment of Property of the Estate-*Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check $24,301.55* filed by Trustee Jeffrey Golden |
| 70 | 03/4/2022 | ORDER Authorizing Trustee's Abandonment of Estate's Interest in Debtor's Covid 19 Rent Relief Check re Doc 60. |
| 72 | 03/11/2022 | Amended Schedule |
| 73 | 03/11/2022 | Addendum to voluntary petition to amend; Item #11, pg. 3; Item #16b, pg. 6. |
| 74 | 03/11/2022 | Document re Verification of Declaration of Homestead, Filed by Debtor Jamie Lynn Gallian re Doc. 72 |
| 75 | 03/15/2022 | Amending Schedules (D) and (E/F) |
| 80 | 03/22/2022 | Ch. 7 Statement of Your Current Monthy Income 122A-1 |
| 89 | 05/2/2022 | Notice *Trustee's Notice Of Intent To Abandon Estate's Interest In Probate Claims* |
| 105 | 06/01/2022 | Debtor's Reply Opposition, MP&As to Houser Bros Co dba Rancho Del Rey Mobilehome Estates Motion Objecting to Debtors Claimed Homestead Exemp |
| 109 | 06/01/2022 | ORDER Authorizing Trustee's Abandonment of Estate's Interest in Probate Claims; Debtor's Creditor Claim $1,000,000.00 re Doc 89 |
| 128 | 06/30/2022 | Statement *Trustee's joinder in Houser Bros Co dba Rancho Del Rey Mobilehome Estates ' Motion Objecting to Debtor's Claimed Homestead* |
| 130 | 07/07/2022 | *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption re Doc 105* filed by Houser Bros Co dba Rancho Del Rey Mobilehome Estates |
| 131 | 07/07/2022 | Declaration of Vivienne J. Alston re: Motion Objecting to Debtor's Claimed Homestead Exemption re. Doc 105 |
| 135 | 07/08/2022 | Motion To Avoid Lien(s) § 522(F) with The Huntington Beach Gables Homeowners Association |

IN RE JAMIE LYNN GALLIAN 8:21-BK-11710-SC

| Bankruptcy Docket Number | Date Entered in the Bankruptcy Docket | Brief Description of the Document or Transcript |
|---|---|---|
| 157 | 07/26/2022 | Debtor's Notice of Motion and Motion For Reconsideration of 7.21.22 Order (TR) Sustaining Houser Bros Co dba Rancho Del Rey Mobilehome Estates Objection to Debtor's Claimed Homestead Exemption re Doc 95 |
| 160 | 07/28/2022 | Trustee Certification of Services Rendered under 11 U.S.C. Section (330(e); Filed a Notice of Assets re. Doc 142 7/22/2022 |
| 162 | 07/28/2022 | Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker... pursuant to 11 U.S.C. §§ 327 and 328. MP&As* |
| 170 | 08/04/2022 | Response to related documents: Doc 157 Motion To Reconsider filed by Debtor *Response to Debtor's Notice of and Motion For Reconsideration of 7.21.22 Order (TR) Sustaining Houser Bros Co dba Rancho Del Rey Mobilehome Estates Objection to Debtor's Claimed Homestead Exemption* |
| 172 | 08/04/2022 | Substitution of Attorney (Briones, Bert) |
| 177 | 08/05/2022 | ORDER Granting Houser Bros Co dba Rancho Del Rey Mobilehome Estates Motion Objecting to Debtor's Claimed Homestead Exemption. re Doc 95 |
| 181 | 08/08/2022 | Substitution of Attorney (Briones, Bert) |
| 185 | 08/11/2022 | Reply to Houser Bros Co dba Rancho Del Rey Mobilehome Estates Opposition to Debtors Motion For Reconsideration of 7.2122 Order (TR) re. Doc 157 |
| 190 | 08/18/2022 | Debtor's Reply to Houser Bros Co Opposition to Debtor's Leave From the BAP To Permit the Bankruptcy Court to Consider Debtors Motion For Reconsideration. Decl ISO. re Doc 167 |
| 196 | 08/22/2022 | Transcript regarding Hearing 07/21/2022 RE: Objection to debtor's claimed Homestead Exemption |
| 208 | 08/30/2022 | Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker re Doc 162. |
| 210 | 08/31/2022 | Debtor's Notice of Recorded Declared Homestead of Robert McLelland Instrument No, 2022000294548 |
| 220 | 09/07/2022 | ORDER Continuing hearing on Debtor's Motion for Reconsideration of 7.21.22 Order (TR) to 9/22/2022 |
| 229 | 09/15/2022 | Transcript of Hearing 9/13/2022 on Trustee's Application to Employ Real Estate Broker Coldwell Banker. |
| 241 | 09/28/2022 | ORDER Denying Trustee's Application of the Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker and Agents. |
| 273 | 12/19/2022 | Memorandum of Decision regarding Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Claimed Homestead Exemption |
| 274 | 12/19/2022 | ORDER Granting Debtors Motion For Reconsideration of the Court's August 5, 2022 Order re. Doc 157 |
| 278 | 12/28/2022 | Notice of motion and Motion For Relief From The Automatic Stay-Unlawful Detainer filed by Houser Bros Co dba Rancho Del Rey Mobilehome Estates |
| 282 | 01/04/2023 | Trustee Response to Doc 278 Notice of Motion and Motion for Relief from Automatic Stay |
| 300 | 01/18/2023 | Response to Motion for relief from automatic stay unlawful detainer filed by Houser Bros Co Doc 278 |
| 301 | 01/18/2023 | Defendant Lodgment of Exhibits in Support of Opposition to Motion for relief from automatic stay unlawful detainer re Doc 300 filed by Jamie Lynn Gallian |
| 315 | 01/31/23 | Supplemental filed by Jamie Lynn gallian ISO Opposition to Relief From the Automatic Stay DOC 278 |

