**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
JUL 14 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

| | |
|---|---|
| In re:<br>JAMIE LYNN GALLIAN<br>aka JAMIE L. GALLIAN<br>dba J-SANDCASTLE CO., LLC<br>dba J-PAD, LLC<br><br>Debtor(s) | BAP/USDC NO.: 8:23-cv-00961-WLH<br>CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: 8:21-ap-01097-SC<br>APPEAL DOCKET ENTRY NO.: 83 |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s)<br>vs.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:

Jamie Lynn Gallian - aka Jamie L Gallian; dba J-Sandcastle Co., LLC, dba J-PAD, LLC - Pro Se
16222 Monterey Lane, Unit 376
Huntington Beach, CA 92649

Attorney of Record for Appellee:

D. Edward Hays - Laila Masud - Bradford N. Barnhardt - Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:

☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 07/14/2023      By: /s/ Nickie Bolte _Nickie Bolte_
                         Deputy Clerk

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee
    ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:
    Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
    Jeffrey I Golden (TR)    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
    D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
    Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Jamie Lynn Gallian
    aka Jamie L Gallian; dba J-Sandcastle Co., LLC
    dba J-PAD, LLC
    16222 Monterey Lane, Unit 376
    Huntington Beach, CA 92649

    Eric Houser, Esq.
    9970 Research Drive
    Irvine, CA 92618-4309