D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC<br><br>REPLY IN SUPPORT OF MOTION TO STRIKE DEBTOR'S POST-TRIAL ANSWER FILED WITHOUT LEAVE OF COURT; DECLARATION OF D. EDWARD HAYS IN SUPPORT<br><br>Date: August 14, 2023<br>Time: 10:30 a.m.<br>Ctrm: 5C<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT JAMIE LYNN GALLIAN, AND ALL INTERESTED PARTIES:

Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros."), files this reply ("Reply") in support of its Motion to Strike Debtor's Post-Trial Answer Filed Without Leave of Court ("Motion"), filed on July 11, 2023, as Docket No. 107.

1

REPLY IN SUPPORT OF MOTION TO STRIKE DEBTOR'S POST-TRIAL ANSWER
4886-1591-1427,v.1

## 1. Summary of Argument

The Court, in its discretion, may strike a pleading as redundant, immaterial, or untimely. After the Court's issuance of its memorandum decision to deny Debtor's discharge under 11 U.S.C. § 727, Debtor filed a Post-Trial Answer,[1] which raises issues she did not raise in her previous pleadings and that were not raised during trial. In Debtor's opposition to the Motion, she claims to have filed her amended answer to the original complaint, and that Houser Bros. did not serve the original complaint on her. This is not true.

In fact, Houser Bros. filed proof that it served both its original and first amended complaints on Debtor within a week of this adversary proceeding's commencement. Even if Houser Bros. had not served the original complaint on Debtor, Houser Bros. acted within its rights to file an amended complaint, which superseded the original complaint. And, in September 2022, Debtor signed a pretrial stipulation that expressly superseded the pleadings recognizing that trial would proceed on the first amended complaint. Debtor has not provided any ground supported by fact or law for filing an untimely, Post-Trial Answer without leave. Houser Bros. requests that the Court grant the Motion and strike the Post-Trial Answer.

## 2. Factual Background

On July 11, 2023, Houser Bros. filed the Motion. Docket No. 107. The Motion is set for hearing on August 14, 2023, at 10:30 a.m.

On August 2, 2023, as Docket No. 114, Debtor filed an untimely "Opposition to Strike Debtor's Answer to Doc 1" ("Opposition").

## 3. Legal Argument

### A. Good cause exists to strike Debtor's Post-Trial Answer.

Pursuant to Rule 7012(a) of the Federal Rules of Bankruptcy Procedure ("FRBP"), if a complaint is duly served, "the defendant shall serve an answer within 30 days after the issuance of the summons, except when a different time is prescribed by the court."

Rule 12(f) of the Federal Rules of Civil Procedure ("FRCP"), made applicable by FRBP 7012(b), provides as follows:

---

[1] All capitalized terms not otherwise defined in this Reply shall have the meaning ascribed to them in the Motion.

> The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:
>
> **(1)** on its own; or
>
> **(2)** on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.

Although not provided for in FRCP 12(f), an answer (or other pleading) filed beyond the time permitted by the FRCP may be stricken as untimely if the pleader failed to obtain from the court an extension of time or leave to late-file the pleading. *Barefield v. HSBC Holdings PLC*, 2019 U.S.Dist.LEXIS 29710, at *6 (E.D. Cal. Feb. 22, 2019); *see also Ross v. White*, 2018 U.S.Dist.LEXIS 116508, at *4-5 (C.D. Cal. July 11, 2018) (noting that an answer is considered untimely when the pleader fails to adhere to Rule 12 and does not obtain from the court an extension of time or leave to file the pleading late). It is within the court's discretion whether to strike an untimely answer. *Ross*, 2018 U.S.Dist.LEXIS 116508, at *4-5.

In the Motion, Houser Bros. argues, *inter alia*, that Debtor filed her Post-Trial Answer approximately 19 months late, after trial, and without leave. In response, Debtor claims that she filed her Post-Trial Answer to Houser Bros.'s original complaint, which was not properly amended and not served on her. Opposition at 3-4. The problem for Debtor, however, is that Houser Bros. did serve the original complaint on her, along with its properly filed amended complaint.

On October 18, 2021, Houser Bros. filed its original complaint, and four days later, Houser Bros. filed its amended complaint. Docket Nos. 1, 3. Houser Bros. acted well within its rights to file the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(A) (providing that a party may amend its pleading once as a matter of course within 21 days after serving it); *Liberty Media Holdings, LLC v. Vinigay.com*, 2011 U.S.Dist.LEXIS 26657, at *2 (D. Ariz. Mar. 2, 2011) (finding that because the plaintiff had not served the original complaint on any defendant and no defendant had answered or filed a responsive motion under Rule 12(b), (e), or (f), the plaintiff did not need the court's permission to file a first amended complaint); *see also* Fed. R. Bankr. P. 7015 (providing that Rule 15 of the Federal Rules of Civil Procedure applies in adversary proceedings).

