| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Plaintiff, Houser Bros. Co. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN,<br><br><br><br>                                                                                   Debtor(s). | CASE NO.: 8:21-bk-11710-ES<br>CHAPTER: 7<br>ADVERSARY NO.: 8:21-ap-01097-ES |
|---|---|
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>                                                               Plaintiff(s),<br>vs.<br>JAMIE LYNN GALLIAN<br><br><br><br>                                                               Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]):<br>Motion to Strike Debtor's Post-Trial Answer<br>Filed Without Leave of Court |

PLEASE TAKE NOTE that the order or judgment titled  Order Granting Motion to Strike Debtor's Post-Trial Answer Filed Without Leave of Court
was lodged on (*date*) 08/21/2023 and is attached.  This order relates to the motion which is docket number 107 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1                         **F 9021-1.2.ADV.NOTICE.LODGMENT**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | ORDER GRANTING MOTION TO STRIKE DEBTOR'S POST-TRIAL ANSWER FILED WITHOUT LEAVE OF COURT<br><br>Date: August 14, 2023<br>Time: 10:30 a.m.<br>Courtroom: 5C<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

On July 11, 2023, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") filed a "Motion to Strike Debtor's Post-Trial Answer Filed Without Leave of Court" ("Motion"). Docket No. 107.

On August 2, 2023, Debtor and Defendant, Jamie Lynn Gallian ("Debtor"), filed an "Opposition to Strike Debtor's Answer to Doc 1" ("Opposition"). Docket No. 114.

On August 7, 2023, Houser Bros. filed a "Reply in Support of Motion to Strike Debtor's Post-Trial Answer Filed Without Leave of Court" ("Reply"). Docket No. 115.

1

1  The Motion came on for hearing on August 14, 2023, at 10:30 a.m. D. Edward Hays, Esq., appeared on behalf of Houser Bros. Debtor appeared pro per. The Court, having considered the Motion, Opposition, and Reply, as well as the arguments made on the record during the hearing, and for the reasons stated on the record during the hearing, hereby orders as follows:

IT IS ORDERED that:

1. The Motion is granted; and
2. The "Answer of Jamie Lynn Gallian," Docket No. 93, shall be stricken.

### #