D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**AUG 29 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | ORDER GRANTING MOTION TO STRIKE DEBTOR'S POST-TRIAL ANSWER FILED WITHOUT LEAVE OF COURT<br><br>Date: August 14, 2023<br>Time: 10:30 a.m.<br>Courtroom: 5C<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

On July 11, 2023, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") filed a "Motion to Strike Debtor's Post-Trial Answer Filed Without Leave of Court" ("Motion"). Docket No. 107.

On August 2, 2023, Debtor and Defendant, Jamie Lynn Gallian ("Debtor"), filed an "Opposition to Strike Debtor's Answer to Doc 1" ("Opposition"). Docket No. 114.

On August 7, 2023, Houser Bros. filed a "Reply in Support of Motion to Strike Debtor's Post-Trial Answer Filed Without Leave of Court" ("Reply"). Docket No. 115.

1

The Motion came on for hearing on August 14, 2023, at 10:30 a.m. D. Edward Hays, Esq., appeared on behalf of Houser Bros. Debtor appeared pro per. The Court, having considered the Motion, Opposition, and Reply, the docket as a whole, as well as the arguments made on the record during the hearing, and for the reasons stated on the record during the hearing, hereby orders as follows:

IT IS ORDERED that:

1. The Motion is granted; and
2. The "Answer of Jamie Lynn Gallian," Docket No. 93, shall be stricken.

### #

Date: August 29, 2023

Scott C. Clarkson
United States Bankruptcy Judge