| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Bradford N. Barnhardt #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Tel: (949) 333-7777<br>Fax: (949) 333-7778<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Bradford N. Barnhardt__ , __328705__ , __bbarnhardt@marshackhays.com__
   *Name*                               *Bar ID Number*                    *E-Mail Address*

   ❏ am **counsel of record** or
   ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

   ☑ am **counsel of record** or
   ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name _MARSHACK HAYS WOOD LLP_____
New Address_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 10/9/23                                        /s/ Bradford N. Barnhardt
                                                      Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

## BRADFORD N BARNHARDT #328705

| Case Number | Case Name | Chapter |
|---|---|---|
| 1:22-bk-10071-VK | In re U.S. Brake Masters, Inc. | 7 |
| 2:23-ap-01112-VZ | Pringle v. Lerman | ADV |
| 2:23-ap-01114-VZ | Pringle v. Lerman | ADV |
| 6:11-ap-01735-SY | Clark v. Arciniega | ADV |
| 6:21-bk-14256-SY | In re West Coast Tiny Homes, LLC | 7 |
| 6:21-bk-15828-SY | In re Randy Joel Perez and Veronica Sanchez | 7 |
| 6:21-bk-16238-SY | In re Ana Maria Jhohana Penunuri | 7 |
| 6:22-ap-01094-WJ | Trilogy at La Quinta Maintenance Association v. Stratospheric Holdings 4, LLC, et al. | ADV |
| 6:22-ap-01103-SY | Whitmore v. Manistee Capital Group LLC | ADV |
| 6:22-bk-10523-SY | In re Tom Zhang | 7 |
| 6:22-bk-14008-WJ | In re CBGM LLC | 7 |
| 6:23-ap-01071-SY | Simons v. Simjee, et al. | ADV |
| 6:23-bk-13143-WJ | In re James Anthony Martin | 7 |
| 8:11-bk-20448-SC | In re Yan Sui | 7 |
| 8:20-bk-13070-TA | In re Atanacia Contreras | 7 |
| 8:21-ap-01097-SC | Houser Bros. Co. v. Gallian | ADV |
| 8:21-bk-10374-SC | In re George Robertson Christie | 7 |
| 8:21-bk-11352-TA | In re Don Teruo Kojima and Susan Lorraine Kojima | 7 |
| 8:21-bk-11710-SC | In re Jamie Lynn Gallian | 7 |
| 8:23-ap-01040-TA | Marshack v. Kojima, et al. | ADV |
| 8:23-ap-01064-SC | Golden, et al. v. J-Sandcastle Co LLC, et al. | ADV |
| 8:23-bk-10992-SC | In re Brett Howard Del Valle | 7 |
| 9:22-bk-10944-RC | In re Eleanor S. O'Bryon Fisher Trust | 7 |