| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Houser Bros. Co. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Jamie Lynn Gallian<br><br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: 8:21-ap-01097-SC<br>CHAPTER: 7 |
|---|---|
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s).<br>vs.<br>Jamie Lynn Gallian,<br><br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 12/05/2023<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
    N/a

**B. <u>READINESS FOR TRIAL</u>:**

1.  When will you be ready for trial in this case?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Trial was held on Plaintiff's Section 727 claims on April 26, 2023. Please see Section G regarding Plaintiff's remaining claims and the appeal status. | |

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Please see Section G. | |

3.  When do you expect to complete <u>your</u> discovery efforts?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Discovery is completed. | |

4.  What additional discovery do you require to prepare for trial?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Discovery is completed. | |

**C. <u>TRIAL TIME</u>:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Please see Section G. | |

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | Please see Section G. | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Please see Section G. | |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |
| Please see Section G. | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

### E. SETTLEMENT:

1. What is the status of settlement efforts?
   Please see Section G.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   August 19, 2022

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                         Page 3                         F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's Comments: Trial was held on Plaintiff's Section 727 claims on April 26, 2023. On May 23, 2023, as Docket No. 81, the Court issued a Memorandum Decision finding in favor of Plaintiff and against Defendant pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5). On May 30, 2023, Debtor filed a notice of appeal and election to proceed in District Court (USDC Case No.: 8:23-cv-00961-WLH, the "District Court Appeal"). Briefing is completed in the District Court Appeal, and the District Court has taken the matter under submission. See District Court Appeal, Docket No. 25.

On July 7, 2023, this Court entered: (1) "Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. [Sections] 727(a)(2)(A), (a)(4), and (a)(5)," Docket No. 100; and (2) "Order After Status Conference Re: 11 U.S.C. [Section] 523 Claims," Docket No. 101. The Court ordered that pending the judgment becoming final and no longer subject to appeal, Plaintiff's remaining claims under Section 523 would be held in abeyance. The Court continued the June 27, 2023, status conference to December 5, 2023, as a holding date on the abeyance and status of any appeal of the judgment.

Because the District Court Appeal is still pending, Houser Bros. respectfully requests that the December 5, 2023, status conference be continued for approximately three months. Should the judgment become final and no longer subject to appeal in the meantime, Houser Bros. will file a statement advising the Court as to its intent regarding the Section 523 claims.

Respectfully submitted,

Date: 11/21/2023

MARSHACK HAYS WOOD LLP
Printed name of law firm

/s/ Bradford N. Barnhardt
Signature

Bradford N. Barnhardt
Printed name

Attorney for: Houser Bros. Co.

[SEE ATTACHED FOR DEFENDANT'S COMMENTS TO JOINT STATUS REPORT]

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    F 7016-1.STATUS.REPORT

# JOINT STATUS REPORT

# DEFENDANT'S COMMENTS

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JAMIE LYNN GALLIAN<br>16222 MONTEREY LANE UNIT 376<br>HUNTINGTON BEACH, CA 92649<br>(714)321-3449<br>jamiegallian@gmail.com<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Jamie Lynn Gallian<br><br><br>Debtor(s). | CASE NO.:   8:21-bk-11710-SC<br>ADVERSARY NO.:   8:21-ap-01097-SC<br>CHAPTER:   7 |
| HOUSER BROS. CO. A California General Partership dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s).<br>vs.<br>Jamie Lynn Gallian,<br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:   12/05/2023<br>TIME:   1:30 p.m.<br>COURTROOM:   5C<br>ADDRESS:   411 West Fourth Street<br>                          Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

| | | | |
|---|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☐ Yes | ☒ No |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☐ Yes | ☒ No |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☐ Yes | ☒ No |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 1                              **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. <u>**READINESS FOR TRIAL**</u>:

1. When will you be ready for trial in this case?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | Because the District Court Appeal is still pending, JAMIE GALLIAN respectfully requests that the December 5, 2023, status conference be continued for approximately FIVE months to May 7, 2024. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | Because the District Court Appeal is still pending, JAMIE GALLIAN respectfully requests that the December 5, 2023, status conference be continued for approximately FIVE months to May 7, 2024. |

3. When do you expect to complete <u>your</u> discovery efforts?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | Discovery has not been completed |

4. What additional discovery do you require to prepare for trial?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | |

C. <u>**TRIAL TIME**</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | 1 Day |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | | |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* — Page 2 — **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                          <u>Defendant</u>

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| | Please see comments in Section G |

<u>Plaintiff</u>                                          <u>Defendant</u>

Pretrial conference should be set <u>after</u>:              Pretrial conference should be set <u>after</u>:

(*date*) _____                                   (*date*) 4/2/2024

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                          <u>Defendant</u>

☐ Yes   ☒ No                                     ☒ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 3                          **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

DEFENDANT'S Comments:

One Day Trial was held for Park Operator, Plaintiff Houser Bros Co. dba Ranch Del Rey Mobilhome Esrtates to Present it's theories for almost 8 hours in support of its Section 727 claims on April 26, 2023. Debtor was not allowed an equitable amount of time to present her theories and to demonstrate Houser's objective facts are clearly not supported by the record; or the information included in the Debtors multiple sets of Amended Schedules. Plaintiff claims the information is not included. Debtor was not given equitable Court time to demonstrate to the court Debtor schedules did indeed disclose in her Petitions and Schedules all the information Plaintiff complained was not disclosed.

\On May 23, 2023, as Docket No. 81, the Court issued a Memorandum Decision finding in favor of Plaintiff and against Defendant pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5).

(1) On May 30, 2023, Debtor filed a notice of appeal and election to proceed in District Court (USDC Case No.: 8:23-cv-00961-WLH, the "District Court Appeal"). Briefing is completed in the District Court Appeal, and on October 18, 2023, the District Court has taken the matter under submission. See District Court Appeal, Docket No. 25.

(2) "Order After Status Conference Re: 11 U.S.C. [Section] 523 Claims," Docket No. 101. The Court ordered that pending the judgment becoming final and no longer subject to appeal, Plaintiff's remaining claims under Section 523 would be held in abeyance.

The Court continued the June 27, 2023, status conference to December 5, 2023, as a holding date on the abeyance and status of any appeal of the judgment.

Respectfully submitted,

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

Date: 11/27/2023

_____
Printed name of law firm

/s/ Jamie Lynn Gallian_____
Signature

Jamie Lynn Gallian_____
Printed name

Attorney for: In Pro Se_____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 4     **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 28, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net; kadele@go2.law; C205@ecfcbis.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 28, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 28, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4893-8835-6352, v. 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**