D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor.<br><br>HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC<br><br>NOTICE OF ERRATA RE: DEFENDANT'S SIGNATURE PAGE ON JOINT STATUS REPORT<br><br>[DK. NO. 123] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, DEFENDANT JAMIE LYNN GALLIAN, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on November 28, 2023, as Dk. No. 123, Plaintiff, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES, filed a Joint Status Report ("JSR"). In that JSR, Defendant submitted an incorrect signature page. Attached as Exhibit 1 is Defendant's correct and signed JSR.

1
NOTICE OF ERRATA

4886-1591-1427,v.1

1
2   DATED: November 30, 2023      MARSHACK HAYS WOOD LLP

3                                   By: */s/ Laila Masud*

4                                       D. EDWARD HAYS
LAILA MASUD
BRADFORD N. BARNHARDT
Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

2
NOTICE OF ERRATA

4886-1591-1427,v.1

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JAMIE LYNN GALLIAN<br>16222 MONTEREY LANE UNIT 376<br>HUNTINGTON BEACH, CA 92649<br>(714)321-3449<br>jamiegallian@gmail.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Jamie Lynn Gallian<br><br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: 8:21-ap-01097-SC<br>CHAPTER: 7 |
|---|---|
| HOUSER BROS. CO. A California General Partership dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s).<br>vs.<br>Jamie Lynn Gallian,<br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 12/05/2023<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☐ Yes ☒ No
2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 1                    F 7016-1.STATUS.REPORT

EXHIBIT "1"
Page 3

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," please explain below (*or on attached page*):

B. <u>**READINESS FOR TRIAL**</u>:

1. When will you be ready for trial in this case?

    <u>Plaintiff</u>

    <u>Defendant</u>
    Because the District Court Appeal is still pending, JAMIE GALLIAN respectfully requests that the December 5, 2023, status conference be continued for approximately FIVE months to May 7, 2024.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    <u>Plaintiff</u>

    <u>Defendant</u>
    Because the District Court Appeal is still pending, JAMIE GALLIAN respectfully requests that the December 5, 2023, status conference be continued for approximately FIVE months to May 7, 2024.

3. When do you expect to complete *your* discovery efforts?

    <u>Plaintiff</u>

    <u>Defendant</u>
    Discovery has not been completed

4. What additional discovery do you require to prepare for trial?

    <u>Plaintiff</u>

    <u>Defendant</u>

C. <u>**TRIAL TIME**</u>:

1. What is your estimate of the time required to present *your side of the case* at trial (*including rebuttal stage if applicable*)?

    <u>Plaintiff</u>

    <u>Defendant</u>
    1 Day

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

    <u>Plaintiff</u>

    <u>Defendant</u>

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015      Page 2      F 7016-1.STATUS.REPORT

EXHIBIT "1"
Page 4

3. How many exhibits do you anticipate using at trial?

    <u>Plaintiff</u>                                         <u>Defendant</u>

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                                <u>Defendant</u>
Pretrial conference ☐ is ☐ is not requested        Pretrial conference ☒ is ☐ is not requested
Reasons:                                                   Reasons:
                                                           Please see comments in Section G

<u>Plaintiff</u>                                                <u>Defendant</u>
Pretrial conference should be set <u>after</u>:            Pretrial conference should be set <u>after</u>:
(date) _____                                          (date) 4/2/2024

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?    ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

    <u>Plaintiff</u>                                        <u>Defendant</u>
    ☐ Yes  ☐ No                                            ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 3                          F 7016-1.STATUS.REPORT

EXHIBIT "1"
Page 5

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☒ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (Use additional page if necessary)

DEFENDANT'S Comments:
One Day Trial was held for Park Operator, Plaintiff Houser Bros Co. dba Ranch Del Rey Mobilhome Esrtates to Present it's theories for almost 8 hours in support of its Section 727 claims on April 26, 2023. Debtor was not allowed an equitable amount of time to present her theories and to demonstrate Houser's objective facts are clearly not supported by the record; or the information included in the Debtors multiple sets of Amended Schedules. Plaintiff claims the information is not included. Debtor was not given equitable Court time to demonstrate to the court Debtor schedules did indeed disclose in her Petitions and Schedules all the information Plaintiff complained was not disclosed.

\On May 23, 2023, as Docket No. 81, the Court issued a Memorandum Decision finding in favor of Plaintiff and against Defendant pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5).

(1) On May 30, 2023, Debtor filed a notice of appeal and election to proceed in District Court (USDC Case No.: 8:23-cv-00961-WLH, the "District Court Appeal"). Briefing is completed in the District Court Appeal, and on October 18, 2023, the District Court has taken the matter under submission. See District Court Appeal, Docket No. 25.

(2) "Order After Status Conference Re: 11 U.S.C. [Section] 523 Claims," Docket No. 101. The Court ordered that pending the judgment becoming final and no longer subject to appeal, Plaintiff's remaining claims under Section 523 would be held in abeyance.
The Court continued the June 27, 2023, status conference to December 5, 2023, as a holding date on the abeyance and status of any appeal of the judgment.

Respectfully submitted,

Date: _____

Printed name of law firm
_____

Signature
_____

Printed name

Attorney for: _____

Date: 11/27/2023

Printed name of law firm
_____

/s/ Jamie Lynn Gallian
Signature

Jamie Lynn Gallian
Printed name

Attorney for: In Pro Se

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015        Page 4        F 7016-1.STATUS.REPORT

EXHIBIT "1"
Page 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled**: NOTICE OF ERRATA RE: DEFENDANT'S SIGNATURE PAGE ON JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 30, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **November 30, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT / DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 30, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2023 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
   - **CHAPTER 7 TRUSTEE:** Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net; kadele@go2.law; C205@ecfcbis.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

4893-8835-6352, v. 2

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**