| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* HOUSER BROS. CO. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Jamie Lynn Gallian | CASE NO.: 8:21-bk-11710-SC |
|---|---|
| | ADVERSARY NO.: 8:21-ap-01097-SC |
| Debtor(s). | CHAPTER: 7 |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s).<br>vs.<br>Jamie Lynn Gallian<br><br>Defendant(s). | **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE: 03/26/2024<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes   ☐ No
3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes   ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes   ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   N/a

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?
      
      <u>Plaintiff</u>                                           <u>Defendant</u>
      
      Trial was held on Plaintiff's Section 727 claims on
      April 26, 2023. Please see Section G regarding
      Plaintiff's remaining claims and the appeal status.

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      
      <u>Plaintiff</u>                                           <u>Defendant</u>
      
      Please see Section G.

   3. When do you expect to complete <u>your</u> discovery efforts?
      
      <u>Plaintiff</u>                                           <u>Defendant</u>
      
      Discovery is completed.

   4. What additional discovery do you require to prepare for trial?
      
      <u>Plaintiff</u>                                           <u>Defendant</u>
      
      Discovery is completed.

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
      
      <u>Plaintiff</u>                                           <u>Defendant</u>
      
      Please see Section G.

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?
      
      <u>Plaintiff</u>                                           <u>Defendant</u>
      
      Please see Section G.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |

Please see Section G.

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |

Pretrial conference ☐ is ☒ is not requested    Pretrial conference ☐ is ☐ is not requested
Reasons:    Reasons:

Please see Section G.

| Plaintiff | Defendant |

Pretrial conference should be set after:    Pretrial conference should be set after:

(*date*) _____    (*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Please see Section G.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   August 19, 2022

3. Do you want this matter sent to mediation at this time?

   Plaintiff                                              Defendant

   ☐ Yes  ☒ No                                           ☐ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 3                    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's Comments: Trial was held on Plaintiff's Section 727 claims on April 26, 2023. On May 23, 2023, as Docket No. 81, the Court issued a Memorandum Decision finding in favor of Plaintiff and against Defendant pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5). On May 30, 2023, Debtor filed a notice of appeal and election to proceed in District Court (USDC Case No.: 8:23-cv-00961-WLH, the "District Court Appeal"). Briefing is completed in the District Court Appeal, and the District Court has taken the matter under submission. See District Court Appeal, Docket No. 25.

On July 7, 2023, this Court entered: (1) "Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. [Sections] 727(a)(2)(A), (a)(4), and (a)(5)," Docket No. 100; and (2) "Order After Status Conference Re: 11 U.S.C. [Section] 523 Claims," Docket No. 101. The Court ordered that pending the judgment becoming final and no longer subject to appeal, Plaintiff's remaining claims under Section 523 would be held in abeyance. The Court continued the June 27, 2023, status conference to December 5, 2023, as a holding date on the abeyance and status of any appeal of the judgment.

Because the District Court Appeal is still pending, Houser Bros. respectfully requests that the March 26, 2024, status conference be continued for approximately three months. Should the judgment become final and no longer subject to appeal in the meantime, Houser Bros. will file a statement advising the Court as to its intent regarding the Section 523 claims.

Respectfully submitted,

Date: 03/12/2024                                              Date: _____

MARSHACK HAYS WOOD LLP                           _____
Printed name of law firm                                     Printed name of law firm


/s/ D. Edward Hays                                              _____
Signature                                                             Signature

D. Edward Hays                                                    _____
Printed name                                                        Printed name

Attorney for: Houser Bros. Co.                            Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    F 7016-1.STATUS.REPORT

## Declaration of Bradford N. Barnhardt

I, BRADFORD N. BARNHARDT, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5. I am an associate attorney of the law firm of Marshack Hays Wood LLP ("Firm"), attorneys of record for Plaintiff, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros." or "Plaintiff").

6. I make this Declaration regarding Plaintiff's Unilateral Status Report.

7. On March 12, 2024, I circulated a joint status report to Jamie Lynn Gallian ("Ms. Gallian") by email for her to submit her contributions.

8. I have since sent multiple follow-up emails.

9. On March 19, 2024, I advised Ms. Gallian that if she did not send her contributions to the joint status report by noon, Plaintiff would proceed with filing a unilateral status report.

10. Although Ms. Gallian advised that she would send her contributions by 4:00 p.m. on March 18, 2024, her contributions have not been received as of the time of this Declaration, which is after noon on March 19, 2024.

