| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* HOUSER BROS. CO. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Jamie Lynn Gallian<br><br><br><br>Debtor(s). | CASE NO.:  8:21-bk-11710-SC<br><br>ADVERSARY NO.:  8:21-ap-01097-SC<br><br>CHAPTER:  7 |
|---|---|
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br><br><br>Plaintiff(s).<br><br>vs.<br><br>Jamie Lynn Gallian<br><br><br><br>Defendant(s). | **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE:  06/11/2024<br>TIME:  1:30 p.m.<br>COURTROOM:  5C<br>ADDRESS:  411 West Fourth Street<br>  Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

## A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No

3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
    N/a

**B.  <u>READINESS FOR TRIAL</u>:**

1.  When will you be ready for trial in this case?

    <u>Plaintiff</u>                                                          <u>Defendant</u>

    Trial was held on Plaintiff's Section 727 claims on
    April 26, 2023. Please see Section G regarding
    Plaintiff's remaining claims and the appeal status.

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    <u>Plaintiff</u>                                                          <u>Defendant</u>

    Please see Section G.

3.  When do you expect to complete <u>your</u> discovery efforts?

    <u>Plaintiff</u>                                                          <u>Defendant</u>

    Discovery is completed.

4.  What additional discovery do you require to prepare for trial?

    <u>Plaintiff</u>                                                          <u>Defendant</u>

    Discovery is completed.

**C.  <u>TRIAL TIME</u>:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    <u>Plaintiff</u>                                                          <u>Defendant</u>

    Please see Section G.

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

    <u>Plaintiff</u>                                                          <u>Defendant</u>

    Please see Section G.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                      <u>Defendant</u>

Please see Section G.

**D.  <u>PRETRIAL CONFERENCE</u>:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                      <u>Defendant</u>

Pretrial conference ☐ is ☒ is not requested       Pretrial conference ☐ is ☐ is not requested
Reasons:                                            Reasons:

Please see Section G.

<u>Plaintiff</u>                                      <u>Defendant</u>

Pretrial conference should be set <u>after</u>:      Pretrial conference should be set <u>after</u>:

(*date*) _____                              (*date*) _____

**E.  <u>SETTLEMENT</u>:**

1.  What is the status of settlement efforts?

Please see Section G.

2.  Has this dispute been formally mediated?   ☒ Yes   ☐ No
    If so, when?
    August 19, 2022

3.  Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                      <u>Defendant</u>

☐ Yes   ☒ No                                        ☐ Yes   ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F.**  **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|                        <u>Plaintiff</u>                        |                        <u>Defendant</u>                        |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G.**  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's Comments: Trial was held on Plaintiff's Section 727 claims on April 26, 2023. On May 23, 2023, as Docket No. 81, the Court issued a Memorandum Decision finding in favor of Plaintiff and against Defendant pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5). On May 30, 2023, Debtor filed a notice of appeal and election to proceed in District Court (USDC Case No.: 8:23-cv-00961-WLH, the "District Court Appeal"). Briefing is completed in the District Court Appeal, and the District Court took the matter under submission on October 18, 2023. See District Court Appeal, Docket No. 25.

On July 7, 2023, this Court entered: (1) "Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. [Sections] 727(a)(2)(A), (a)(4), and (a)(5)," Docket No. 100; and (2) "Order After Status Conference Re: 11 U.S.C. [Section] 523 Claims," Docket No. 101. The Court ordered that, pending the judgment becoming final and no longer subject to appeal, Plaintiff's remaining claims under Section 523 would be held in abeyance. The Court continued the June 27, 2023, status conference to December 5, 2023, as a holding date on the abeyance and status of any appeal of the judgment.

Because the District Court Appeal is still pending, Houser Bros. respectfully requests that the June 11, 2024, status conference be continued for approximately three months. Should the judgment become final and no longer subject to appeal in the meantime, Houser Bros. will file a statement advising the Court as to its intent regarding the Section 523 claims.

Respectfully submitted,

Date:  05/28/2024                                          Date:  _____

MARSHACK HAYS WOOD LLP                           _____
Printed name of law firm                                 Printed name of law firm


 /s/ D. Edward Hays                                       _____
Signature                                                Signature

 D. Edward Hays                                          _____
Printed name                                             Printed name

Attorney for:  Houser Bros. Co.                          Attorney for: _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

### Declaration of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1.  I am an individual over 18 years of age and competent to make this Declaration.

2.  If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.  The facts set forth below are true of my personal knowledge.

4.  I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5.  I am a founding partner of the law firm of Marshack Hays Wood LLP, attorneys of record for Plaintiff, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Plaintiff").

6.  I make this Declaration regarding Plaintiff's Unilateral Status Report.

7.  On May 28, 2024, I circulated a draft of a joint status report to Jamie Lynn Gallian ("Ms. Gallian") by email for her to submit her contributions.

8.  On May 29, 2024, I sent Ms. Gallian an email following up on the joint status report and advising that if her response was not received, Plaintiff would file the required unilateral report.

9.  Throughout this case, Ms. Gallian and I have regularly and primarily communicated by e-mail.

10. As of today's date, no response has been received.

11. True and correct copies of the emails from myself to Ms. Gallian regarding the status report are attached as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2024.

/s/ D. Edward Hays

_____

D. EDWARD HAYS

# EXHIBIT 1

**Layla Buchanan**

| | |
|---|---|
| **From:** | Ed Hays |
| **Sent:** | Wednesday, May 29, 2024 7:20 AM |
| **To:** | Jamie Gallian; Bradford N. Barnhardt; Layla Buchanan |
| **Subject:** | Re: Gallian: Joint Status Report - Due Today |
| **Attachments:** | 05-24-24 - Houser Bros v Gallian - Joint Status Report.pdf |

Jaime:

I'm following-up on the joint status report that was due yesterday. Please reply all to advise if you will be returning the report with your additions and when. If we don't receive your response, we will file the required unilateral report. Thank you.

Ed

---

**From:** Ed Hays <EHays@MarshackHays.com>
**Date:** Tuesday, May 28, 2024 at 7:01 AM
**To:** Jamie Gallian <jamiegallian@gmail.com>, Bradford N. Barnhardt <bbarnhardt@marshackhays.com>, Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** Gallian: Joint Status Report - Due Today

Jaime:

Attached is the draft joint status report due today. Please make any changes and return your signature via reply all. Thanks.

Ed

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **UNILATERAL STATUS REPORT** will be served or was served
**(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 4,
2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **June 4, 2024**, I served the following persons and/or entities at the last
known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT / DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN SP #376
HUNTINGTON BEACH, CA 92649

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on **June 4, 2024**, I served the following persons and/or entities by personal delivery,
overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or
email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge
will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 4, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:

- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net; kadele@go2.law; C205@ecfcbis.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

4893-8835-6352, v. 2

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**