| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Houser Bros. Co. | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>JAMIE LYNN GALLIAN<br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: 8:21-ap-01097-SC<br>CHAPTER: 7 |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff(s).<br>vs.<br>JAMIE LYNN GALLIAN<br><br>Defendant(s). | **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE: 09/24/2024<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 1      **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   N/a

B. <u>**READINESS FOR TRIAL**</u>:

   1. When will you be ready for trial in this case?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Trial was held on Plaintiff's Section 727 claims on April 26, 2023. Please see Section G regarding Plaintiff's remaining claims and the appeal status. | |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Please see Section G. | |

   3. When do you expect to complete <u>your</u> discovery efforts?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Discovery is completed. | |

   4. What additional discovery do you require to prepare for trial?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Discovery is completed. | |

C. <u>**TRIAL TIME**</u>:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Please see Section G. | |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | Please see Section G. | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

|  Plaintiff  |  Defendant  |
|---|---|
| Please see Section G. | |

D.  **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

|  Plaintiff  |  Defendant  |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |
| Please see Section G. | |

|  Plaintiff  |  Defendant  |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) _____ | (*date*) _____ |

E.  **SETTLEMENT:**

1.  What is the status of settlement efforts?

    Please see Section G.

2.  Has this dispute been formally mediated?    ☒ Yes    ☐ No
    If so, when?
    August 19, 2022

3.  Do you want this matter sent to mediation at this time?

|  Plaintiff  |  Defendant  |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                       Page 3                       F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff's Comments: Trial was held on Plaintiff's Section 727 claims on April 26, 2023. On May 23, 2023, as Docket No. 81, the Court issued a Memorandum Decision finding in favor of Plaintiff and against Defendant pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5). On July 7, 2023, the Court entered a "Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5)" ("Judgment").

On May 30, 2023, Debtor filed a notice of appeal and election to proceed in District Court (USDC Case No. 8:23-cv-00961-WLH, the "District Court Appeal"). On July 31, 2024, the District Court entered an "Order on Appeal" ("District Court Order") affirming this Court's denial of Defendant's discharge pursuant to 11 U.S.C. Sections 727(a)(2)(A), (a)(4), and (a)(5). District Court Appeal, Docket No. 26.

Pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), Defendant's deadline to file a notice of appeal of the District Court Order was August 30, 2024. Defendant did not timely file a notice of appeal of the District Court Order, making the Judgment final. Plaintiff intends to voluntarily dismiss the remaining 11 U.S.C. Section 523 claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a), made applicable by Federal Rule of Bankruptcy Procedure 7041. To that end, the parties have signed a stipulation for the dismissal of the Section 523 claims. In the event the remaining claims have not been dismissed by the status conference, Plaintiff respectfully requests that the September 24 status conference be continued for approximately two months, with the expectation that all claims in this adversary proceeding will either be finally resolved or dismissed by the continued date.

Respectfully submitted,

Date: 09/17/2024                                                                   Date: _____

MARSHACK HAYS WOOD LLP                                          _____
Printed name of law firm                                                      Printed name of law firm

/s/ Bradford N. Barnhardt                                                   _____
Signature                                                                              Signature

Bradford N. Barnhardt                                                        _____
Printed name                                                                      Printed name

Attorney for: Houser Bros. Co.                                           Attorney for: _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                         Page 4                                         F 7016-1.STATUS.REPORT

**Declaration of Bradford N. Barnhardt**

I, BRADFORD N. BARNHARDT, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5. I am an associate attorney of the law firm of Marshack Hays Wood LLP ("Firm"), attorneys of record for Plaintiff, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Plaintiff").

6. I make this Declaration regarding Plaintiff's Unilateral Status Report.

7. On September 10, 2024, I circulated a draft of a joint status report to Jamie Lynn Gallian ("Ms. Gallian") by email for her to submit her contributions.

8. Despite multiple follow-up emails, including responses by Ms. Gallian, as of today's date no completed and executed joint status report has been received.

9. Throughout this case, Ms. Gallian and the Firm's attorneys have regularly and primarily communicated by e-mail.

10. On September 17, 2024, the Firm received from Ms. Gallian an executed stipulation to dismiss the 11 U.S.C. § 523 claims. Plaintiff will proceed with filing the stipulation and lodging a proposed order but in the meantime submits this unilateral status report as required by the Local Bankruptcy Rules.

11. Given that the Firm has received the executed stipulation from Ms. Gallian, I updated the language of the status report from what was circulated to Ms. Gallian to reflect the executed stipulation.

12. True and correct copies of the emails between myself and Ms. Gallian regarding the status report are attached as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2024.

