D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>    Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>    Defendant. | STIPULATION RE: DISMISSAL OF CLAIMS UNDER 11 U.S.C. §§ 523(a)(2)(A) AND (a)(6)<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

    Plaintiff, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser Bros."), and Defendant, Jamie Lynn Gallian ("Ms. Gallian," and together with Houser Bros., the "Parties"), submit the following stipulation:

**RECITALS**

    A.    On July 9, 2021, Ms. Gallian filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. The filing of the petition commenced the above-captioned bankruptcy case.

1

STIPULATION RE: DISMISSAL OF CLAIMS UNDER 11 U.S.C. §§ 523(a)(2)(A) AND (a)(6)

    B.    On October 18, 2021, Houser Bros. filed an adversary complaint, commencing the above-captioned adversary proceeding ("AP").

    C.    On October 22, 2021, as Docket No. 3, Houser Bros. filed an amended complaint in this AP ("Amended Complaint"), asserting claims pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(6), 727(a)(2)(A), 727(a)(4), and 727(a)(5).

    D.    On October 28, 2021, as Docket No. 6, Ms. Gallian filed an answer to the Amended Complaint.

    E.    On February 15, 2023, as Docket No. 58, the Court entered an "Order . . . Bifurcating Claims for Trial and Setting Status Conference on Remaining Claims," which, *inter alia*, provided that the § 727 claims would proceed to trial on February 23, 2023, and the § 523 claims would be bifurcated and tried at a later date.

    F.    On February 22, 2023, the Court entered an order continuing the trial on the § 727 claims to April 26-27, 2023. Docket No. 64.

    G.    On April 26, 2023, the Court conducted a trial on the § 727 claims.

    H.    On May 23, 2023, as Docket No. 81, the Court issued a "Memorandum Decision After Trial Regarding § 727 Claims; and . . . [Order] Setting Status Conference on Remaining § 523 Claims" ("Memorandum Decision"). The Memorandum Decision, *inter alia*, found in favor of Houser Bros. and against Ms. Gallian pursuant to 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5).

    I.    On May 29, 2023, Ms. Gallian filed a notice of appeal. The appeal was docketed as *Jamie Lynn Gallian v. Houser Bros. Co. (In re Jamie Lynn Gallian)*, United States District Court for the Central District of California ("District Court") Case No. 8:23-cv-00961-WLH ("Appeal").

    J.    On July 7, 2023, the Court entered a "Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5)" ("Judgment"). Docket No. 100.

    K.    That same day, as Docket No. 101, the Court entered an "Order After Status Conference Re: 11 U.S.C. § 523 Claims," which provided, *inter alia*, that pending the Judgment becoming final and no longer subject to appeal, Houser Bros.'s claims under § 523 would be held in abeyance, with Houser Bros. to file a statement advising the Court as to its intent regarding the § 523 claims after the Judgment became final and no longer subject to appeal.

STIPULATION RE: DISMISSAL OF CLAIMS UNDER 11 U.S.C. §§ 523(a)(2)(A) AND (a)(6)

L.  A status conference regarding the § 523(a)(2)(A) and (a)(6) claims is currently set for September 24, 2024, at 1:30 p.m.

M.  On July 31, 2024, the District Court entered an "Order on Appeal," which affirmed the Judgment regarding all § 727 claims ("Order Affirming Judgment"). Appeal, Docket No. 26.

N.  Debtor did not appeal the Order Affirming Judgment and the time to do so has expired. As such, the Judgment is now final and no longer subject to appeal.

O.  Because the Judgment is final, the § 523 claims have been rendered moot and Houser Bros. no longer intends to prosecute them.

P.  Because Defendant has filed her Answer to the Amended Complaint, claims may only be dismissed pursuant to stipulation or court order. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby submit this stipulation for dismissal of Houser Bros.'s claims under § 523.

WHEREFORE, the Parties agree as follows:

## Stipulation

1.  The Amended Complaint's First Claim for Relief, brought pursuant to 11 U.S.C. § 523(a)(2)(A), is dismissed;

2.  The Amended Complaint's Second Claim for Relief, brought pursuant to 11 U.S.C. § 523(a)(6) is dismissed;

3.  Because the Judgment resolved all § 727 claims and this stipulation dismisses all remaining § 523 claims, there will no longer be any pending claims in this adversary proceeding and the Court may enter an order closing the case.

4.  Upon entry of an order approving this Stipulation, the status conference currently set for September 24, 2024, at 1:30 p.m. will come off calendar and appearances will be waived; and

/ / /

/ / /

/ / /

/ / /

/ / /

5. This Stipulation may be executed in one or more counterparts, and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: September 17, 2024

MARSHACK HAYS WOOD LLP

By: */s/ D. Edward Hays*
D. EDWARD HAYS
BRADFORD N. BARNHARDT
Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

DATED: September 17, 2024

By: _____
JAMIE LYNN GALLIAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled**: STIPULATION RE: DISMISSAL OF CLAIMS UNDER 11 U.S.C. SECTIONS 523(a)(2)(A) and (a)(6)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On **September 23 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEFENDANT / DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN SP #376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 23,  2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2024 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
    - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
    - **CHAPTER 7 TRUSTEE:** Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net; kadele@go2.law; C205@ecfcbis.com
    - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
    - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
    - **US TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

4895-9794-0677, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**