D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

**FILED & ENTERED**

SEP 23 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>Adv. No. 8:21-ap-01097-SC |
| HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE LYNN GALLIAN,<br><br>Defendant. | ORDER APPROVING STIPULATION RE: DISMISSAL OF CLAIMS UNDER 11 U.S.C. §§ 523(a)(2)(A) AND (a)(6)<br><br>[NO HEARING REQUIRED] |

The Court has read and considered the Stipulation ("Stipulation")[1] entered into between Plaintiff, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser Bros."), and Defendant, Jamie Lynn Gallian ("Ms. Gallian," and together with Houser Bros., the "Parties"), filed on September 23, 2024, and has found good cause to approve the Stipulation.

IT IS ORDERED that:

1. The Stipulation is approved; and

---

[1] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Stipulation.

1

2.	The Amended Complaint's First Claim for Relief, brought pursuant to 11 U.S.C. § 523(a)(2)(A), is dismissed;

3.	The Amended Complaint's Second Claim for Relief, brought pursuant to 11 U.S.C. § 523(a)(6) is dismissed;

4.	Because the Judgment resolved all 11 U.S.C. § 727 claims and the Stipulation dismisses all remaining § 523 claims, there will no longer be any pending claims in this adversary proceeding and the Court may enter an order closing the case.

5.	The status conference currently set for September 24, 2024, at 1:30 p.m. is off calendar and appearances will be waived.

###

Date: September 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4874-6904-6759, v. 1

2