# DESIGNATION OF THE ITEMS TO BE INCLUDED

# IN THE RECORD ON APPEAL

| Date | Docket Entry No. | Document |
|---|---|---|
| **In Re Jamie Lynn Gallian, Bankruptcy Case No. 8:21-bk-11710-SC** | | |
| 10/18/2021 | 30 | Adv. 8:21-ap-01097 Complaint by Houser Bros. Co., a California general partnership dba Rancho Del Rey Mobilehome Estates against Jamie Lynn Gallian to determine dischargeablity of debt, pursuant to § 523(a)(2)(A), (a)(6);(2) Deny Discharge § 727 (a)(2)(A), (a)(4), and (a)(5) |
| 10/25/2022 | Proof of Claim No. 3-1 | Proof of claim filed by Houser Bros Co A California limited partnership dba Rancho Del Rey Mobilehome Estates |
| 10/25/2022 | Proof of Claim No. 1-2 | Proof of claim filed by The Huntington Beach Gables Homeowners Association |
| **Houser Bros. Co. A General Partnership dba Rancho Del Rey Mobilehome Estates v Jamie Lynn Gallian – Adv. 8:21-ap-01097-SC** | | |
| 10/18/2021 | 1 | Complaint filed by Houser Bros Co A California General Partnership dba Rancho Del Rey Mobilehome Estates |
| 10/19/2021 | 2 | SUMMONS |
| 10/22/2021 | 3 | Complaint filed by Houser Bros. Co. A California limited partnership dba Rancho Del Rey Mobilehome Estates |
| 10/25/2021 | 5 | SUMMONS |
| 10/28/2021 | 6 | Answer to Complaint re Doc. 3, filed by Debtor, Jamie Lynn Gallian |
| 1/24/2022 | 11 | Declaration Setting Forth Post-Petition Payments: 1. CA Covid-19 Rent Relief Award 10/27/2021 Pay,ent $24,301.55; 2. Payment $13,709\.45 to Houser Bros Co dba Rancho Del Rey MHE |
| 05/08/2023 | 73 | Declaration Jamie Lynn Gallian as Requested by Hon. Clarkson |
| 5/10/2023 | 76 | Motion to Amend re: 3 Complaint, filed by Houser Bros Co. A California limited partnership dba Rancho Del Rey Mobilehome Est. |
| 5/10/2023 | 77 | Debtor's Post-Trial Closing Brief ISO Debtors Discharge |
| 5/17/2023 | 79 | Opposition To Houser Bros Co. A California general partnership [sic] Motion To Amend Complaint Filed October 18, 2021, Doc 1 [sic] Memorandum Of Points And Authorities; Declaration Of Jamie Lynn Gallian In Support (re:76 Motion to Amend; re: 1 Complaint [sic]; Notice of Motion and Motion to Amend Complaint; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service filed by Plaintiff Houser Bros. Co.) Filed by Defendant Jamie Lynn Gallian |

| Date | Doc | Description |
|---|---|---|
| 5/23/2023 | 81 | (1) Order Denying Motion to Amend and Vacating Hearing; (2) Memorandum Decision After Trial Regarding § 727 Claims; (3) Setting Status Conference on Remaining § 523 Claims |
| 5/29/2023 | 83 | Notice of Appeal and Statement Of Election to United States District Court |
| 06/14/2023 | 90 | Status Report Unilateral Status Report filed by Jamie Lynn Gallian |
| 06/20/2023 | 93 | **Answer to Adversary Complaint 8:21-ap-01097 RE: Doc 1, filed by Debtor, Jamie Lynn Gallian** |
| 07/07/2023 | 100 | JUDGMENT Denying Debtor's Discharge Pursuant to 11 U.S.C. § 727(a)(2)(A). (a)(4), And (a)(5) |

DATED: July 11, 2023

*Jamie Lynn Gallian*

JAMIE LYNN GALLIAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5801 Skylab Road Huntington Beach, CA 92647.

SECOND AMENDED

A true and correct copy of the foregoing document entitled: **APPELLANT'S ADDITIONAL DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL RE: (1) ORDER DENYING MOTION TO AMEND AND VACATING HEARING; (2) MEMORANDUM DECISION AFTER TRIAL REGARDING § 727 CLAIMS; AND (3) SETTING STATUS CONFERENCE ON REMAINING § 523 CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 11, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 10, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2023 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**