Houser Bros.'s amended complaint superseded the original complaint. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (stating the "well-established rule" in the Ninth Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent"). Even so, on October 25, 2021, as Docket No. 5, Houser Bros. provided proof of timely service of the original complaint, the first amended complaint, and the summons on Debtor by U.S. mail. A true and correct copy of Houser Bros.'s proof of service is attached to the Declaration of D. Edward Hays ("Hays Declaration") as **Exhibit 1**. A true and correct copy of the October 25, 2021, email requesting that Debtor be served with the original and amended complaints is attached to the Hays Declaration as **Exhibit 2**. *See also* Fed. R. Bankr. P. 7004(e) (providing that if service is by any authorized form of mail, the summons and complaint shall be deposited in the mail within 7 days after the summons is issued). In fact, Exhibit 5 to Debtor's Opposition shows the proof of service of both the original complaint and the amended complaint. Opposition at 85-90.

Because the properly served amended complaint superseded the original complaint, it makes no sense that Debtor would file any answer to the original complaint. Further, as discussed in the Motion, the PTS expressly superseded the pleadings. Even if Debtor could file an answer to the original complaint, Debtor's Post-Trial Answer to the original complaint is untimely given that Houser Bros. served the original complaint on her in October 2021. *See* Fed. R. Bankr. P. 7012(a).

Debtor has not provided adequate justification for the untimely filing of the Post-Trial Answer without leave of the Court, and Houser Bros. requests that the Court grant the Motion and strike the Post-Trial Answer.

### B. Debtor's untimely filing of the Opposition can be deemed consent to the granting of the Motion.

Under Local Bankruptcy Rule 9013-1(f)(1), "each interested party opposing or responding to the motion must file and serve the response (Response) on the moving party and the United States trustee not later than 14 days before the date designated for hearing." "[I]f a party does not timely file and serve documents, the court may deem this to be consent to the granting or denial of the motion, as the case may be." Loc. Bankr. R. 9013-1(h).

Here, based on a hearing date of August 14, 2023, any opposition to the Motion was due by July 31, 2023. Loc. Bankr. R. 9013-1(f)(1). Debtor, however, filed her Opposition two days late, on August 2, 2023. Docket No. 114. Debtor offers no explanation for her late filing, and the Motion contains proof of service on Debtor by U.S. mail and email on July 11, 2023—more than a month before the scheduled hearing date. Under Local Bankruptcy Rule 9013-1(h), the Court can deem Debtor's untimely opposition as consent to the granting of the Motion.

**4.    Conclusion**

In this case, the Court has already entered judgment denying discharge and Debtor's appeal of that judgment is pending. The unauthorized filing of the Post-Trial Answer is unreasonably and vexatiously multiplying the proceedings wasting judicial and party resources. This Post-Trial Answer is not the only unauthorized pleading filed by Debtor. She recently filed an Answer and Counterclaim to Trustee's fraudulent transfer action even though she is not named as a party. See, Dk. No. 13 in Adv. Case No. 8:23-ap-01064-SC.

Debtor should be admonished that if she continues to file unauthorized pleadings in bad-faith, she may be sanctioned pursuant to 28 U.S.C. § 1927, Rule 9011 of the Federal Rules of Bankruptcy Procedure, and the court's inherent authority to order a party to pay the attorneys' fees of an opposing party that it "would not have incurred but for the bad faith." *Goodyear Tire & Rubber Co. v. Haeger*, 137 S. Ct. 1178 (2017).

For the reasons stated above and in the Motion, Houser Bros. requests an order:

1) Granting the Motion and striking Debtor's Post-Trial Answer; and

2) Awarding such further relief as this Court deems just and proper.

DATED: August 7, 2023    MARSHACK HAYS LLP

By: /s/ D. Edward Hays
D. EDWARD HAYS
BRADFORD N. BARNHARDT
Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

## Declaration of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5. I am a partner in the law firm of Marshack Hays LLP ("Firm"), attorneys of record for Plaintiff, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.").

6. I reviewed the docket in this case prior to execution of this Declaration to refresh my memory as to the dates on which particular documents were filed.

7. I make this Declaration in support of Houser Bros.'s Reply in Support of Motion to Strike Debtor's Post-Trial Answer.

8. A true and correct copy of Houser Bros.'s proof of service of the original complaint, amended complaint, and summons in this adversary proceeding is attached as **Exhibit 1**.