11. A true and correct copy of the email correspondence between myself and Ms. Gallian regarding the status report is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2024.

*Bradford N. Barnhardt*
_____
BRADFORD N. BARNHARDT

**EXHIBIT 1**

**Layla Buchanan**

| | |
|---|---|
| **From:** | Bradford N. Barnhardt |
| **Sent:** | Tuesday, March 19, 2024 9:07 AM |
| **To:** | Jamie Gallian |
| **Cc:** | Ed Hays; Layla Buchanan |
| **Subject:** | RE: Due Today - Houser Bros. v. Gallian Joint Status Report |
| **Attachments:** | Gallian JSR.pdf |

Good morning Ms. Gallian,

Please send us your contributions to the joint status report as soon as possible. Our unilateral status report is due today. If we do not receive your contributions to the joint status report, with your handwritten signature, by noon, we will proceed with filing a unilateral status report.

The joint status report is attached to this email for your convenience.

Thank you,

Brad Barnhardt

  

---

**From:** Bradford N. Barnhardt
**Sent:** Monday, March 18, 2024 5:34 PM
**To:** Jamie Gallian <jamiegallian@gmail.com>
**Cc:** Ed Hays <Ehays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** RE: Due Today - Houser Bros. v. Gallian Joint Status Report

Thank you, Ms. Gallian. Please submit your contributions as soon as you can for filing tomorrow.

Thanks,

Brad Barnhardt

  

1

**From:** Jamie Gallian <jamiegallian@gmail.com>
**Sent:** Monday, March 18, 2024 11:56 AM
**To:** Bradford N. Barnhardt <bbarnhardt@marshackhays.com>
**Cc:** Ed Hays <EHays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** Re: Due Today - Houser Bros. v. Gallian Joint Status Report

Sorry for the delay.

I will forward to you before 4pm today.
Thank you~
Jamie Gallian
Sent from my iPhone

> On Mar 18, 2024, at 11:33 AM, Bradford N. Barnhardt <bbarnhardt@marshackhays.com> wrote:
>
>
> Dear Ms. Gallian,
>
> We are following up on the attached joint status report. Please complete your portion of the report and return a hand-signed copy to us by email as soon as possible for filing with the Court. The report is past-due. If we do not receive your contributions, the Local Bankruptcy Rules will require us to file a unilateral status report tomorrow.
>
> Thanks,
>
> Brad Barnhardt
>
> <image001.png>

**From:** Bradford N. Barnhardt
**Sent:** Friday, March 15, 2024 9:41 AM
**To:** jamiegallian@gmail.com
**Cc:** Ed Hays <Ehays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** FW: Due Today - Houser Bros. v. Gallian Joint Status Report

Dear Ms. Gallian,

We are following up on the attached joint status report. Please complete your portion of the report and return a hand-signed copy to us by email as soon as possible for filing with the Court. The report is now past-due. If we do not receive your contributions, the Local Bankruptcy Rules will require us to file a unilateral status report on Tuesday.

Thanks,

Brad Barnhardt

<image001.png>

---

**From:** Bradford N. Barnhardt
**Sent:** Wednesday, March 13, 2024 5:30 PM
**To:** jamiegallian@gmail.com
**Cc:** Ed Hays <Ehays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** FW: Due Today - Houser Bros. v. Gallian Joint Status Report

Dear Ms. Gallian,

We are following up on the attached joint status report. Please complete your portion of the report and return a hand-signed copy to us by email as soon as possible for filing with the Court. The report is now past-due.

Thanks,

Brad Barnhardt

<image001.png>

---

**From:** Bradford N. Barnhardt
**Sent:** Tuesday, March 12, 2024 5:07 PM
**To:** jamiegallian@gmail.com
**Cc:** Ed Hays <Ehays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** Due Today - Houser Bros. v. Gallian Joint Status Report

Dear Ms. Gallian,

Attached, please find an updated *Houser Bros. v. Gallian* joint status report. Today is the filing deadline. Could you please complete your portion of the report and return a hand-signed copy to us by email as soon as possible?

Thanks,

Brad Barnhardt

<image001.png>

<Gallian JSR.pdf>

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled**: UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 19, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 19, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT / DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 19, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130
SANTA ANA, CA 92701-4593

Via Email Delivery to Jamie Lynn Gallian

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 19, 2024   Layla Buchanan | /s/ Layla Buchanan |
|---|---|
| Date         Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
   - **CHAPTER 7 TRUSTEE:** Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net; kadele@go2.law; C205@ecfcbis.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

4893-8835-6352, v. 2

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**