/s/ Bradford N. Barnhardt

_____
BRADFORD N. BARNHARDT

**EXHIBIT 1**

# Layla Buchanan

| | |
|---|---|
| **From:** | Jamie Gallian <jamiegallian@gmail.com> |
| **Sent:** | Tuesday, September 17, 2024 4:57 PM |
| **To:** | Bradford N. Barnhardt; Jamie Gallian |
| **Cc:** | Ed Hays; Layla Buchanan |
| **Subject:** | Re: Houser Bros. v. Gallian Stipulation to Dismiss 523 claims |
| **Attachments:** | SIGNED GALLIAN Document_2024-09-17_165402.pdf |

THANK YOU.
SIGNED ATTACHED
Sincerely,


Jamie Gallian
714-321-3449
jamiegallian@gmail.com



On Tue, Sep 17, 2024 at 4:13 PM Bradford N. Barnhardt <bbarnhardt@marshackhays.com> wrote:

> Dear Ms. Gallian,
>
> Please find the Section 523 stipulation attached for your review and signature. Please either send a hand-signed copy or any requested revisions in track-changes.
>
> In the meantime, please return your portions of the joint status report. We will file a unilateral status report at close of business today if we do not receive your signed portions of the joint status report before then.
>
> Thank you,
>
> Brad Barnhardt

1

  

**Bradford Barnhardt**
Associate
www.MarshackHays.com
949.333.7777

---

**From:** Jamie Gallian <jamiegallian@gmail.com>
**Sent:** Tuesday, September 17, 2024 1:03 PM
**To:** Bradford N. Barnhardt <bbarnhardt@marshackhays.com>
**Cc:** Ed Hays <EHays@MarshackHays.com>; Layla Buchanan <LBuchanan@marshackhays.com>
**Subject:** Re: Houser Bros. v. Gallian Stipulation to Dismiss 523 claims

Would you kindly prepare the Stipulation today, so the JSR can reflect the parties signatures requesting dismissal.

Jamie Gallian

Sent from my iPhone

> On Sep 17, 2024, at 9:06 AM, Bradford N. Barnhardt <bbarnhardt@marshackhays.com> wrote:
>
> Dear Ms. Gallian,
>
> We are preparing a draft Section 523 stipulation for your review and execution. In the meantime, please return your portions of the joint status report for filing today. If we do not receive your contributions, the Local Bankruptcy Rules will require us to file a unilateral status report today.
>
> Thank you,
>
> Brad Barnhardt

2

---

**From:** Jamie Gallian <jamiegallian@gmail.com>
**Sent:** Thursday, September 12, 2024 2:10 PM
**To:** Bradford N. Barnhardt <bbarnhardt@marshackhays.com>; Ed Hays <EHays@MarshackHays.com>
**Cc:** Layla Buchanan <LBuchanan@marshackhays.com>; Jamie Gallian <jamiegallian@gmail.com>
**Subject:** Re: Houser Bros. v. Gallian Stipulation to Dismiss 523 claims

The Stipulation to Dismiss 523 Claims is agreeable.

Kindly prepare the Stipulation and send it over for signature.

Sincerely,

Jamie Gallian

Sent from my iPhone

> On Sep 11, 2024, at 10:08 AM, Bradford N. Barnhardt <bbarnhardt@marshackhays.com> wrote:
>
> Dear Ms. Gallian,
>
> Please return your completed and executed portion of the joint status report as soon as possible so we can get it filed. If we do not receive your portion of the status report by next Tuesday, September 17, we will have to file a unilateral status report.

3

We are requesting a three-month continuance of the status conference to allow an abundance of time to get the Section 523 claims dismissed without the need for another status conference. To that end, would you be willing to sign a stipulation with Houser Bros. for the dismissal of the Section 523 claims? If so, that would expedite the dismissal. If not, Houser Bros. will need to obtain a Court order to dismiss the claims, which will take additional time.

Thanks,

Brad Barnhardt

<image001.png>

---

**From:** Jamie Gallian <jamiegallian@gmail.com>
**Sent:** Tuesday, September 10, 2024 8:39 PM
**To:** Ed Hays <EHays@MarshackHays.com>
**Cc:** Layla Buchanan <LBuchanan@marshackhays.com>; Bradford N. Barnhardt <bbarnhardt@marshackhays.com>
**Subject:** Re: Houser Bros. v. Gallian Joint Status Report

Why do you wait until after 5:30p to contact me about the JSR?

I don't think it takes 3 months to dismiss the 523 action.

Jamie Gallian

Sent from my iPhone

4

On Sep 10, 2024, at 5:25 PM, Bradford N. Barnhardt <bbarnhardt@marshackhays.com> wrote:

Dear Ms. Gallian,

Attached, please find a draft of the joint status report in *Houser Bros. v. Gallian*. Please complete your portion of the status report and return an executed copy to us as soon as possible for filing as today is the filing deadline.

Thank you,

Brad Barnhardt

<image001.png>

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled**: UNILATERAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 17, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**: On **September 17, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEFENDANT / DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 17, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2024 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
   - **CHAPTER 7 TRUSTEE:** Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net; kadele@go2.law; C205@ecfcbis.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

4895-9794-0677, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**