9. A true and correct copy of an October 25, 2021, email, provided to me, requesting that Debtor be served with the original and amended complaints is attached as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2023.

/s/ D. Edward Hays
D. EDWARD HAYS

**EXHIBIT 1**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>D Edward Hays<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620<br><br>949-333-7777<br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>Jamie Lynn Gallian<br><br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-ES<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 8:21-ap-01097-ES |
|---|---|
| Houser Bros. Co.<br>**(See Attachment A for names of additional plaintiffs)**<br>Plaintiff(s)<br>Versus<br>Jamie Lynn Gallian<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **11/18/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**               **January 6, 2022**
    **Time:**              **09:30 AM**
    **Hearing Judge:**   **Erithe A. Smith**
    **Location:**         **411 W Fourth St., Crtrm 5A, Santa Ana, CA 92701**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                       Page 1                         **F 7004-1.SUMMONS.ADV.PROC**

EXHIBIT 1, PAGE 8

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                             **KATHLEEN J. CAMPBELL**
                                             **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>October 19, 2021</u>

                                         By: <u>"s/" Tina Duarte</u>
                                                   Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                         Page 2                        **F 7004–1.SUMMONS.ADV.PROC**

EXHIBIT 1, PAGE 9

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Houser Bros. Co.<br>Rancho Del Rey Mobile Home Estates | Jamie Lynn Gallian |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** and (2) the accompanying pleading(s) entitled:

_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005–2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
*Date*                    *Printed Name*                                        *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                                   **F 7004–1.SUMMONS.ADV.PROC**

EXHIBIT 1, PAGE 11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **1. FIRST AMENDED COMPLAINT TO (1) DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523 (a)(2)(A) and (a)(6); (2) DENY DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5);** 2. SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; **3. COMPLAINT TO (1) DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523 (a)(2)(A) and (a)(6); (2) DENY DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5);** AND 4. ADVERSARY **PROCEEDING COVER SHEET** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 25, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 25, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR AND DEFENDANT
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SP#376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 25, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2021 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

EXHIBIT 1, PAGE 12

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Cont.

    - **Jeffrey I Golden (TR)**    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
    - **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
    - **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
    - **Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
    - **Valerie Smith**    claims@recoverycorp.com
    - **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 1, PAGE 13

**EXHIBIT 2**

# Layla Buchanan

| | |
|---|---|
| **From:** | Layla Buchanan |
| **Sent:** | Thursday, August 3, 2023 12:57 PM |
| **To:** | Bradford N. Barnhardt |
| **Subject:** | FW: Houser v Gallian - Service of Summons and Complaints |
| **Attachments:** | Bankr.C.D.Cal._8-21-ap-01097_3.pdf; 10-25-21 Houser v Gallian - Notice to Defendant 4887-2553-6768 v.pdf; Summons - Service Executed - Bankr.C.D.Cal._8-21-ap-01097_2.pdf; Bankr.C.D.Cal._8-21-ap-01097_1_1.pdf; Bankr.C.D.Cal._8-21-ap-01097_1.pdf |

**From:** Layla Buchanan
**Sent:** Monday, October 25, 2021 5:29 PM
**To:** Operator <Operator@MarshackHays.com>
**Cc:** Laila Masud <LMasud@marshackhays.com>
**Subject:** Houser v Gallian - Service of Summons and Complaints

Please serve on the following:

Okay for double-sided.

DEBTOR AND DEFENDANT
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SP#376
HUNTINGTON BEACH, CA 92649


LAYLA B

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **REPLY IN SUPPORT OF MOTION TO STRIKE DEBTOR'S POST-TRIAL ANSWER FILED WITHOUT LEAVE OF COURT; DECLARATION OF D. EDWARD HAYS IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 7, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net; kadele@go2.law; C205@ecfcbis.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **August 7, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 7, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **VIA PERSONAL DELIVERY:** | **VIA OVERNIGHT MAIL & EMAIL:** |
|---|---|
| **PRESIDING JUDGE'S COPY** | **DEFENDANT / DEBTOR** |
| HONORABLE SCOTT C. CLARKSON | JAMIE LYNN GALLIAN |
| UNITED STATES BANKRUPTCY COURT | 16222 MONTEREY LN SP #376 |
| CENTRAL DISTRICT OF CALIFORNIA | HUNTINGTON BEACH, CA 92649 |
| RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE | |
| 411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C | |
| SANTA ANA, CA 92701-4593 | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4893-8835-6352, v. 2

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**